**IT IS SO ORDERED.**

**Dated:  2 April, 2025 12:51 PM**



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE JASON DICKS | CASE NO. 25-11336 |
| *Debtor* | JUDGE |
| | CHAPTER 11 |
| | SUBCHAPTER V |

## ORDER GRANTING MOTION TO REDACT PERSONAL IDENTIFIERS, WITH REDACTED FILING

Jason Dicks (the "Movant"), under penalty of perjury, declares that the following statements and

information are true and correct.

1. A document appearing on the court's docket report or claims register does not comply with

Fed. R. Bankr. P. 9037, and is in need of redaction of personal identifiers found therein.

2. The movant has either docketed the event Motion - Redact in ECF and has paid the filing

fee OR has moved for and been granted a waiver of the filing fee.

3. The following checked statement applies:

- The document to be redacted is the main document of a filing on the court's docket,

  appearing as docket entry number 1.

- The document to be redacted is an attachment to a filing on the court's docket, appearing as attachment number _____ to docket entry number _____.

- The document to be redacted is the main document of a proof of claim, appearing on the claims register as claim number _____ - _____.

- The document to be redacted is an attachment to a proof of claim, appearing on the claims register as part number _____ of claim number _____ - _____.

4. A redacted document in conformance with Fed. R. Bankr. P. 9037 is appended to this submission, and except for the redaction of personal identifiers is an exact duplicate of the entire document to be redacted.

5. WHEREFORE, Movant requests that the Court issue an Order granting this motion to redact personal identifiers.

Respectfully submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg
Attorney at Law.
19885 Detroit Rd. #239
Rocky River OH 44116-1815
1 (440) 499-4506
fschwieg@schwieglaw.com
Counsel to Debtor, Proposed Counsel to Debtor-in-Possession

**IT IS, THEREFORE, ORDERED that:**
1. The motion is granted.
2. The Clerk shall restrict access to the unredacted document cited above, and attach the redacted document submitted by the movant to the specified docket event or claim number.

ECF Service
Spencer Lutz on behalf of U.S. Trustee United States Trustee
spencer.lutz@usdoj.gov

Frederic P. Schwieg on behalf of Debtor Jason James Dicks
fschwieg@schwieglaw.com

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)*    25-11336

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jason**<br>First name<br><br>**James**<br>Middle name<br><br>**Dicks**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Jay Dicks** |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3056 |  |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** |  |  |
|  | EIN | EIN |

**5.  Where you live**

| | |
|---|---|
| **13910 Claridon Troy Rd** <br> **Burton, OH 44021** <br> Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> Number, Street, City, State & ZIP Code |
| **Geauga** <br> County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

☑ Yes.

| Debtor | **Pizzeria Management III LLC** | Relationship to you | **Affiliate** |
|---|---|---|---|
| District | **ND OH** | When **3/31/25** | Case number, if known **25-11334** |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

■ No.      Go to Part 4.

☐ Yes.     Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.      I am not filing under Chapter 11.

☐ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?                _____

If immediate attention is needed, why is it needed?    _____

Where is the property?             _____

_____
Number, Street, City, State & Zip Code

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☒ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jason James Dicks**

**Jason James Dicks**
Signature of Debtor 1

Signature of Debtor 2

Executed on    **March 31, 2025**
                  MM / DD / YYYY

Executed on _____
                  MM / DD / YYYY

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

/s/ Frederic P. Schwieg, Esq.
_____
Signature of Attorney for Debtor

Date    **March 31, 2025**
_____
MM / DD / YYYY

**Frederic P. Schwieg, Esq. 0030418**
_____
Printed name

**Frederic P Schwieg Attorney at Law**
_____
Firm name

**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
_____
Number, Street, City, State & ZIP Code

Contact phone    **440-499-4506**

Email address    **fschwieg@schwieglaw.com**

**0030418 OH**
_____
Bar number & State

Form **1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** | **2023** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, ending _____ | See separate instructions.

Your first name and middle initial | Last name | Your social security number

JASON DICKS | | ███3056

If joint return, spouse's first name and middle initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign**

13910 CLARIDON TROY RD

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code

BURTON, OH 44021

Foreign country name | Foreign province/state/county | Foreign postal code

Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** ☒ Single ☐ Head of household (HOH)
Check only one box. ☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS) ☐ Qualifying surviving spouse (QSS)
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent.

