**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: April 2025

Date report filed: 05/20/2025 (MM / DD / YYYY)

Line of business: ______________

NAISC code: ______________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: [signature]

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: April 2025

Date report filed: 05/20/2025 (MM / DD / YYYY)

Line of business: ______

NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party ______

Printed name of responsible party Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 2,079.89

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 4,466.74

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 1,919.18

22. **Net cash flow** + $ 2,547.56

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 4,627.45

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ____________

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? ____

27. What is the number of employees as of the date of this monthly report? ____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ | – | $ 4,466.74 | = | $ |
| 33. **Cash disbursements** | $ | – | $ 1,919.18 | = | $ |
| 34. **Net cash flow** | $ | – | $ 2,547.56 | = | $ |

35. Total projected cash receipts for the next month: $ 2,980.00

36. Total projected cash disbursements for the next month: - $ 4,919.00

37. Total projected net cash flow for the next month: = $ -1,939.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit B | | | | | | |
| Personal bankruptcy | | | | | | |
| Jason Dicks | | | | | | |
| | | | | | | |
| Question 18 | | | | | | |
| It was decided i needed to declare bankrupty very abruptly and we filed only 2 or 3 days later.  I was unable to stop all payments. | | | | | | |
| 2 credit cards were paid immediately after bankruptcy was declared | | | | | | |
| 4/1 | Citizens 4178 (now closed) | AppleCard | CC Payment | $169.00 | | |
| 4/2 | Citizens 4178 (now closed) | Discover | CC payment | $120.00 | | |

| | | | |
|---|---|---|---|
| Exhibit C | | | |
| Personal bankruptcy | | | |
| Jason Dicks | | | |
| | | | |
| DATE | ACCOUNT | DEPOSIT | AMOUNT |
| 4/1 | Citizens 4178 (now closed) | Pay check | $1,486.76 |
| 4/16 | Key 7367 | Pay check | $1,490.45 |
| 4/29 | Key 7367 | Pay check | $1,489.53 |
| | | | |
| | | | |
| | | TOTAL | $4,466.74 |

| | | | | |
|---|---|---|---|---|
| Exhibit D | | | | |
| Personal bankruptcy | | | | |
| Jason Dicks | | | | |
| | | | | |
| DATE | ACCOUNT | PAYEE | REASON | AMOUNT |
| 4/17 | Key DIP 7367 | withdrawal | living expenses | $500.00 |
| 4/28 | Key DIP 7367 | Hitch'n Post | Vehicle Fuel | $120.41 |
| 4/29 | Key DIP 7367 | Dean Supply Co | supplies for Pizzeria Management III | $36.29 |
| | | | | |
| 4/2 | Citizens 4178 (now closed) | Circle K | Vehicle Fuel | $52.22 |
| 4/7 | Citizens 4178 (now closed) | DoorDash | Meal | $17.65 |
| 4/1 | Citizens 4178 (now closed) | AppleCard | CC Payment | $169.00 |
| 4/2 | Citizens 4178 (now closed) | Discover | CC payment | $120.00 |
| 4/4 | Citizens 4178 (now closed) | IRS | Personal Tax payment | $186.18 |
| 4/7 | Citizens 4178 (now closed) | Park National Bank | Primary vehicle payment | $706.74 |
| 4/7 | Citizens 4178 (now closed) | Paypal inta transfer t | apple subscription service | $10.69 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $1,919.18 |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

April 7, 2025 to May 6, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on April 7, 2025 | $0.00 |
| Deposits (Money In) | |
| Deposits | $4,067.65 |
| Withdrawals (Money Out) | |
| Withdrawals | -$3,944.14 |
| **Ending Balance on May 6, 2025** | **$123.51** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

