Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 25−11334−jps**

**In re:**
Pizzeria Management III LLC
c/o Jason Dicks
13910 Claridon Troy Road
Burton, OH 44021

**Social Security No.:**

**Employer's Tax I.D. No.:**
27−3382267

# NOTICE OF HEARING

**See hybrid hearing procedures on the Court's website

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
4/15/25 @ 10:30 a.m.
Courtroom 2B− Howard Metzenbaum US Courthouse

To consider and act upon the following matters:

Court's Notice of Hearing − **See hybrid hearing procedures

[31] Motion for Conditional Use of Cash Collateral

**Dated:** April 14, 2025
Form ohnb187

For the Court
Josiah C. Sell, Clerk