Debtor Name: Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __JUNE 2025__

Date report filed: 07/20/2025
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jason Dicks

Original signature of responsible party: /s/ Jason Dicks

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | Jason James Dicks |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number: | 25-11336 |

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11  12/17

Month: **JUNE 2025**   Date report filed: **07/20/2025** (MM / DD / YYYY)

Line of business: _____   NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Jason Dicks**
Original signature of responsible party: _____
Printed name of responsible party: **Jason Dicks**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name  Jason James Dicks     Case number 25-11336

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 2,431.48

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 2,984.38

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  – $ 3,061.64

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -77.26

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 2,354.22

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ _____

    *(Exhibit E)*

Debtor Name: Jason James Dicks  
Case number: 25-11336

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables — $ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____
27. What is the number of employees as of the date of this monthly report? _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A — Projected (Copy lines 35-37 from the previous month's report.) | Column B — Actual (Copy lines 20-22 of this report.) | Column C — Difference (Subtract Column B from Column A.) |
|---|---|---|---|
| 32. Cash receipts | $ 2,980.00 | − $ 2,984.38 | = $ -4.38 |
| 33. Cash disbursements | $ 5,000.00 | − $ 3,061.64 | = $ 1,938.36 |
| 34. Net cash flow | $ -2,020.00 | − $ -77.26 | = $ 1,942.74 |

35. Total projected cash receipts for the next month: $ 4,000.00
36. Total projected cash disbursements for the next month: - $ 5,000.00
37. Total projected net cash flow for the next month: = $ -1,000.00

---

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 3

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

| Exhibit A | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jason Dicks | | | | | | | |
| June 2025 | | | | | | | |
| | | | | | | | |
| QUESTION 3 | | | | | | | |
| My mortgage is behind at this time because i have not taken the distributions from PM3 per my usual format. | | | | | | | |
| Starting in July, my salary from PM3 will be increased to cover expenses on the personal side without having to take distributions | | | | | | | |

| Exhibit B | | | | | | |
|---|---|---|---|---|---|---|
| Jason Dicks | | | | | | |
| June 2025 | | | | | | |
| | | | | | | |
| QUESTION 15 | | | | | | |
| My Finance paid one payment of the mortgage on my behalf with no promise or expectation to have that money paid back | | | | | | |

| Exhibit C | | | |
|---|---|---|---|
| Personal bankruptcy | | | |
| Jason Dicks | | | |
| | | | |
| DATE | ACCOUNT | DEPOSIT | AMOUNT |
| 6/10 | Key 7367 | Pay check | $1,492.19 |
| 6/24 | Key 7367 | Pay check | $1,491.19 |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $2,983.38 |

