# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE JASON DICKS<br>*Debtor* | CASE NO. 25-11336<br>JUDGE PRICE SMITH<br>CHAPTER 11<br>SUBCHAPTER V |

## NOTICE OF VOTING DEADLINE, OBJECTION DEADLINE, AND HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN

PLEASE TAKE NOTICE THAT on June 30, 2025, debtor and debtor-in-possession Jason Dicks (the "Debtor") filed with the Court its proposed plan of reorganization under subchapter V of Chapter 11 of the Bankruptcy Code (Docket No. 39) (the "Plan").

A hearing on the confirmation of the Plan (the "Confirmation Hearing") is set for **October 21, 2025, at 10:30 a.m.** at the United States Bankruptcy Court, Howard M. Metzenbaum United States Court House, 201 Superior Avenue, Courtroom 2B Cleveland, Ohio 44114 before the Honorable Jessica E. Price Smith.

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected.</u> You should read the Plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE FURTHER NOTICE that the last day for filing a Ballot (if you are the holder of a claim or interest in a class entitled to vote on the Plan, your ballot has been enclosed with the delivery of the Plan) is **September 19, 2025** (the "**<u>Balloting Deadline</u>**"). If you wish to vote on the acceptance or rejection of the Plan, you must deliver your completed Ballot so that it is *received* on or before the Balloting Deadline. Ballots are to be delivered to the following address by mail, fax or e-mail:

Frederic P. Schwieg
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
fschwieg@schwieglaw.com

PLEASE TAKE FURTHER NOTICE that if no votes or objections to the Plan are received in a particular class, the Debtor intends to ask the Bankruptcy Court to deem such class to have accepted the Plan.

PLEASE TAKE FURTHER NOTICE that if you do not want the court to approve the Plan, or if you want the court to consider your views on the Plan, then on or before **September 26, 2025**, you or your attorney must:

File with the court a written response setting forth the specific grounds for objection, either electronically via the Court's Electronic Case Filing System ("ECF"), or by mailing it to the Clerk at:

Clerk, United States Bankruptcy Court, Howard M. Metzenbaum United States Court House, 201 Superior Ave, Cleveland, Ohio 44114

If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

If you or your attorney do not take these steps, the court may decide that you do not oppose the Plan and may enter an Order confirming the Plan and granting the relief requested.

Dated: July 30, 2025

Respectfully submitted,

/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
Tel. (440) 499-4506
fschwieg@schwieglaw.com
*Counsel for the Debtor*