| | |
|---|---|
| In re: | Case No. 25-11336-jps |
| Jason James Dicks | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-1 | User: bwiga | Page 1 of 4 |
| Date Rcvd: Aug 13, 2025 | Form ID: 187 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason James Dicks, 13910 Claridon Troy Rd, Burton, OH 44021-9579 |
| intp | + | Pizzeria Management III LLC, c/o Jason Dicks, 13910 Claridon Troy Road, Burton, OH 44021-9579 |
| 28129393 | + | A&A Restaurant Services, Inc, 45 Black Williow St, Homosassa, FL 34446-4957 |
| 28129398 | + | Brian McMahon, Shumaker Loop Kendrick, 1000 Jackson St, Toledo, OH 43604-5573 |
| 28129400 | | Chase Inc, P.O. Box 15298, Carol Stream, IL 60197 |
| 28129402 | | Citizen's Bank, Commercial Lending Servicing, P.O. Box 42004, Providence, RI 02940-2004 |
| 28129405 | + | Geauga County Auditor, 231 Main St Ste 1-A, Chardon, OH 44024-1293 |
| 28129406 | + | Geauga County Prosecutor, Civil Division, 231 Main Street, Suite 3-A, Chardon, OH 44024-1235 |
| 28129412 | + | JD Restaurant Services, Inc., 11110 Kinsman Rd Unit 3, Newbury, OH 44065-8604 |
| 28129414 | + | Joseph T. Ciresi, 25780 Miles Rd Ste A, Bedford, OH 44146-1418 |
| 28129413 | + | Joseph T. and Cassie Ciresi, 25780 Miles Rd Ste A, Bedford, OH 44146-1418 |
| 28129417 | + | Newbury Center LLC, c/o Nancy Panzica Stat Agt, 735 BETA DR, Cleveland, OH 44143-2348 |
| 28129421 | + | Pizzeria Management III LLC, 11110 Kinsman Rd Unit 3, Newbury, OH 44065-8604 |
| 28129422 | + | RDP Food Service, 4200 Parkway Ct, Hilliard, OH 43026-1200 |
| 28129429 | + | Zeppe's Tavern Franchise LLC, Attn Cassie Ciresi, 25780 Miles Rd Unit A, Bedford, OH 44146-1418 |
| 28129411 | + | iPlanGroup FBO Christian Carson, 2618 N. Moreland Blvd, Cleveland, OH 44120-5490 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28129394 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 13 2025 21:27:14 | Affirm Inc, 30 Isabella St FL 4, Pittsburgh, PA 15212-5862 |
| 28129395 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 13 2025 21:27:49 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 28155604 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:26:46 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28222502 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2025 21:27:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 28129396 | + | Email/PDF: bncnotices@becket-lee.com | Aug 13 2025 21:26:50 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 28129397 | ^ | MEBN | Aug 13 2025 21:08:07 | Atty Gen'l of the United States-Tax, US Dept of Justice Tax Divsn, PO BOX 55, Ben Franklin Stn, Washington, DC 20044-0055 |
| 28129399 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 21:27:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28182875 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 21:38:31 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 28187436 | | Email/Text: mrdiscen@discover.com | Aug 13 2025 21:19:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 28129401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 21:27:18 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 28173938 | + | Email/Text: cmierzwa@simonattys.com | Aug 13 2025 21:20:00 | Citizen's Bank, N.A., c/o Simon PLC Attorneys & Counselors, 363 W. Big Beaver Road, Suite 410, Troy, MI 48084-5300 |
| 28129403 | + | Email/Text: mrdiscen@discover.com | Aug 13 2025 21:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 28129404 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2025 21:21:00 | First Energy, 341 White Pond Dr, Akron, OH 44320-1119 |
| 28129407 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 13 2025 21:20:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 28129408 | | Email/Text: headwaybnc@enova.com | Aug 13 2025 21:19:00 | Headway Capital, Attn: Legal Claim, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604 |
| 28200346 | | Email/Text: headwaybnc@enova.com | Aug 13 2025 21:19:00 | Headway Capital LLC, 175 West Jackson Blvd., Suite 600, Chicago, IL 60604 |
