| Fill in this information to identify the case: |
| --- |
| Debtor Name: Pizzeria Management III LLC |
| United States Bankruptcy Court for the: Northern District of Ohio |
| Case number: 25-11334 |

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July 2025

Date report filed: 08/21/2025 (MM / DD / YYYY)

Line of business: ______________________

NAISC code: __________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: [signature]

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
| --- | --- | --- | --- |
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 2,354.22

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 5,560.91

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. - $ 3,682.42

Report the total from *Exhibit D* here.

22. **Net cash flow** + $ 1,878.49

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 4,232.71

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ___________

*(Exhibit E)*



25-11336-jps Doc 59 FILED 08/21/25 ENTERED 08/21/25 08:03:46 Page 2 of 12

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? ____________

27. What is the number of employees as of the date of this monthly report? ____________

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 4,000.00 | – | $ 5,560.91 | = | $ -1,569.91 |
| 33. **Cash disbursements** | $ 5,000.00 | – | $ 3,682.42 | = | $ 1,317.58 |
| 34. **Net cash flow** | $ -1,000.00 | – | $ 1,878.49 | = | $ 2,878.49 |

35. Total projected cash receipts for the next month: $ 6,000.00

36. Total projected cash disbursements for the next month: - $ 8,000.00

37. Total projected net cash flow for the next month: = $ -2,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

| | | | |
|---|---|---|---|
| Jason Dicks | | | |
| July 2025 | | | |
| Exhibit A | | | |
| | | | |
| Question 3 | | | |
| Have you paid all your bills on time? | | | |
| | | | |
| The mortgage and the car note are behind, though they are secured creditors in the case | | | |

| Jason Dicks | | |
|---|---|---|
| July 2025 | | |
| Exhibit C | | |
| | | |
| Date | Description | Amount |
| 07/08/2025 | Salary from PM3 | 1492.19 |
| 07/22/2025 | Salary from PM3 | 2958.07 |
| 07/23/2025 | Reimbersed Expense for PM3- April 2025 | 36.29 |
| 07/23/2025 | Reimbersed Expense for PM3 - May 2025 | 322.19 |
| 07/23/2025 | Reimbersed Expense for PM3 - June 2025 | 752.17 |
| | | |
| | TOTAL | 5560.91 |

| | | | | |
|---|---|---|---|---|
| Jason Dicks | | | | |
| July 2025 | | | | |
| Exhibit D | | | | |
| | | | | |
| DATE | PAYEE | AMOUNT | REASON | |
| 07/01/2025 | POS MAC THE HOME DEPOT CHARDON OH | $177.28 | Home Maintenance/repairs | |
| 07/01/2025 | POS MAC WM SUPERCENTER CHARDON OH | $46.18 | Home Supplies/groceries | |
| 07/02/2025 | POS MAC OFFICE MA 3432 SOLON OH | $25.65 | reimbursable expense PM3 - printing supplies | |
| 07/02/2025 | POS MAC GET GO #3 1767 CHARGIN FA OH | $58.55 | Fuel | |
| 07/03/2025 | POS MAC SPEEDWAY 1104 NEWBURY OH | $15.30 | Fuel | |
| 07/03/2025 | POS MAC AMAZON.COM*N34 SEATTLE WA | $38.55 | automotive repairs/personal care | |
| 07/03/2025 | POS MAC GIANT-EAG 1269 CHESTERLAN OH | $36.21 | Groceries | |
| 07/07/2025 | CHARLEYS PHILLY STEAKS SOLON OH | $31.70 | Meal | |
| 07/07/2025 | POS MAC AMAZON.COM*NL6 SEATTLE WA | $44.61 | reimbursable expense PM3 - repairs/maintenance | |
| 07/07/2025 | POS MAC THE HOME DEPOT CHARDON OH | $16.55 | Home Maintenance/repairs | |
| 07/07/2025 | GAS USA BURTON OH | $49.13 | Fuel | |
| 07/07/2025 | GAS USA BURTON OH | $19.19 | Fuel | |
| 07/07/2025 | RUBBER DUCKS CONCESSIO AKRON OH | $37.36 | Meals/recreation | |
| 07/07/2025 | RUBBER DUCKS CONCESSIO AKRON OH | $25.69 | Meals/recreation | |
| 07/07/2025 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $19.00 | Home Supplies | |
| 07/07/2025 | POS MAC ALDI 63085 CHAGRIN FA OH | $36.14 | Groceries | |
| 07/07/2025 | SQ *YOUNG'S SUSHI WILLOUGHBY OH | $120.05 | Meal | |
| 07/08/2025 | POS MAC AMAZON.COM*NL8 SEATTLE WA | $100.19 | reimbursable expense PM3 - patio decor | |
| 07/08/2025 | POS MAC DOLLAR GENERAL NEWBURY OH | $12.09 | Groceries | |
| 07/10/2025 | LOS VENADOS TRES MANUTA OH | $118.54 | Meal | |
| 07/11/2025 | ONLINE DOG LICENSING OH GEAUGA | $63.60 | Dog License | |
| 07/14/2025 | POS MAC AMAZON.COM*9M6 SEATTLE WA | $50.70 | reimbursable expense PM3 - patio decor | |
| 07/14/2025 | POS MAC AMAZON.COM*NR9 SEATTLE WA | $65.11 | reimbursable expense PM3 - glassware | |
| 07/14/2025 | SUNOCO NEWBURY OH | $41.16 | Fuel | |
| 07/14/2025 | ERIEINSURANCE WEBPAYMENT | $154.66 | Insurance | |
| 07/14/2025 | ERIEINSURANCE WEBPAYMENT | $632.25 | Insurance | |
| 07/15/2025 | FUN N STUFF AMUSEMENT MACEDONIA OH | $38.41 | recreation | |
| 07/16/2025 | SHEIN.COM CA | $117.20 | clothing | |
| 07/17/2025 | CHINA HOUSE 668 INC CHARDON OH | $44.20 | meal | |
| 07/18/2025 | TST*BARRIO - WILLOUGHB WILLOUGHBY OH | $114.30 | meal | |
| 07/21/2025 | POS MAC SPEEDWAY 1104 NEWBURY OH | $48.31 | fuel | |
| 07/21/2025 | POS MAC ALDI 63085 CHAGRIN FA OH | $2.96 | groceries | |
| 07/22/2025 | POS MAC THE HOME DEPOT CHARDON OH | $12.14 | home repair/maintenance | |
| 07/23/2025 | SPEEDWAY 45519 CLEVELAND OH | $30.68 | fuel | |
| 07/24/2025 | DNCSS CLEVELAND BB CON CLEVELAND OH | $11.00 | recreation | |
| 07/24/2025 | SPECTRUM | $29.99 | home internet | |

