**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the Northern District of Ohio

Case number: 25-11336

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: AUGUST 2025 Date report filed: 09/20/2025 (MM / DD / YYYY)

Line of business: ____________ NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party [signature]

Printed name of responsible party Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: AUGUST 2025

Date report filed: 09/20/2025 (MM / DD / YYYY)

Line of business: ______

NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party ______

Printed name of responsible party Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 4,232.71

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 5,916.14

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 4,266.53

22. **Net cash flow** + $ 1,649.61

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 5,882.32

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ____________

*(Exhibit E)*



25-11336-jps Doc 60 FILED 09/23/25 ENTERED 09/23/25 17:48:32 Page 3 of 12

Debtor Name Jason James Dicks Case number 25-11336

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? ________

27. What is the number of employees as of the date of this monthly report? ________

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,000.00 | – | $ 5,916.14 | = | $ 83.86 |
| 33. **Cash disbursements** | $ 8,000.00 | – | $ 4,266.53 | = | $ 3,733.47 |
| 34. **Net cash flow** | $ -2,000.00 | – | $ 1,649.61 | = | $ -3,649.61 |

35. Total projected cash receipts for the next month: $ 5,916.00

36. Total projected cash disbursements for the next month: - $ 8,000.00

37. Total projected net cash flow for the next month: = $ -2,084.00



25-11336-jps Doc 60 FILED 09/23/25 ENTERED 09/23/25 17:48:32 Page 4 of 12

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

| | | |
|---|---|---|
| Jason Dicks | | |
| August 2025 | | |
| Exhibit A | | |
| | | |
| Question 3 | | |
| Have you paid all your bills on time? | | |
| | | |
| The mortgage is behind, though the creditor is secured in the case | | |
| The Car loan is now caught up, though the credit is secured in the case | | |

| | | |
|---|---|---|
| Jason Dicks | | |
| July 2025 | | |
| Exhibit C | | |
| | | |
| Date | Description | Amount |
| 08/05/2025 | SALARY FROM PM3 | $2,958.07 |
| 08/19/2025 | SALARY FROM PM 3 | $2,958.07 |