**Digital Assets** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services), or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959 ☐ Are blind Spouse: ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| **1a** Total amount from Form(s) W-2, box 1 (see instructions) | | | **1a** | 52,207. |
| **b** Household employee wages not reported on Form(s) W-2 | | | **1b** | |
| **c** Tip income not reported on line 1a (see instructions) | | | **1c** | |
| **d** Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | | **1d** | |
| **e** Taxable dependent care benefits from Form 2441, line 26 | | | **1e** | |
| **f** Employer-provided adoption benefits from Form 8839, line 29 | | | **1f** | |
| **g** Wages from Form 8919, line 6 | | | **1g** | |
| **h** Other earned income (see instructions) | | | **1h** | |
| **i** Nontaxable combat pay election (see instructions) | **1i** | | | |
| **z** Add lines 1a through 1h | | | **1z** | 52,207. |
| **2a** Tax-exempt interest | **2a** | **b** Taxable interest | **2b** | |
| **3a** Qualified dividends | **3a** | **b** Ordinary dividends | **3b** | |
| **4a** IRA distributions | **4a** | **b** Taxable amount | **4b** | 9,327. |
| **5a** Pensions and annuities | **5a** | **b** Taxable amount | **5b** | |
| **6a** Social security benefits | **6a** | **b** Taxable amount | **6b** | |
| **c** If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | | |
| **7** Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | | | **7** | 1,883. |
| **8** Additional income from Schedule 1, line 10 | | | **8** | 18,863. |
| **9** Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | | **9** | 82,280. |
| **10** Adjustments to income from Schedule 1, line 26 | | | **10** | 1,333. |
| **11** Subtract line 10 from line 9. This is your **adjusted gross income** | | | **11** | 80,947. |
| **12** **Standard deduction or itemized deductions** (from Schedule A) | | | **12** | 26,355. |
| **13** Qualified business income deduction from Form 8995 or Form 8995-A | | | **13** | 3,506. |
| **14** Add lines 12 and 13 | | | **14** | 29,861. |
| **15** Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | | **15** | 51,086. |

Standard Deduction for —
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. FDIA0112L 08/30/23 Form **1040** (2023)

| Tax and Credits | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 | | | 16 | 6,419. |
|---|---|---|---|---|---|---|
| | | 2 ☐ 4972   3 ☐ _____ | | | | |
| | 17 | Amount from Schedule 2, line 3 | | | 17 | |
| | 18 | Add lines 16 and 17 | | | 18 | 6,419. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | | 20 | |
| | 21 | Add lines 19 and 20 | | | 21 | 0. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | 22 | 6,419. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | | 23 | 3,598. |
| | 24 | Add lines 22 and 23. This is your **total tax** | | | 24 | 10,017. |

| Payments | 25 | Federal income tax withheld from: | | | | |
|---|---|---|---|---|---|---|
| | | a Form(s) W-2 | 25a | 5,828. | | |
| | | b Form(s) 1099 | 25b | 932. | | |
| | | c Other forms (see instructions) | 25c | | | |
| | | d Add lines 25a through 25c | | | 25d | 6,760. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return | | | 26 | |
| | 27 | Earned income credit (EIC) | 27 | | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| | 30 | Reserved for future use | 30 | | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | 33 | 6,760. |

| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | | 34 | |
|---|---|---|---|---|---|---|
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | | 35a | |
| Direct deposit? See instructions. | | b Routing number _____   c Type: ☐ Checking   ☐ Savings | | | | |
| | | d Account number _____ | | | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | | | |

| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to www.irs.gov/Payments or see instructions | | | 37 | 3,257. |
|---|---|---|---|---|---|---|
| | 38 | Estimated tax penalty (see instructions) | 38 | | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | | ☒ **Yes.** Complete below. | ☐ **No** |
|---|---|---|---|---|
| | Designee's name  Stephen Dowdell | Phone no.  440-331-0001 | Personal identification number (PIN)  37055 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Your signature | Date | Your occupation  BUSINESS OWNER | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no. | Email address | | |

| Paid Preparer Use Only | Preparer's name  Stephen Dowdell | Preparer's signature  Stephen Dowdell | Date | PTIN  P01937055 | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  TA-CHECK TAX SERVICE | | | Phone no. 440-891-1200 | |
| | Firm's address  7979 PEARL RD  STRONGSVILLE, OH 44136 | | | Firm's EIN | |

Go to www.irs.gov/Form1040 for instructions and the latest information.                                    Form **1040** (2023)