# Deposits

| Date | Description | Amount |
|---|---|---|
| 04/07 | TRF FR DDA ENDING IN 6599 0101 | $94.42 |
| 04/08 | DEPOSIT BRANCH 0315 OHIO | $993.25 |
| 04/16 | DEPOSIT BRANCH 0315 OHIO | $1,490.45 |
| 04/29 | 108 ZEPPES OF NEDIRECT DEP | $1,489.53 |
| **Total Deposits** | | **$4,067.65** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 04/17 | WITHDRAWAL BRANCH 0315 OHIO | $500.00 |
| 04/28 | POS MAC HITCHN POST CHAGRIN FA OH | $120.41 |
| 04/29 | DEAN SUPPLY CO CLEVELAND OH | $36.29 |
| 05/01 | SERVICEMAC MTG PYMNT | $3,118.00 |
| 05/02 | TIMETO.CUSTOM PARIS FR | $69.94 |
| 05/02 | FOREIGN TRANSACTION FEE | $2.10 |
| 05/02 | COFFEE CORNERS ANTIQUE BURTON OH | $7.25 |
| 05/05 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $36.00 |
| 05/06 | SPECTRUM 855-707-7328 MO | $29.99 |
| 05/06 | DNH*GODADDY#373097575 TEMPE AZ | $24.16 |
| **Total Withdrawals** | | **-$3,944.14** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**

The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at ***KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206*** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
Dial 711 for TTY/TRS

©2025 KeyCorp.® All rights reserved. KeyBank Member FDIC 250210-3006329

**Citizens**

US759 | BR559 | 1
ROP 450
P.O. Box 7000
Providence, RI 02940

## Checking Account Statement



Beginning March 13, 2025
through April 10, 2025

**Questions? Contact us today:**

**CALL:**
Checking Account Customer Service
1-877-242-7837

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

JASON DICKS
13910 CLARIDON TROY RD
BURTON OH 44021-9579

**JASON DICKS**
**One Deposit Checking**
**XXXXXX-417-8**

## One Deposit Checking for XXXXXX-417-8

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 569.67 |
| Checks | - | .00 |
| Withdrawals & Debits | - | 7,132.36 |
| Deposits & Credit | + | 6,562.69 |
| **Current Balance** | = | .00 |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.

You made at least 1 deposit.
Good news! The monthly maintenance fee was waived based on your account activity.

Your next statement period will end on May 12, 2025.

Please See Additional Information on Next Page

## One Deposit Checking for XXXXXX-417-8 Continued

### TRANSACTION DETAILS FOR CHECKING ACCOUNT ENDING 417-8

**Withdrawals & Debits ****
***May include checks that have been processed electronically by the payee/merchant.*

| Previous Balance | |
|---|---|
| | 569.67 |
| **Total Withdrawals & Debits** | |
| - | 7,132.36 |