## EXHIBIT D - Disbursements
### Jason Dicks
### June, 2025

| DATE | TRANSACTION TYPE | PAYEE | AMOUNT | REASON |
|---|---|---|---|---|
| 06/02 | Expense | EL PALENQUE-EASTLAKE | 150.28 | Meals |
| 06/02 | Expense | USPS PO 3 1075 (Newbury, OH) | 14.6 | Postage |
| 06/02 | Expense | GET GO #3 318 (Chardon, OH) | 20.65 | Fuel |
| 06/02 | Expense | THE HOME DEPOT (Chardon, OH) | 2.34 | Repairs |
| 06/02 | Expense | SPEEDWAY 1104 (Newbury, OH) | 110.37 | Fuel |
| 06/02 | Expense | OFFICE MAX 3432 (Solon, OH) | 22.41 | Reembursable Expense From PM3- advertising |
| 06/04 | Expense | OH BUREAU MOTOR VEHICLES | 330.73 | plates, tags, and license renewal |
| 06/05 | Expense | SARKU JAPAN 190 (Strongsville) | 13.37 | meals |
| 06/05 | Expense | GET GO #3515 (Chagrin Falls, OH) | 52.6 | Fuel |
| 06/05 | Expense | ONESTEP MAS (San Jose, CA) | 64.05 | Household items |
| 06/06 | Expense | SPEEDWAY 1104 (Newbury, OH) | 15.58 | Fuel |
| 06/06 | Expense | HEINEN'S GROCE (Pepper Pike, OH) | 22.77 | Groceries |
| 06/09 | Expense | COMFORT INN (Sandusky, OH) | 8.34 | Meal |
| 06/09 | Expense | SPEEDWAY 5902 (Sandusky, OH) | 15.24 | Fuel |
| 06/09 | Expense | HEINEN'S GROCE (Chagrin Falls, OH) | 51.25 | Groceries |
| 06/10 | Expense | GIANT-EAG 8515 (Bainbridge, OH) | 11.85 | Groceries |
| 06/12 | Expense | GAS USA (Burton, OH) | 25.03 | Fuel |
| 06/12 | Expense | AMAZON.COM*NH7 (Seattle, WA) | 283.58 | Reembursable Expense From PM3- patio decor |
| 06/13 | Expense | AMAZON.COM*NA296 (Seattle, WA) | 28.81 | Reembursable Expense From PM3- patio decor |
| 06/16 | Expense | EL PALENQUE-EASTLAKE | 88.37 | Meals |
| 06/16 | Expense | AMAZON.COM*NA7 (Seattle, WA) | 35.21 | Reimbursable Expense From PM3 - patio decor |
| 06/16 | Expense | AMAZON PRIME*NA2133JN1 | 148.38 | Reimbursable Expense From PM3- Prime fee |
| 06/16 | Expense | DOLLAR GENERAL (Newbury, OH) | 13.35 | Household items |
| 06/17 | Expense | GULF OIL 92067 (Mantua, OH) | 112.94 | Fuel |
| 06/18 | Expense | GULF OIL 92067130 (Mantua, OH) | 14.99 | Fuel |
| 06/20 | Expense | SP TSG2018 (Madison, SD) | 64.03 | Reimbursable Expense From PM3 - Equipment repair |
| 06/20 | Expense | AMAZON.COM*NO6 (Seattle, WA) | 36.28 | Personal item |
| 06/20 | Expense | THE BENCH - EASTLAKE | 18 | Meals |
| 06/20 | Expense | FRANK & TONYS PLACE (Willoughby, OH) | 70.4 | Meals |
| 06/20 | Expense | FIRSTENERGY OPCO-ACH | 200.5 | Electricity |
| 06/23 | Expense | SUNOCO 8002321 (Newbury, OH) | 15.09 | Fuel |
| 06/23 | Expense | MCDONALD'S F36 (Chardon, OH) | 25.33 | Meals |
| 06/23 | Expense | THE PATIO BAR & GRILL (Chagrin Falls, OH) | 6 | Meals |
| 06/24 | Expense | SPECTRUM | 29.99 | home internet |
| 06/24 | Expense | DOLLAR GENERAL (Newbury, OH) | 3.74 | Household items |
| 06/24 | Expense | PETSMART #146 (Mayfield Hts, OH) | 10.25 | Household items |
| 06/25 | Expense | GAS USA (Burton, OH) | 69.04 | Fuel |
| 06/25 | Expense | SQUARE BISTRO (Chardon, OH) | 90.3 | Meals |
| 06/26 | Expense | CHICK-FIL-A #04053 (Mayfield Heights, OH) | 25.49 | Meals |
| 06/27 | Expense | AUNTIE ANNE'S OH 111-3 (Mentor, OH) | 20.47 | Meals |
| 06/27 | Expense | AMAZON.COM*NQ9 (Seattle, WA) | 24.54 | Reimbursable Expense From PM3- equipment repair |
| 06/27 | Expense | CRAGGY BOGLANDS (Willoughby, OH) | 122.64 | Meals |
| 06/30 | Expense | AMERICA'S BEST #5638 (Mentor, OH) | 284.95 | Healthcare |
| 06/30 | Expense | RINGCENTRAL INC. | 145.21 | Reimbursable Expense From PM3 - Phones |
| 06/30 | Expense | GAS USA (Burton, OH) | 42.62 | Fuel |
| 06/30 | Expense | HEINEN'S GROCE (Chagrin Falls, OH) | 99.68 | Groceries |

KeyBank  
P.O. Box 93885  
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO  
JASON J DICKS DEBTOR  
CASE #25-11336  
12300 KINSMAN RD UNIT H2  
NEWBURY OH 44065-8804

**Key Smart Checking®**

Account number ending: 7367

May 6, 2025 to June 5, 2025

## Account Summary

| | |
|---|---:|
| Beginning Balance on May 6, 2025 | $123.51 |
| Deposits (Money In) | |
|     Deposits | $2,983.38 |
| Withdrawals (Money Out) | |
|     Withdrawals | -$2,673.31 |
| **Ending Balance on June 5, 2025** | **$433.58** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.