| 28129409 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2025 21:20:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 28162375 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 13 2025 21:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 28129415 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2025 21:27:20 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 28129416 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 13 2025 21:21:00 | KeyBank, Attn: Bankruptcy Dept, 127 Public Square, Cleveland, OH 44114-1226 |
| 28144869 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 13 2025 21:21:00 | Keybank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 28199758 | ^ | MEBN | Aug 13 2025 21:09:40 | Lakeview Loan Servicing, LLC c/o ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 28129418 | + | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Aug 13 2025 21:19:00 | Ohio Attorney General, Collect Enforce Sect -Bankr, 150 E Gay ST Fl 21, Columbus, OH 43215-3191 |
| 28129419 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 13 2025 21:21:00 | Ohio Department of Taxation, Attn Bankruptcy Division, PO BOX 530, Columbus, OH 43216-0530 |
| 28129420 | + | Email/Text: collectionslegal@parknationalbank.com | Aug 13 2025 21:21:00 | Park National Bank, Attn: Bankruptcy, 50 N Third St Pob 3500, Newark, OH 43058-3500 |
| 28129423 | | Email/Text: legal@rewardsnetwork.com | Aug 13 2025 21:20:00 | Rewards Network, Attn: Client Services, 540 W. Madison St Ste 3400, Chicago, IL 60661 |
| 28129424 | ^ | MEBN | Aug 13 2025 21:09:40 | Servicemac, Llc, 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |
| 28129425 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 21:26:45 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 28129426 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 21:26:48 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 28163470 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2025 21:21:00 | The Illuminating Company, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 28129427 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Aug 13 2025 21:19:00 | US Attorney-- ND Ohio, Attn Bankruptcy Section, 801 W Superior Ave Ste 400, Cleveland, OH 44113-1852 |
| 28129428 | ^ | MEBN | Aug 13 2025 21:09:50 | WebBank, C/O Toast Capital, 333 Summer St, Boston, MA 02210-1702 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Cassie Ciresi |
| cr |  | Citizens Bank, N.A. |
| cr |  | Joe Ciresi |
| cr |  | Lakeview Loan Servicing, LLC |
| cr |  | Zeppes Tavern Franchise LLC |
| 28173937 |  | Citizens Bank, N.A. |
| 28225028 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 28129410 | *+ | Internal Revenue Service-CLE, Insolvency Group 6, 1240 E 9th St Rm 493, Cleveland, OH 44199-9941 |
| 28162379 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 28162382 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 28162386 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 6 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel J. Feko | on behalf of Creditor Citizens Bank  N.A. dfeko@simonattys.com, simondocket@simonattys.com |
| David J. Coyle | on behalf of Creditor Zeppes Tavern Franchise LLC dcoyle@shumaker.com  acrosby@shumaker.com |
| David J. Coyle | on behalf of Creditor Joe Ciresi dcoyle@shumaker.com  acrosby@shumaker.com |
| David J. Coyle | on behalf of Creditor Cassie Ciresi dcoyle@shumaker.com  acrosby@shumaker.com |
| Frederic P. Schwieg | on behalf of Debtor Jason James Dicks fschwieg@schwieglaw.com |
| Patricia B. Fugee | patricia.fugee@fisherbroyles.com  cpbf11@trustesolutions.net |
| Richard John LaCivita | on behalf of Creditor Lakeview Loan Servicing  LLC bknotice@reimerlaw.com, rlacivita@ecf.courtdrive.com |
| Spencer Lutz | on behalf of U.S. Trustee United States Trustee spencer.lutz@usdoj.gov |

Thomas W. Coffey
        on behalf of Interested Party Pizzeria Management III LLC tcoffey@tcoffeylaw.com nbeba@tcoffeylaw.com

TOTAL: 9

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 25−11336−jps**

**In re:**
Jason James Dicks
**Aka −**Jay Dicks
13910 Claridon Troy Rd
Burton, OH 44021

**Social Security No.:**
xxx−xx−3056

**NOTICE OF HEARING**

**See Hybrid Hearing Procedures**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
October 21, 2025 at 10:30 am
before Judge Jessica E. Price Smith

To consider and act upon the following matters:

[39] Chapter 11 Plan Small Business Subchapter V

**Dated:** August 13, 2025  
Form ohnb187

For the Court  
Josiah C. Sell, Clerk