| | | | | |
|---|---|---|---|---|
| 07/24/2025 | GAS USA BURTON OH | $14.42 | fuel | |
| 07/24/2025 | POS MAC AMAZON.COM*645 SEATTLE WA | $42.67 | reimbursable expense PM3 - repairs/maintenance | |
| 07/24/2025 | FIRSTENERGY OPCO-ACH | $527.84 | electricity | |
| 07/25/2025 | POS MAC MARATHON PETRO WEST SALEM OH | $20.26 | fuel | |
| 07/28/2025 | CAMP TOODIK LOUDONVILLE OH | $217.00 | recreation | |
| 07/28/2025 | POS MAC AMOCO#3226800L LOUDONVILL OH | $28.03 | recreation | |
| 07/29/2025 | POS MAC AMAZON.COM*VN5 SEATTLE WA | $69.58 | reimbursable expense PM3 - bar supplies, repairs/maintenance | |
| 07/29/2025 | POS MAC DOLLAR GENERAL NEWBURY OH | $12.81 | groceries | |
| 07/29/2025 | POS MAC GIANT EAG 1540 MIDDLEFIEL OH | $41.81 | groceries | |
| 07/30/2025 | RINGCENTRAL INC. | $145.16 | reimbursable expense PM3 | |
| 07/30/2025 | NEWBURY AUTO PARTS NEWBURY OH | $4.74 | automotive repairs/maintenance | |
| 07/30/2025 | POS MAC DOLLAR GENERAL NEWBURY OH | $33.15 | groceries | |
| 07/31/2025 | SUNOCO NEWBURY OH | $23.25 | fuel | |
| 07/31/2025 | POS MAC AMAZON.COM*HU9 SEATTLE WA | $17.07 | Home Supplies | |
| | | | | |
| | TOTAL | $3,682.42 | | |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

June 5, 2025 to July 7, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on June 5, 2025 | $433.58 |
| Deposits (Money In) | |
| Deposits | $2,984.38 |
| Withdrawals (Money Out) | |
| Withdrawals | -$3,077.38 |
| **Ending Balance on July 7, 2025** | **$340.58** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