Jason Dicks

July 2025

Exhibit D

| DATE | PAYEE | AMOUNT | REASON |
|---|---|---|---|
| 08/01/2025 | POS MAC OFFICE MA 3432 SOLON OH | $26.89 | Reimbersable Expense for PM3 - Printing |
| 08/04/2025 | GAS USA BURTON OH | $49.65 | Fuel |
| 08/04/2025 | CHIPOTLE 0369 SOLON OH | $24.10 | Meal |
| 08/04/2025 | NEWBURY AUTO PARTS NEWBURY OH | $14.30 | Auto Repair |
| 08/04/2025 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $7.00 | House Supplies |
| 08/04/2025 | SUNOCO NEWBURY OH | $46.20 | Fuel |
| 08/04/2025 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $20.00 | House Supplies |
| 08/04/2025 | POS MAC DOLLAR GENERAL NEWBURY OH | $13.83 | House Supplies |
| 08/04/2025 | LOS VENADOS TRES MANUTA OH | $149.42 | Meal |
| 08/05/2025 | POS MAC GET GO #3 4072 AKRON OH | $41.20 | Fuel |
| 08/06/2025 | AMAZON.COM SEATTLE WA | $42.99 | Home Repair/maintenance |
| 08/06/2025 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | $32.89 | Groceries |
| 08/07/2025 | POS MAC AMAZON.COM*474 SEATTLE WA | $14.97 | Reimbersable Expense for PM3 - Kitchen Tool |
| 08/07/2025 | BISON STREET BURGERS & MASSILLON OH | $43.45 | Meal |
| 08/11/2025 | POS MAC AMAZON.COM*JI5 SEATTLE WA | $22.89 | Home Repair/maintenance |
| 08/11/2025 | EXXON HITCHN POST CHAGRIN FALLS OH | $14.83 | Fuel |
| 08/11/2025 | TST*CHAGRIN TAVERN EASTLAKE OH | $71.44 | Meal |
| 08/11/2025 | TST*DAWGHOUSE BAR & GR ELYRIA OH | $54.90 | Meal |
| 08/13/2025 | FIRSTENERGY OPCO-ACH | $210.29 | Electricity |
| 08/14/2025 | POS MAC TRACTOR-SUPPLY CHARDON OH | $54.99 | House Supplies |
| 08/15/2025 | POS MAC WENDY'S 219 MENTOR OH | $27.17 | Meal |
| 08/15/2025 | POS MAC AMAZON.COM*ZA1 SEATTLE WA | $32.01 | Clothes |
| 08/15/2025 | TST* THE BENCH - EASTL EASTLAKE OH | $18.00 | Meal |
| 08/15/2025 | CHENGS JAPAN HOUSE INC CHARDON OH | $151.85 | Meal |
| 08/18/2025 | SQ *GREAT LAKES MEDIEV ROCK CREEK OH | $105.00 | Recreation |
| 08/18/2025 | POS MAC SUNOCO 0373261 NOVELTY OH | $9.20 | Fuel |
| 08/18/2025 | METROPOLIS PARKING NASHVILLE TN | $4.99 | Parking in Cleveland |
| 08/18/2025 | DUNKIN #349801 Q35 MENTOR OH | $22.85 | Meal |
| 08/18/2025 | CHARLEYS PHILLY STEAKS MENTOR OH | $38.22 | Meal |
| 08/18/2025 | POS MAC ALDI 63085 CHAGRIN FA OH | $13.56 | Groceries |
| 08/18/2025 | CORK N BOTTLE CLEVELAND OH | $36.00 | Meal |
| 08/18/2025 | BILLMATRIX BILLPAYFEE | $4.95 | Bill Pay Fee |
| 08/18/2025 | PARK NA FAM LOANBILL PAY | $2,090.22 | Auto Loan |
| 08/19/2025 | POS MAC AMAZON.COM*NK7 SEATTLE WA | $21.34 | Reimbersable Expense for PM3 - Security system battery |
| 08/21/2025 | GAS USA BURTON OH | $19.07 | Fuel |
| 08/22/2025 | POS MAC AMAZON.COM*RB2 SEATTLE WA | $25.41 | Home Supplies |
| 08/25/2025 | SPECTRUM | $29.99 | Home Internet |
| 08/26/2025 | POS MAC WAL-MART #3293 CHARDON OH | $166.15 | Groceries and House supplies |
| 08/26/2025 | POS MAC THE HOME DEPOT CHARDON OH | $40.62 | Home Repair/maintenance |
| 08/27/2025 | GAS USA BURTON OH | $74.74 | Fuel |
| 08/29/2025 | POS MAC THE HOME DEPOT CHARDON OH | $355.92 | Home Repair/maintenance |
| 08/29/2025 | POS MAC WENDY'S 218 CHARDON OH | $23.04 | Meal |
| | | | |
| | TOTAL | $4,266.53 | |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

July 7, 2025 to August 6, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on July 7, 2025 | $340.58 |
| Deposits (Money In) | |
| Deposits | $8,518.98 |
| Withdrawals (Money Out) | |
| Withdrawals | -$3,353.75 |
| **Ending Balance on August 6, 2025** | **$5,505.81** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