**SCHEDULE 1**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Additional Income and Adjustments to Income**

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. 01

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

JASON DICKS

Your social security number

███ 3056

## Part I — Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | 18,863. |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income: | | |
| a | Net operating loss | 8a ( ) | |
| b | Gambling | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d ( ) | |
| e | Income from Form 8853 | 8e | |
| f | Income from Form 8889 | 8f | |
| g | Alaska Permanent Fund dividends | 8g | |
| h | Jury duty pay | 8h | |
| i | Prizes and awards | 8i | |
| j | Activity not engaged in for profit income | 8j | |
| k | Stock options | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) | 8n | |
| o | Section 951A(a) inclusion (see instructions) | 8o | |
| p | Section 461(l) excess business loss adjustment | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s ( ) | |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated | 8u | |
| z | Other income. List type and amount: _____ | 8z | |
| 9 | Total other income. Add lines 8a through 8z | 9 | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | 18,863. |

## Part II  Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | 15 | 1,333. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | 16 | |
| 17 | Self-employed health insurance deduction | 17 | |
| 18 | Penalty on early withdrawal of savings | 18 | |
| 19a | Alimony paid | 19a | |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction | 20 | |
| 21 | Student loan interest deduction | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | Archer MSA deduction | 23 | |
| 24 | Other adjustments: | | |

| | | | |
|---|---|---|---|
| a | Jury duty pay (see instructions) | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | |
| d | Reforestation amortization and expenses | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | |
| z | Other adjustments. List type and amount: | 24z | |

| | | | |
|---|---|---|---|
| 25 | Total other adjustments. Add lines 24a through 24z | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | 26 | 1,333. |

FDIA0103L  08/21/23

**SCHEDULE 2**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Additional Taxes**

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

JASON DICKS

Your social security number

▮▮▮-▮▮-3056

## Part I  Tax

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251. | 1 | 0. |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962. | 2 | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17. | 3 | 0. |

## Part II  Other Taxes

| | | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE. | | 4 | 2,665. |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137. | 5 | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919. | 6 | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6. | | 7 | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here ☐ | | 8 | 933. |
| 9 | Household employment taxes. Attach Schedule H. | | 9 | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required. | | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959. | | 11 | |
| 12 | Net investment income tax. Attach Form 8960. | | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12. | | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares. | | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000. | | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611. | | 16 | |

*(continued on page 2)*

**BAA**  **For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 2 (Form 1040) 2023

FDIA0104L  06/22/23

## Part II  Other Taxes *(continued)*

| | | | |
|---|---|---|---|
| 17 | Other additional taxes: | | |
| a | Recapture of other credits. List type, form number, and amount: _____ | 17a | |
| b | Recapture of federal mortgage subsidy, if you sold your home see instructions | 17b | |
| c | Additional tax on HSA distributions. Attach Form 8889 | 17c | |
| d | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 | 17d | |
| e | Additional tax on Archer MSA distributions. Attach Form 8853 | 17e | |
| f | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | 17f | |
| g | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property | 17g | |
| h | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A | 17h | |
| i | Compensation you received from a nonqualified deferred compensation plan described in section 457A | 17i | |
| j | Section 72(m)(5) excess benefits tax | 17j | |
| k | Golden parachute payments | 17k | |
| l | Tax on accumulation distribution of trusts | 17l | |
| m | Excise tax on insider stock compensation from an expatriated corporation | 17m | |
| n | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | 17n | |
| o | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR | 17o | |
| p | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund | 17p | |
| q | Any interest from Form 8621, line 24 | 17q | |
| z | Any other taxes. List type and amount: _____ | 17z | |
| 18 | Total additional taxes. Add lines 17a through 17z | **18** | |
| 19 | Reserved for future use. | **19** | |
| 20 | Section 965 net tax liability installment from Form 965-A | **20** | |
| 21 | Add lines 4, 7 through 16, and 18. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b | **21** | 3,598. |

## VERIFIED STATEMENT UNDER 11 U.S.C. § 1116(1)(B)

Pursuant to 11 U.S.C. § 1 1 16(l)(B) Jason Dicks (the "Debtor"), hereby states under penalty of perjury that no balance sheet, statement of operations or cash flow statement has been prepared for the Debtor and no 2024 Federal tax return has been filed.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


/s/ Jason Dicks
_____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason James Dicks** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1**

Joseph T. and Cassie Ciresi
25780 Miles Rd Ste A
Bedford, OH 44146

_____

_____

Contact

_____

Contact phone

What is the nature of the claim?    **Pizza Management III LLC (In bankruptcy) 100 % ownership**    $314,257.65