| *Date* | *Amount* | *Description* |
|---|---|---|
| ***ATM/Purchases*** | | |
| 03/17 | 12.80 | 4754 DBT PURCHASE - 999999 Spotify USA New York NY |
| 03/17 | 12.97 | 4754 POS DEBIT - 150232 GET GO #3 1767 CHARGIN FA LLSOH |
| 03/17 | 46.87 | 4754 POS DEBIT - 150208 GET GO #3 1767 CHARGIN FA LLSOH |
| 03/19 | 33.36 | 4754 DBT PURCHASE - HC6ASO KLARNA* CONVER COLUMBUS OH |
| 03/19 | 23.36 | 4754 DBT PURCHASE - 999999 Klarna*Convers Columbus OH |
| 03/19 | 20.52 | 4754 POS DEBIT - 063003 THE HOME DEPOT CHARDON OH |
| 03/19 | 12.91 | 4754 POS DEBIT - 316530 WENDY'S 218 CHARDON OH |
| 03/20 | 14.90 | 4754 DBT PURCHASE - 999999 Klarna*TikTok Columbus OH |
| 03/20 | 6.41 | 4754 DBT PURCHASE - 000000 BREMEC GARDEN CONCORD OH |
| 03/20 | 24.90 | 4754 POS DEBIT - 120161 TARGET T-2016 North Olms tedOH |
| 03/20 | 35.97 | 4754 POS DEBIT - 980080 GIANT EAG 351 CHARDON OH |
| 03/21 | 17.00 | 4754 DBT PURCHASE - 897591 WILLO WASH MID MIDDLEFIEL D OH |
| 03/21 | 40.08 | 4754 DBT PURCHASE - 000101 GAS USA BURTON OH |
| 03/24 | 10.02 | 4754 DBT PURCHASE - 0101 PANERA BREAD # WESTLAKE OH |
| 03/28 | 1,030.01 | 4754 POS DEBIT - I10157 FirstEnergy Akron OH |
| 03/31 | 9.99 | 4754 DBT PURCHASE - 123456 PAYPAL *SEPTEK 4029357733 |
| 03/31 | 49.23 | 4754 POS DEBIT - 303DEX SPEEDWAY 45303 NEWBURY OH |
| 03/31 | 32.81 | 4754 POS DEBIT - 408004 SHELL SERVICE ROCKY RIVE R OH |
| 03/31 | .27 | FOREIGN CURRENCY FEE - 123456 PAYPAL *SEPTEK 4029357733 |
| 04/02 | 52.22 | 4754 POS DEBIT - 0009 CIRCLE K # 05689 2SOLON OH |
| 04/07 | 17.65 | 4754 DBT PURCHASE - APGEHD DD *DOORDASH C SAN FRANCI SCOCA |
| ***Other Withdrawals & Debits*** | | |
| 03/18 | 3,033.01 | SERVICEMAC PMT MTGE PAYMT 031525 5110186277 |
| 03/18 | 108.00 | CAPITAL ONE CRCARDPMT 250316 42ZW6PQKSCTX3XL |
| 03/18 | 54.00 | CAPITAL ONE CRCARDPMT 250316 42ZW7LR3OWM4YY7 |
| 03/20 | 58.00 | CHASE CREDIT CRD AUTOPAY 250319 000000000042772 |
| 03/24 | 29.99 | SPECTRUM SPECTRUM 250323 5877923 |
| 03/24 | 26.84 | AFFIRM.COM PAYME AFFIRM.COM 250324 ST-P6Z8M1K2O0P3 |
| 03/26 | 41.00 | CITI AUTOPAY PAYMENT 250325 251653645090044 |
| 03/31 | 98.25 | ERIE INS GROUP ERIEXPSPAY 250331 Q018030237 |
| 04/01 | 169.00 | APPLECARD GSBANK PAYMENT 033125 53527777 |
| 04/02 | 120.00 | DISCOVER E-PAYMENT 250401 7224 |
| 04/04 | 186.18 | IRS USATAXPYMT 040425 222549453858515 |
| 04/07 | 706.74 | PARK NAT'L BANK TRNSF/PYMT 040425 |
| 04/07 | 10.69 | PAYPAL INST XFER 250406 APPLE.COM BILL |
| 04/08 | 986.41 | CLOSING WITHDRAWAL |

Please See Additional Information on Next Page

## One Deposit Checking for XXXXXX-417-8 Continued

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | .00 | 105.00 |
| **Total Returned Item Fees** | .00 | .00 |

**Deposits & Credits** | **Total Deposits & Credits**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 03/13 | 35.00 | PEACE OF MIND REBATE FOR FEE ON 03/12/25 FOR OVERDRAFT |
| 03/17 | 3,200.00 | ONLINE TRANSFER FROM CHECKING 4531611585 |
| 03/18 | 1,481.93 | 108 ZEPPES OF NE DIRECT_DEP 250319 CITIZENS PAID EARLY |
| 03/31 | 359.00 | VENMO CASHOUT 250330 1041223265982 |
| 04/01 | 1,486.76 | 108 ZEPPES OF NE DIRECT_DEP 250402 CITIZENS PAID EARLY |