---

**Customer Service:**  
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**  
key.com

Page 1 of 2

 
25-11336-jps    Doc 49    FILED 07/22/25    ENTERED 07/22/25 10:01:38    Page 10 of 13


# Deposits

| Date | Description | Amount |
|---|---|---|
| 05/13 | 108 ZEPPES OF NEDIRECT DEP | $1,492.19 |
| 05/27 | 108 ZEPPES OF NEDIRECT DEP | $1,491.19 |
| **Total Deposits** | | **$2,983.38** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 05/12 | GAS USABURTONOH US | $113.86 |
| 05/16 | POS     MAC PAYPAL *CAPITA     SAN JOSE   CA | $69.39 |
| 05/16 | POS     MAC GFS STORE 7220     MENTOR     OH | $83.46 |
| 05/19 | PENN STATION 78         MENTOR       OH | $16.98 |
| 05/19 | POS     MAC DOLLAR GENERAL     NEWBURY   OH | $35.60 |
| 05/19 | POS     MAC BP#9541582CAPL     CLEVELAND  OH | $15.47 |
| 05/19 | BILLMATRIX     BILLPAYFEE20992319962 | $4.95 |
| 05/19 | FIRSTENERGY     OPCO-ACH | $352.90 |
| 05/19 | PARK NA FAM LOANBILL PAY | $736.74 |
| 05/20 | GAS USABURTONOH US | $20.00 |
| 05/21 | RINGCENTRAL INC.       888-898-4591  CA | $145.21 |
| 05/22 | POS     MAC HEINEN'S GROCE     CHAGRIN FA OH | $20.65 |
| 05/29 | CHINA HOUSE 668 INC     CHARDON       OH | $40.75 |
| 05/29 | POS     MAC DOLLAR GENERAL     NEWBURY   OH | $4.22 |
| 05/30 | RINGCENTRAL INC.       888-898-4591  CA | $145.21 |
| 05/30 | SPECTRUM           855-707-7328  MO | $54.99 |
| 05/30 | POS     MAC AUTOZONE  3799     CHESTERLAN OH | $8.53 |
| 05/30 | TST* THE BENCH - EASTL     EASTLAKE      OH | $23.00 |
| 06/02 | EL PALENQUE-EASTLAKE     EASTLAKE      OH | $150.28 |
| 06/02 | POS     MAC USPS PO 3 1075     NEWBURY   OH | $14.60 |
| 06/02 | POS     MAC GET GO #3 318     CHARDON   OH | $20.65 |
| 06/02 | POS     MAC THE HOME DEPOT     CHARDON   OH | $2.34 |
| 06/02 | POS     MAC SPEEDWAY  1104     NEWBURY   OH | $110.37 |
| 06/02 | POS     MAC OFFICE MA 3432     SOLON     OH | $22.41 |
| 06/04 | PMT*OH BUREAU MOTOR VE     COLUMBUS    OH | $330.73 |
| 06/05 | SARKU JAPAN 190         STRONGSVILLE  OH | $13.37 |
| 06/05 | GET GO #3515           CHAGRIN FALLS  OH | $52.60 |
| 06/05 | POS     MAC ONESTEP MAS     SAN JOSE   CA | $64.05 |
| **Total Withdrawals** | | **-$2,673.31** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
*Questions? Call the number on this statement, visit your local branch or contact your banker.*

# INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**

The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at **KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU**® **(1-800-539-2968)**
Dial 711 for TTY/TRS

![KeyBank 200 years]

KeyBank  
P.O. Box 93885  
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO  
JASON J DICKS DEBTOR  
CASE #25-11336  
12300 KINSMAN RD UNIT H2  
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

June 5, 2025 to July 7, 2025

## Account Summary

| | |
|---|---:|
| Beginning Balance on June 5, 2025 | $433.58 |
| **Deposits (Money In)** | |
| Deposits | $2,984.38 |
| **Withdrawals (Money Out)** | |
| Withdrawals | -$3,077.38 |
| **Ending Balance on July 7, 2025** | **$340.58** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.



**Customer Service:**  
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**  
key.com

 