# Deposits

| Date | Description | Amount |
|---|---|---|
| 06/10 | 108 ZEPPES OF NEDIRECT DEP | $1,492.19 |
| 06/24 | 108 ZEPPES OF NEDIRECT DEP | $1,492.19 |
| **Total Deposits** | | **$2,984.38** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 06/06 | POS MAC SPEEDWAY 1104 NEWBURY OH | $15.58 |
| 06/06 | POS MAC HEINEN'S GROCE PEPPER PIK OH | $22.77 |
| 06/09 | COMFORT INN SANUDSKYOH SANDUSKY OH | $8.34 |
| 06/09 | POS MAC SPEEDWAY 5902 SANDUSKY OH | $15.24 |
| 06/09 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $51.25 |
| 06/10 | POS MAC GIANT-EAG 8515 BAINBRIDGE OH | $11.85 |
| 06/12 | GAS USA BURTON OH | $25.03 |
| 06/12 | POS MAC AMAZON.COM*NH7 SEATTLE WA | $283.58 |
| 06/13 | AMAZON.COM*NA296SEATTLEWA US | $28.81 |
| 06/16 | EL PALENQUE-EASTLAKE EASTLAKE OH | $88.37 |
| 06/16 | POS MAC AMAZON.COM*NA7 SEATTLE WA | $35.21 |
| 06/16 | AMAZON PRIME*NA2133JN1 AMZN.COM/BILL WA | $148.38 |
| 06/16 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $13.35 |
| 06/17 | POS MAC GULF OIL 92067 MANTUA OH | $112.94 |
| 06/18 | GULF OIL 92067130 MANTUA OH | $14.99 |
| 06/20 | SP TSG2018 MADISON SD | $64.03 |
| 06/20 | POS MAC AMAZON.COM*NO6 SEATTLE WA | $36.28 |
| 06/20 | TST* THE BENCH - EASTL EASTLAKE OH | $18.00 |
| 06/20 | TST*FRANK & TONYS PLAC WILLOUGHBY OH | $70.40 |
| 06/20 | FIRSTENERGY OPCO-ACH | $200.50 |
| 06/23 | POS MAC SUNOCO 8002321 NEWBURY OH | $15.09 |
| 06/23 | POS MAC MCDONALD'S F36 CHARDON OH | $25.33 |
| 06/23 | TST* THE PATIO BAR & G CHAGRIN FALLS OH | $6.00 |
| 06/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 06/24 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $3.74 |
| 06/24 | POS MAC PETSMART # 146 MAYFIELD H OH | $10.25 |
| 06/25 | GAS USA BURTON OH | $69.04 |
| 06/25 | SQUARE BISTRO CHARDON OH | $90.30 |
| 06/26 | CHICK-FIL-A #04053 MAYFIELD HEIG OH | $25.49 |
| 06/27 | AUNTIE ANNE'S OH 111-3 MENTOR OH | $20.47 |
| 06/27 | POS MAC AMAZON.COM*NQ9 SEATTLE WA | $24.54 |
| 06/27 | TST* CRAGGY BOGLANDS WILLOUGHBY OH | $122.64 |
| 06/30 | AMERICA'S BEST # 5638 MENTOR OH | $284.95 |
| 06/30 | RINGCENTRAL INC. 888-898-4591 CA | $145.21 |
| 06/30 | GAS USA BURTON OH | $42.62 |
| 06/30 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $99.68 |
| 07/01 | POS MAC THE HOME DEPOT CHARDON OH | $177.28 |
| 07/01 | POS MAC WM SUPERCENTER CHARDON OH | $46.18 |
| 07/02 | POS MAC OFFICE MA 3432 SOLON OH | $25.65 |
| 07/02 | POS MAC GET GO #3 1767 CHARGIN FA OH | $58.55 |
| 07/03 | POS MAC SPEEDWAY 1104 NEWBURY OH | $15.30 |
| 07/03 | POS MAC AMAZON.COM*N34 SEATTLE WA | $38.55 |
| 07/03 | POS MAC GIANT-EAG 1269 CHESTERLAN OH | $36.21 |
| 07/07 | CHARLEYS PHILLY STEAKS SOLON OH | $31.70 |
| 07/07 | POS MAC AMAZON.COM*NL6 SEATTLE WA | $44.61 |
| 07/07 | POS MAC THE HOME DEPOT CHARDON OH | $16.55 |
| 07/07 | GAS USA BURTON OH | $49.13 |
| 07/07 | GAS USA BURTON OH | $19.19 |
| 07/07 | RUBBER DUCKS CONCESSIO AKRON OH | $37.36 |
| 07/07 | RUBBER DUCKS CONCESSIO AKRON OH | $25.69 |
| 07/07 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $19.00 |
| 07/07 | POS MAC ALDI 63085 CHAGRIN FA OH | $36.14 |
| 07/07 | SQ *YOUNG'S SUSHI WILLOUGHBY OH | $120.05 |
| **Total Withdrawals** | | **-$3,077.38** |



25-11336-jps Doc 59 FILED 08/21/25 ENTERED 08/21/25 08:03:46 Page 10 of 12

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

July 7, 2025 to August 6, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on July 7, 2025 | $340.58 |
| Deposits (Money In) | |
| Deposits | $8,518.98 |
| Withdrawals (Money Out) | |
| Withdrawals | -$3,353.75 |
| **Ending Balance on August 6, 2025** | **$5,505.81** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