# Deposits

| Date | Description | Amount |
|---|---|---|
| 07/08 | 108 ZEPPES OF NEDIRECT DEP | $1,492.19 |
| 07/22 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| 07/23 | MOBILE CHECK DEPOSIT | $36.29 |
| 07/23 | MOBILE CHECK DEPOSIT | $322.19 |
| 07/23 | MOBILE CHECK DEPOSIT | $752.17 |
| 08/05 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| **Total Deposits** | | **$8,518.98** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 07/08 | POS MAC AMAZON.COM*NL8 SEATTLE WA | $100.19 |
| 07/08 | POS MAC DOLLAR GENERAL NEWBURY OH | $12.09 |
| 07/10 | LOS VENADOS TRES MANUTA OH | $118.54 |
| 07/11 | ONLINE DOG LICENSING 740-415-8858 OH | $63.60 |
| 07/14 | POS MAC AMAZON.COM*9M6 SEATTLE WA | $50.70 |
| 07/14 | POS MAC AMAZON.COM*NR9 SEATTLE WA | $65.11 |
| 07/14 | SUNOCO 8002321802 QPS NEWBURY OH | $41.16 |
| 07/14 | ERIEINSURANCEWEBPAYMENT | $154.66 |
| 07/14 | ERIEINSURANCEWEBPAYMENT | $632.25 |
| 07/15 | FUN N STUFF AMUSEMENT MACEDONIA OH | $38.41 |
| 07/16 | SHEIN.COM 0000000000 CA | $117.20 |
| 07/17 | CHINA HOUSE 668 INC CHARDON OH | $44.20 |
| 07/18 | TST*BARRIO - WILLOUGHB WILLOUGHBY OH | $114.30 |
| 07/21 | POS MAC SPEEDWAY 1104 NEWBURY OH | $48.31 |
| 07/21 | POS MAC ALDI 63085 CHAGRIN FA OH | $2.96 |
| 07/22 | POS MAC THE HOME DEPOT CHARDON OH | $12.14 |
| 07/23 | SPEEDWAY 45519 CLEVELAND OH | $30.68 |
| 07/24 | DNCSS CLEVELAND BB CON CLEVELAND OH | $11.00 |
| 07/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 07/24 | GAS USA BURTON OH | $14.42 |
| 07/24 | POS MAC AMAZON.COM*645 SEATTLE WA | $42.67 |
| 07/24 | FIRSTENERGY OPCO-ACH | $527.84 |
| 07/25 | POS MAC MARATHON PETRO WEST SALEM OH | $20.26 |
| 07/28 | CAMP TOODIK LOUDONVILLE OH | $217.00 |
| 07/28 | POS MAC AMOCO#3226800L LOUDONVILL OH | $28.03 |
| 07/29 | POS MAC AMAZON.COM*VN5 SEATTLE WA | $69.58 |
| 07/29 | POS MAC DOLLAR GENERAL NEWBURY OH | $12.81 |
| 07/29 | POS MAC GIANT EAG 1540 MIDDLEFIEL OH | $41.81 |
| 07/30 | RINGCENTRAL INC. 888-898-4591 CA | $145.16 |
| 07/30 | NEWBURY AUTO PARTS NEWBURY OH | $4.74 |
| 07/30 | POS MAC DOLLAR GENERAL NEWBURY OH | $33.15 |
| 07/31 | SUNOCO 8002321802 QPS NEWBURY OH | $23.25 |
| 07/31 | POS MAC AMAZON.COM*HU9 SEATTLE WA | $17.07 |
| 08/01 | POS MAC OFFICE MA 3432 SOLON OH | $26.89 |
| 08/04 | GAS USA BURTON OH | $49.65 |
| 08/04 | CHIPOTLE 0369 SOLON OH | $24.10 |
| 08/04 | NEWBURY AUTO PARTS NEWBURY OH | $14.30 |
| 08/04 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $7.00 |
| 08/04 | SUNOCO 8002321802 QPS NEWBURY OH | $46.20 |
| 08/04 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $20.00 |
| 08/04 | POS MAC DOLLAR GENERAL NEWBURY OH | $13.83 |
| 08/04 | LOS VENADOS TRES MANUTA OH | $149.42 |
| 08/05 | POS MAC GET GO #3 4072 AKRON OH | $41.20 |
| 08/06 | AMAZON.COMSEATTLEWA US | $42.99 |
| 08/06 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | $32.89 |
| **Total Withdrawals** | | **-$3,353.75** |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

August 6, 2025 to September 5, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on August 6, 2025 | $5,505.81 |
| Deposits (Money In) | |
| Deposits | $5,914.52 |
| Withdrawals (Money Out) | |
| Withdrawals | -$6,118.51 |
| **Ending Balance on September 5, 2025** | **$5,301.82** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