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $314,257.65
     Value of security:    - $0.00
     Unsecured claim    $314,257.65

**2**

Zeppe's Tavern Franchise LLC
Attn Cassie Ciresi
25780 Miles Rd Unit A
Bedford, OH 44146

_____

What is the nature of the claim?    **Franchise and related Fees**    $226,295.88

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

| Debtor 1 | **Jason James Dicks** | | Case number *(if known)* | |

Contact

Contact phone

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

---

**3**

**Joseph T. Ciresi**
**25780 Miles Rd Ste A**
**Bedford, OH 44146**

**What is the nature of the claim?**   **13910 Claridon Troy Rd Burton, OH 44021 Geauga County PPN 04-093050 Lot 15 (Equifax Value)**   $135,596.13

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $148,896.28
  - Value of security: - $353,700.00
  - Unsecured claim   $135,596.13

Contact

Contact phone

---

**4**

**iPlanGroup FBO Christian Carson**
**2618 N. Moreland Blvd**
**Cleveland, OH 44120**

**What is the nature of the claim?**   **Accounts. Accounts, documents, chattel paper, instruments, contract rights, general intangibles, choses in action, Inventory Equipment and proceeds**   $117,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $117,000.00
  - Value of security: - $0.00
  - Unsecured claim   $117,000.00

Contact

Contact phone

---

**5**

**Rewards Network**
**Attn: Client Services**
**540 W. Madison St Ste 3400**

**What is the nature of the claim?**   **Personal Liability Agreement for Card Receiables Purchase with Pizzwewria Management III**   $108,275.00

---

Debtor 1    **Jason James Dicks**      Case number *(if known)*

Chicago, IL 60661

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact            Value of security:   - _____

Contact phone      Unsecured claim _____

---

**6**

**A&A Restaurant Services, Inc**
**45 Black Williow St**
**Homosassa, FL 34446**

**What is the nature of the claim?**    **Loan to JD Restaurant**    $100,333.39
**for Zeppes Bainbridge**
**Purchase**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact            Value of security:   - _____

Contact phone      Unsecured claim _____

---

**7**

**Headway Capital**
**Attn: Legal Claim**
**175 W. Jackson Blvd, Ste 1000**
**Chicago, IL 60604**

**What is the nature of the claim?**    **loan to JD Restaurant**    $53,428.61

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact            Value of security:   - _____

Contact phone      Unsecured claim _____

---

**8**

**Citizen's Bank**
**Commercial Lending Servicing**
**P.O. Box 42004**
**Providence, RI 02940-2004**

**What is the nature of the claim?**    **Business LOC to JD**    $49,980.82
**Restaurant**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

---

Debtor 1    **Jason James Dicks**      Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

       Value of security:     - _____

       Unsecured claim        _____

Contact _____

Contact phone _____

---

**9**

**Discover Financial**
**Attn: Bankruptcy**
**Po Box 3025**
**New Albany, OH 43054**

**What is the nature of the claim?**    **Credit Card**    $14,310.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

       Value of security:     - _____

Contact _____

       Unsecured claim        _____

Contact phone _____

---

**10**

**Chase Inc**
**P.O. Box 15298**
**Carol Stream, IL 60197**

**What is the nature of the claim?**    **Business Cash Account JD Restaurant**    $9,591.46

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

       Value of security:     - _____

Contact _____

       Unsecured claim        _____

Contact phone _____

---

**11**

**Amex**
**Correspondence/Bankruptcy**
**Po Box 981535**
**El Paso, TX 79998**

**What is the nature of the claim?**    **Credit Card- JD Restaurant**    $6,915.19

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

       Value of security:     - _____

Contact _____

       Unsecured claim        _____

Contact phone _____

---

Debtor 1    **Jason James Dicks** _____    Case number _(if known)_ _____

| 12 | **Jpmcb**<br>**MailCode LA4-7100**<br>**700 Kansas Lane**<br>**Monroe, LA 71203** | What is the nature of the claim? | **Credit Card** | $6,657.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:　　-　_____
　　Unsecured claim

_____
Contact
_____
Contact phone

| 13 | **Goldman Sachs Bank USA**<br>**Attn: Bankruptcy**<br>**Po Box 70379**<br>**Philadelphia, PA 19176** | What is the nature of the claim? | **Credit Card** | $6,039.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:　　-　_____
　　Unsecured claim