\+ **6,562.69**

**Daily Balance** | **Current Balance**

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 03/13 | 604.67 | 03/21 | 1,731.54 | 04/01 | 2,079.89 |
| 03/17 | 3,732.03 | 03/24 | 1,664.69 | 04/02 | 1,907.67 |
| 03/18 | 2,018.95 | 03/26 | 1,623.69 | 04/04 | 1,721.49 |
| 03/19 | 1,928.80 | 03/28 | 593.68 | 04/07 | 986.41 |
| 03/20 | 1,788.62 | 03/31 | 762.13 | 04/08 | .00 |

= **.00**

Member FDIC Equal Housing Lender

Citizens

| Total Withdrawals & Debits | |
|---|---|
| - | 7,132.36 |

**Withdrawals & Debits ****

***Beware, checks you wrote may also end up in this section if they have been converted by a merchant.*

| Date | Item No. | Amount | Description |
|---|---|---|---|
| ***ATM/Purchases*** | | | |
| 03/17 | 000000088801693 | 12.80 | 4754 DBT PURCHASE - 999999 Spotify USA New York NY |
| 03/17 | 000000088823275 | 12.97 | 4754 POS DEBIT - 150232 GET GO #3 1767 CHARGIN FA LLSOH |
| 03/17 | 000000088822661 | 46.87 | 4754 POS DEBIT - 150208 GET GO #3 1767 CHARGIN FA LLSOH |
| 03/19 | 000000088833808 | 33.36 | 4754 DBT PURCHASE - HC6ASO KLARNA* CONVER COLUMBUS OH |
| 03/19 | 000000088881676 | 23.36 | 4754 DBT PURCHASE - 999999 Klarna*Convers Columbus OH |
| 03/19 | 000000088820282 | 20.52 | 4754 POS DEBIT - 063003 THE HOME DEPOT CHARDON OH |
| 03/19 | 000000088822056 | 12.91 | 4754 POS DEBIT - 316530 WENDY'S 218 CHARDON OH |
| 03/20 | 000000088830391 | 14.90 | 4754 DBT PURCHASE - 999999 Klarna*TikTok Columbus OH |
| 03/20 | 000000088875691 | 6.41 | 4754 DBT PURCHASE - 000000 BREMEC GARDEN CONCORD OH |
| 03/20 | 000000088814225 | 24.90 | 4754 POS DEBIT - 120161 TARGET T-2016 North Olms tedOH |
| 03/20 | 000000088824607 | 35.97 | 4754 POS DEBIT - 980080 GIANT EAG 351 CHARDON OH |
| 03/21 | 000000088866726 | 17.00 | 4754 DBT PURCHASE - 897591 WILLO WASH MID MIDDLEFIEL D OH |
| 03/21 | 000000088891332 | 40.08 | 4754 DBT PURCHASE - 000101 GAS USA BURTON OH |
| 03/24 | 000000088868111 | 10.02 | 4754 DBT PURCHASE - 0101 PANERA BREAD # WESTLAKE OH |
| 03/28 | 000000088833998 | 1,030.01 | 4754 POS DEBIT - I10157 FirstEnergy Akron OH |
| 03/31 | 000000088893246 | 9.99 | 4754 DBT PURCHASE - 123456 PAYPAL *SEPTEK 4029357733 |
| 03/31 | 000000088853324 | 49.23 | 4754 POS DEBIT - 303DEX SPEEDWAY 45303 NEWBURY OH |
| 03/31 | 000000088884044 | 32.81 | 4754 POS DEBIT - 408004 SHELL SERVICE ROCKY RIVE R OH |
| 03/31 | 000000088899538 | .27 | FOREIGN CURRENCY FEE - 123456 PAYPAL *SEPTEK 4029357733 |
| 04/02 | 000000088834449 | 52.22 | 4754 POS DEBIT - 0009 CIRCLE K # 05689 2SOLON OH |
| 04/07 | 000000088899169 | 17.65 | 4754 DBT PURCHASE - APGEHD DD *DOORDASH C SAN FRANCI SCOCA |
| ***Other Withdrawals & Debits*** | | | |
| 03/18 | 025077003610856 | 3,033.01 | SERVICEMAC PMT MTGE PAYMT 031525 5110186277 |
| 03/18 | 025076012313600 | 108.00 | CAPITAL ONE CRCARDPMT 250316 42ZW6PQKSCTX3XL |
| 03/18 | 025076012313599 | 54.00 | CAPITAL ONE CRCARDPMT 250316 42ZW7LR3OWM4YY7 |
| 03/20 | 025079009782874 | 58.00 | CHASE CREDIT CRD AUTOPAY 250319 000000000042772 |
| 03/24 | 025083006188030 | 29.99 | SPECTRUM SPECTRUM 250323 5877923 |
| 03/24 | 025083006769745 | 26.84 | AFFIRM.COM PAYME AFFIRM.COM 250324 ST-P6Z8M1K2O0P3 |
| 03/26 | 025085002165074 | 41.00 | CITI AUTOPAY PAYMENT 250325 251653645090044 |
| 03/31 | 025087009739743 | 98.25 | ERIE INS GROUP ERIEXPSPAY 250331 Q018030237 |
| 04/01 | 025090005700323 | 169.00 | APPLECARD GSBANK PAYMENT 033125 53527777 |
| 04/02 | 025092001262364 | 120.00 | DISCOVER E-PAYMENT 250401 7224 |
| 04/04 | 025093006885158 | 186.18 | IRS USATAXPYMT 040425 222549453858515 |