# Deposits

| Date | Description | Amount |
|---|---|---|
| 06/10 | 108 ZEPPES OF NEDIRECT DEP | $1,492.19 |
| 06/24 | 108 ZEPPES OF NEDIRECT DEP | $1,492.19 |
| **Total Deposits** | | **$2,984.38** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 06/06 | POS     MAC SPEEDWAY  1104       NEWBURY    OH | $15.58 |
| 06/06 | POS     MAC HEINEN'S GROCE       PEPPER PIK OH | $22.77 |
| 06/09 | COMFORT INN SANUDSKYOH      SANDUSKY    OH | $8.34 |
| 06/09 | POS     MAC SPEEDWAY  5902       SANDUSKY   OH | $15.24 |
| 06/09 | POS     MAC HEINEN'S GROCE       CHAGRIN FA OH | $51.25 |
| 06/10 | POS     MAC GIANT-EAG 8515       BAINBRIDGE OH | $11.85 |
| 06/12 | GAS USA              BURTON        OH | $25.03 |
| 06/12 | POS     MAC AMAZON.COM*NH7       SEATTLE    WA | $283.58 |
| 06/13 | AMAZON.COM*NA296SEATTLEWA US | $28.81 |
| 06/16 | EL PALENQUE-EASTLAKE       EASTLAKE       OH | $88.37 |
| 06/16 | POS     MAC AMAZON.COM*NA7       SEATTLE    WA | $35.21 |
| 06/16 | AMAZON PRIME*NA2133JN1    AMZN.COM/BILL  WA | $148.38 |
| 06/16 | POS     MAC DOLLAR GENERAL       NEWBURY TO OH | $13.35 |
| 06/17 | POS     MAC GULF OIL 92067       MANTUA     OH | $112.94 |
| 06/18 | GULF OIL 92067130         MANTUA       OH | $14.99 |
| 06/20 | SP TSG2018              MADISON       SD | $64.03 |
| 06/20 | POS     MAC AMAZON.COM*NO6       SEATTLE    WA | $36.28 |
| 06/20 | TST* THE BENCH - EASTL     EASTLAKE       OH | $18.00 |
| 06/20 | TST*FRANK & TONYS PLAC     WILLOUGHBY    OH | $70.40 |
| 06/20 | FIRSTENERGY     OPCO-ACH | $200.50 |
| 06/23 | POS     MAC SUNOCO 8002321       NEWBURY    OH | $15.09 |
| 06/23 | POS     MAC MCDONALD'S F36       CHARDON    OH | $25.33 |
| 06/23 | TST* THE PATIO BAR & G     CHAGRIN FALLS OH | $6.00 |
| 06/24 | SPECTRUM              855-707-7328  MO | $29.99 |
| 06/24 | POS     MAC DOLLAR GENERAL       NEWBURY TO OH | $3.74 |
| 06/24 | POS     MAC PETSMART # 146       MAYFIELD H OH | $10.25 |
| 06/25 | GAS USA              BURTON        OH | $69.04 |
| 06/25 | SQUARE BISTRO         CHARDON        OH | $90.30 |
| 06/26 | CHICK-FIL-A #04053       MAYFIELD HEIG  OH | $25.49 |
| 06/27 | AUNTIE ANNE'S OH 111-3     MENTOR        OH | $20.47 |
| 06/27 | POS     MAC AMAZON.COM*NQ9       SEATTLE    WA | $24.54 |
| 06/27 | TST* CRAGGY BOGLANDS      WILLOUGHBY    OH | $122.64 |
| 06/30 | AMERICA'S BEST # 5638     MENTOR        OH | $284.95 |
| 06/30 | RINGCENTRAL INC.       888-898-4591  CA | $145.21 |
| 06/30 | GAS USA              BURTON        OH | $42.62 |
| 06/30 | POS     MAC HEINEN'S GROCE       CHAGRIN FA OH | $99.68 |
| 07/01 | POS     MAC THE HOME DEPOT       CHARDON    OH | $177.28 |
| 07/01 | POS     MAC WM SUPERCENTER       CHARDON    OH | $46.18 |
| 07/02 | POS     MAC OFFICE MA 3432       SOLON      OH | $25.65 |
| 07/02 | POS     MAC GET GO #3 1767       CHARGIN FA OH | $58.55 |
| 07/03 | POS     MAC SPEEDWAY  1104       NEWBURY    OH | $15.30 |
| 07/03 | POS     MAC AMAZON.COM*N34       SEATTLE    WA | $38.55 |
| 07/03 | POS     MAC GIANT-EAG 1269       CHESTERLAN OH | $36.21 |
| 07/07 | CHARLEYS PHILLY STEAKS     SOLON         OH | $31.70 |
| 07/07 | POS     MAC AMAZON.COM*NL6       SEATTLE    WA | $44.61 |
| 07/07 | POS     MAC THE HOME DEPOT       CHARDON    OH | $16.55 |
| 07/07 | GAS USA              BURTON        OH | $49.13 |
| 07/07 | GAS USA              BURTON        OH | $19.19 |
| 07/07 | RUBBER DUCKS CONCESSIO     AKRON         OH | $37.36 |
| 07/07 | RUBBER DUCKS CONCESSIO     AKRON         OH | $25.69 |
| 07/07 | POS     MAC DOLLAR GENERAL       NEWBURY TO OH | $19.00 |
| 07/07 | POS     MAC ALDI 63085           CHAGRIN FA OH | $36.14 |
| 07/07 | SQ *YOUNG'S SUSHI         WILLOUGHBY    OH | $120.05 |
| **Total Withdrawals** | | **-$3,077.38** |