# Deposits

| Date | Description | Amount |
|---|---|---|
| 07/08 | 108 ZEPPES OF NEDIRECT DEP | $1,492.19 |
| 07/22 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| 07/23 | MOBILE CHECK DEPOSIT | $36.29 |
| 07/23 | MOBILE CHECK DEPOSIT | $322.19 |
| 07/23 | MOBILE CHECK DEPOSIT | $752.17 |
| 08/05 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| **Total Deposits** | | **$8,518.98** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 07/08 | POS MAC AMAZON.COM*NL8 SEATTLE WA | $100.19 |
| 07/08 | POS MAC DOLLAR GENERAL NEWBURY OH | $12.09 |
| 07/10 | LOS VENADOS TRES MANUTA OH | $118.54 |
| 07/11 | ONLINE DOG LICENSING 740-415-8858 OH | $63.60 |
| 07/14 | POS MAC AMAZON.COM*9M6 SEATTLE WA | $50.70 |
| 07/14 | POS MAC AMAZON.COM*NR9 SEATTLE WA | $65.11 |
| 07/14 | SUNOCO 8002321802 QPS NEWBURY OH | $41.16 |
| 07/14 | ERIEINSURANCEWEBPAYMENT | $154.66 |
| 07/14 | ERIEINSURANCEWEBPAYMENT | $632.25 |
| 07/15 | FUN N STUFF AMUSEMENT MACEDONIA OH | $38.41 |
| 07/16 | SHEIN.COM 0000000000 CA | $117.20 |
| 07/17 | CHINA HOUSE 668 INC CHARDON OH | $44.20 |
| 07/18 | TST*BARRIO - WILLOUGHB WILLOUGHBY OH | $114.30 |
| 07/21 | POS MAC SPEEDWAY 1104 NEWBURY OH | $48.31 |
| 07/21 | POS MAC ALDI 63085 CHAGRIN FA OH | $2.96 |
| 07/22 | POS MAC THE HOME DEPOT CHARDON OH | $12.14 |
| 07/23 | SPEEDWAY 45519 CLEVELAND OH | $30.68 |
| 07/24 | DNCSS CLEVELAND BB CON CLEVELAND OH | $11.00 |
| 07/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 07/24 | GAS USA BURTON OH | $14.42 |
| 07/24 | POS MAC AMAZON.COM*645 SEATTLE WA | $42.67 |
| 07/24 | FIRSTENERGY OPCO-ACH | $527.84 |
| 07/25 | POS MAC MARATHON PETRO WEST SALEM OH | $20.26 |
| 07/28 | CAMP TOODIK LOUDONVILLE OH | $217.00 |
| 07/28 | POS MAC AMOCO#3226800L LOUDONVILL OH | $28.03 |
| 07/29 | POS MAC AMAZON.COM*VN5 SEATTLE WA | $69.58 |
| 07/29 | POS MAC DOLLAR GENERAL NEWBURY OH | $12.81 |
| 07/29 | POS MAC GIANT EAG 1540 MIDDLEFIEL OH | $41.81 |
| 07/30 | RINGCENTRAL INC. 888-898-4591 CA | $145.16 |
| 07/30 | NEWBURY AUTO PARTS NEWBURY OH | $4.74 |
| 07/30 | POS MAC DOLLAR GENERAL NEWBURY OH | $33.15 |
| 07/31 | SUNOCO 8002321802 QPS NEWBURY OH | $23.25 |
| 07/31 | POS MAC AMAZON.COM*HU9 SEATTLE WA | $17.07 |
| 08/01 | POS MAC OFFICE MA 3432 SOLON OH | $26.89 |
| 08/04 | GAS USA BURTON OH | $49.65 |
| 08/04 | CHIPOTLE 0369 SOLON OH | $24.10 |
| 08/04 | NEWBURY AUTO PARTS NEWBURY OH | $14.30 |
| 08/04 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $7.00 |
| 08/04 | SUNOCO 8002321802 QPS NEWBURY OH | $46.20 |
| 08/04 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $20.00 |
| 08/04 | POS MAC DOLLAR GENERAL NEWBURY OH | $13.83 |
| 08/04 | LOS VENADOS TRES MANUTA OH | $149.42 |
| 08/05 | POS MAC GET GO #3 4072 AKRON OH | $41.20 |
| 08/06 | AMAZON.COMSEATTLEWA US | $42.99 |
| 08/06 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | $32.89 |
| **Total Withdrawals** | | **-$3,353.75** |



25-11336-jps Doc 59 FILED 08/21/25 ENTERED 08/21/25 08:03:46 Page 12 of 12