# Deposits

| Date | Description | Amount |
|---|---|---|
| 08/19 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| 09/03 | 108 ZEPPES OF NEDIRECT DEP | $2,956.45 |
| **Total Deposits** | | **$5,914.52** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 08/07 | POS MAC AMAZON.COM*474 SEATTLE WA | $14.97 |
| 08/07 | BISON STREET BURGERS & MASSILLON OH | $43.45 |
| 08/11 | POS MAC AMAZON.COM*JI5 SEATTLE WA | $22.89 |
| 08/11 | EXXON HITCHN POST CHAGRIN FALLS OH | $14.83 |
| 08/11 | TST*CHAGRIN TAVERN EASTLAKE OH | $71.44 |
| 08/11 | TST*DAWGHOUSE BAR & GR ELYRIA OH | $54.90 |
| 08/13 | FIRSTENERGY OPCO-ACH | $210.29 |
| 08/14 | POS MAC TRACTOR-SUPPLY CHARDON OH | $54.99 |
| 08/15 | POS MAC WENDY'S 219 MENTOR OH | $27.17 |
| 08/15 | POS MAC AMAZON.COM*ZA1 SEATTLE WA | $32.01 |
| 08/15 | TST* THE BENCH - EASTL EASTLAKE OH | $18.00 |
| 08/15 | CHENGS JAPAN HOUSE INC CHARDON OH | $151.85 |
| 08/18 | SQ *GREAT LAKES MEDIEV ROCK CREEK OH | $105.00 |
| 08/18 | POS MAC SUNOCO 0373261 NOVELTY OH | $9.20 |
| 08/18 | METROPOLIS PARKING NASHVILLE TN | $4.99 |
| 08/18 | DUNKIN #349801 Q35 MENTOR OH | $22.85 |
| 08/18 | CHARLEYS PHILLY STEAKS MENTOR OH | $38.22 |
| 08/18 | POS MAC ALDI 63085 CHAGRIN FA OH | $13.56 |
| 08/18 | CORK N BOTTLE CLEVELAND OH | $36.00 |
| 08/18 | BILLMATRIX BILLPAYFEE14267425992 | $4.95 |
| 08/18 | PARK NA FAM LOANBILL PAY | $2,090.22 |
| 08/19 | POS MAC AMAZON.COM*NK7 SEATTLE WA | $21.34 |
| 08/21 | GAS USA BURTON OH | $19.07 |
| 08/22 | POS MAC AMAZON.COM*RB2 SEATTLE WA | $25.41 |
| 08/25 | SPECTRUM 855-707-7328 MO | $29.99 |
| 08/26 | POS MAC WAL-MART #3293 CHARDON OH | $166.15 |
| 08/26 | POS MAC THE HOME DEPOT CHARDON OH | $40.62 |
| 08/27 | GAS USA BURTON OH | $74.74 |
| 08/29 | POS MAC THE HOME DEPOT CHARDON OH | $355.92 |
| 08/29 | POS MAC WENDY'S 218 CHARDON OH | $23.04 |
| 09/02 | RINGCENTRAL INC. 888-898-4591 CA | $145.16 |
| 09/02 | POS MAC THE HOME DEPOT CHARDON OH | $216.03 |
| 09/02 | BP#8297277BP NEWBURQPS BURTON OH | $32.28 |
| 09/02 | POS MAC WM SUPERCENTER CHARDON OH | $49.46 |
| 09/02 | ACE HARDWARE 75 BAINBR CHAGRIN FALLS OH | $14.89 |
| 09/02 | POS MAC OFFICE MA 3432 SOLON OH | $24.75 |
| 09/02 | POS MAC AMAZON.COM*TG9 SEATTLE WA | $74.71 |
| 09/02 | POS MAC GIANT-EAG 1269 CHESTERLAN OH | $41.82 |
| 09/02 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 09/03 | AMAZON.COM*EE8WKSEATTLEWA US | $486.63 |
| 09/03 | POS MAC THE HOME DEPOT CHARDON OH | $37.41 |
| 09/04 | ACE HARDWARE 75 BAINBR CHAGRIN FALLS OH | $10.66 |
| 09/04 | POS MAC TURNEY'S HARDW CHESTERLAN OH | $42.68 |
| 09/05 | FIRSTENERGY OPCO-ACH | $437.23 |
| **Total Withdrawals** | | **-$6,118.51** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*