_____
Contact
_____
Contact phone

| 14 | **Synchrony/PayPal Credit**<br>**Attn: Bankruptcy**<br>**Po Box 965064**<br>**Orlando, FL 32896** | What is the nature of the claim? | **Credit Card** | $5,681.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:　　-　_____
　　Unsecured claim

_____
Contact
_____
Contact phone

| 15 | **KeyBank**<br>**Attn: Bankruptcy Dept**<br>**127 Public Square**<br>**Cleveland, OH 44114** | What is the nature of the claim? | **Credit Card** | $4,902.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
No

_____

Debtor 1   **Jason James Dicks**   Case number *(if known)*

|  |  |  |
|---|---|---|
| Contact |  |  |

☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact phone

---

**16**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

What is the nature of the claim?   Credit Card   $4,889.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
Contact phone

---

**17**

**Discover Financial**
**Attn: Bankruptcy**
**Po Box 3025**
**New Albany, OH 43054**

What is the nature of the claim?   Credit Card   $4,697.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
Contact phone

---

**18**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

What is the nature of the claim?   Credit Card   $4,291.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
Contact phone

---

**19**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

What is the nature of the claim?   Credit Card   $3,435.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

Debtor 1 __Jason James Dicks__     Case number *(if known)* _____

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____

_____

Contact _____

Contact phone _____

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:        - _____
       Unsecured claim            _____

---

| 20 | | | |

**Jpmcb**
**MailCode LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**

**What is the nature of the claim?**   __Credit Card__   $2,735.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____

_____

Contact _____

Contact phone _____

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:        - _____
       Unsecured claim            _____

---

**Part 2:** **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X __/s/ Jason James Dicks__          X _____
**Jason James Dicks**                 Signature of Debtor 2
Signature of Debtor 1

Date __March 31, 2025__               Date _____

A&A Restaurant Services, Inc
45 Black Williow St
Homosassa, FL 34446


Affirm Inc
30 Isabella St FL 4
Pittsburgh, PA 15212


Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108


Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998


Atty Gen'l of the United States-Tax
US Dept of Justice Tax Divsn
PO BOX 55, Ben Franklin Stn
Washington, DC 20044


Brian McMahon
Shumaker Loop Kendrick
1000 Jackson St
Toledo, OH 43604


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Inc
P.O. Box 15298
Carol Stream, IL 60197


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Citizen's Bank
Commercial Lending Servicing
P.O. Box 42004
Providence, RI 02940-2004

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


First Energy
341 White Pond Dr
Akron, OH 44320


Geauga County Auditor
231 Main St Ste 1-A
Chardon, OH 44024


Geauga County Prosecutor
Civil Division
231 Main Street, Suite 3-A
Chardon, OH 44024-1295


Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176


Headway Capital
Attn: Legal Claim
175 W. Jackson Blvd, Ste 1000
Chicago, IL 60604


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-5016


Internal Revenue Service-CLE
Insolvency Group 6
1240 E 9th St Rm 493
Cleveland, OH 44199


iPlanGroup FBO Christian Carson
2618 N. Moreland Blvd
Cleveland, OH 44120


JD Restaurant Services, Inc.
11110 Kinsman Rd Unit 3
Newbury, OH 44065

Joseph T. and Cassie Ciresi
25780 Miles Rd Ste A
Bedford, OH 44146


Joseph T. Ciresi
25780 Miles Rd Ste A
Bedford, OH 44146


Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203


KeyBank
Attn: Bankruptcy Dept
127 Public Square
Cleveland, OH 44114


Newbury Center LLC
c/o Nancy Panzica Stat Agt
735 BETA DR
Cleveland, OH 44143


Ohio Attorney General
Collect Enforce Sect -Bankr
150 E Gay ST Fl 21
Columbus, OH 43215


Ohio Department of Taxation
Attn Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530


Park National Bank
Attn: Bankruptcy
50 N Third St   Pob 3500
Newark, OH 43058


Pizzeria Management III LLC
11110 Kinsman Rd Unit 3
Newbury, OH 44065


RDP Food Service
4200 Parkway Ct
Hilliard, OH 43026

Rewards Network
Attn: Client Services
540 W. Madison St Ste 3400
Chicago, IL 60661


Servicemac, Llc
9726 Old Bailes Road
Fort Mill, SC 29707


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896


US Attorney-- ND Ohio
Attn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852


WebBank
C/O Toast Capital
333 Summer St
Boston, MA 02210


Zeppe's Tavern Franchise LLC
Attn Cassie Ciresi
25780 Miles Rd Unit A
Bedford, OH 44146