Member FDIC Equal Housing Lender

## One Deposit Checking for XXXXXX-417-8 Continued

***Other Withdrawals & Debits (Continued)***

| | | | |
|---|---|---|---|
| 04/07 | 025097001208982 | 706.74 | PARK NAT'L BANK TRNSF/PYMT 040425 |
| 04/07 | 025097002743990 | 10.69 | PAYPAL INST XFER 250406 APPLE.COM BILL |
| 04/08 | 000000038106567 | 986.41 | CLOSING WITHDRAWAL |

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | .00 | 105.00 |
| **Total Returned Item Fees** | .00 | .00 |

**Total Deposits & Credits**

**+ 6,562.69**

**Deposits & Credits**

| *Date* | *Item No.* | *Amount* | *Description* |
|---|---|---|---|
| 03/13 | 000000076418476 | 35.00 | PEACE OF MIND REBATE FOR FEE ON 03/12/25 FOR OVERDRAFT |
| 03/17 | 000000091225447 | 3,200.00 | ONLINE TRANSFER FROM CHECKING 4531611585 |
| 03/18 | 025077005360353 | 1,481.93 | 108 ZEPPES OF NE DIRECT_DEP 250319 CITIZENS PAID EARLY |
| 03/31 | 025090003283773 | 359.00 | VENMO CASHOUT 250330 1041223265982 |
| 04/01 | 025091010470129 | 1,486.76 | 108 ZEPPES OF NE DIRECT_DEP 250402 CITIZENS PAID EARLY |

**Daily Balance**

**Current Balance**

**= .00**

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 03/13 | 604.67 | 03/21 | 1,731.54 | 04/01 | 2,079.89 |
| 03/17 | 3,732.03 | 03/24 | 1,664.69 | 04/02 | 1,907.67 |
| 03/18 | 2,018.95 | 03/26 | 1,623.69 | 04/04 | 1,721.49 |
| 03/19 | 1,928.80 | 03/28 | 593.68 | 04/07 | 986.41 |
| 03/20 | 1,788.62 | 03/31 | 762.13 | 04/08 | .00 |

Member FDIC Equal Housing Lender