**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE JASON DICKS <br> *Debtor* | CASE NO. 25-11336 <br> JUDGE PRICE SMITH <br> CHAPTER 11 <br> SUBCHAPTER V |

**CERTIFICATION AND SUMMARY REPORT OF BALLOTS ON JASON DICKS'S PLAN OF REORGANIZATION DATED [DOC 39]**

Jason Dicks the debtor and debtor in possession ("Debtor") hereby certifies as follows regarding the ballots received accepting or rejecting the Jason Dicks's Plan of Reorganization Dated June 30, 2025 [Doc 39] ("Plan").

This certification is made pursuant to the provisions of the Order Establishing the Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtor's Plan of Reorganization and to Set Dates Related Thereto [Doc. 51].

## I. Class Voting

The class voting is summarized on Exhibit A, and the received ballots are attached as Exhibit B. The Debtor received a total of six votes on its Plan from creditors holding $372,082.97 in claims, based on the Debtor's valuation of the claims. Two votes were in Class 3, one by Joseph Ceresi and one by Cassie and Joseph Ceresi that rejected the Plan; 3 creditors holding a total of $ $57,825.41 in claims in Class 4 voted to accept the Plan and 1 creditor holding a wholly contingent claim for which no money is owed by the Debtor voted to reject the Plan, however because the unsecured portion of the Ceresi Claims are treated as general unsecured claims in Class 4, Class 4 also rejected the plan.

## II. Summary of Class Acceptances and Rejections.

Based on the foregoing, the Debtor maintains that the following is an accurate summary of the class acceptances and rejections:

Class 1:    no Claims in this class.

Class 2: Unimpaired not entitled to vote.

Class 3: Impaired, 1 vote REJECTED.

Class 4: Impaired, 4 Votes REJECTED.

    Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ballot Report was served was served on the following on September 25, 2025 as indicated below.

VIA ECF
Electronic Mail Notice List:
Thomas W. Coffey on behalf of Interested Party Pizzeria Management III LLC
tcoffey@tcoffeylaw.com, nbeba@tcoffeylaw.com

Daniel J. Feko on behalf of Creditor Citizens Bank, N.A.
dfeko@simonattys.com, simondocket@simonattys.com

Patricia B. Fugee
patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net

Heather E. Heberlein on behalf of Creditor Zeppes Tavern Franchise LLC
hheberlein@ralaw.com, mvitou@porterwright.com

Heather E. Heberlein on behalf of Creditor Cassie Ciresi
hheberlein@ralaw.com, mvitou@porterwright.com

Heather E. Heberlein on behalf of Creditor Joe Ciresi
hheberlein@ralaw.com, mvitou@porterwright.com

Heather E. Heberlein on behalf of Defendant Cassie Ciresi
hheberlein@ralaw.com, mvitou@porterwright.com

Heather E. Heberlein on behalf of Defendant Joseph T. Ciresi
hheberlein@ralaw.com, mvitou@porterwright.com

Richard John LaCivita on behalf of Creditor Lakeview Loan Servicing, LLC
bknotice@reimerlaw.com, rlacivita@ecf.courtdrive.com

Spencer Lutz on behalf of U.S. Trustee United States Trustee
spencer.lutz@usdoj.gov

Frederic P. Schwieg on behalf of Debtor Jason James Dicks
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Plaintiff Jason James Dicks
fschwieg@schwieglaw.com

                                                  /s/ Frederic P. Schwieg, Esq.
                                                  Frederic P. Schwieg, Esq.

| Class | Impaired? | No. of Creditors in Class | Creditor | Amount Scheduled | Vote |
|---|---|---|---|---|---|
| 1 | YES | 0 | | | |
| 2 | NO | 3 | | | |
| 3 | YES | 2 | Ceresi | $ 314,257.56 | REJECT |
| 4 | YES | 37 | Amex | $ 6,915.19 | ACCEPT |
| | | | Amex | $ 929.40 | ACCEPT |
| | | | Citizens Bank | $ 49,980.82 | ACCEPT |
| | | | Newbury | $ - | REJECT |

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE JASON DICKS<br>*Debtor* | CASE NO. 25-11336<br>JUDGE PRICE SMITH<br>CHAPTER 11<br>SUBCHAPTER V |

## BALLOT
PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN

Creditor Name __American Express National Bank__.

(Check one box only)

Claim Amount: $6,915.19
Account Ending: 1009

[X] **ACCEPTS the Plan**

[ ] **REJECTS the Plan**

Name of Voter: American Express National Bank
(Print or Type)

Signature By: *[signature]*
Kenneth W. Kleppinger
(If Appropriate)

Title: Attorney/Agent for creditor
(If Appropriate)

Address: c/o Becket & Lee LLP

PO Box 3001

Malvern, PA 19355

Telephone Number: (610) 644-7800

Date Completed: September 12, 2025

RETURN THIS BALLOT TO:
Frederic P. Schwieg; Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE JASON DICKS<br>*Debtor* | CASE NO. 25-11336<br>JUDGE PRICE SMITH<br>CHAPTER 11<br>SUBCHAPTER V |

## BALLOT
PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN

Creditor Name  American Express National Bank  .

(Check one box only)

Claim Amount: $929.40
Account Ending: 2009

[X] **ACCEPTS the Plan**

[ ] **REJECTS the Plan**

---

Name of Voter: American Express National Bank
(Print or Type)

Signature By: *(signature)*
Kenneth W. Kleppinger
(If Appropriate)

Title: Attorney/Agent for creditor
(If Appropriate)

Address: c/o Becket & Lee LLP

PO Box 3001

Malvern, PA 19355

Telephone Number: (610) 644-7800

Date Completed: September 12, 2025

RETURN THIS BALLOT TO:
Frederic P. Schwieg; Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re Jason Dicks *Debtor* | Case No. 25-11336 <br> Judge Price Smith <br> Chapter 11 <br> Subchapter V |

### BALLOT
**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN**

Creditor Name   __Citizens Bank, N.A.__           .

(Check one box only)

[ X ]  **ACCEPTS the Plan**

[   ]  **REJECTS the Plan**

---

Name of Voter:       Daniel J. Feko
                     (Print or Type)

Signature
By:                  /s/Daniel J. Feko
                     (If Appropriate)

Title:               Attorney
                     (If Appropriate)

Address:             363 W Big Beaver Rd., Suite 410 Troy, MI 48084

Telephone Number:    (248) 720-0290

Date Completed:      9/18/2025

RETURN THIS BALLOT TO:
Frederic P. Schwieg; Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE JASON DICKS<br>*Debtor* | CASE NO. 25-11336<br>JUDGE PRICE SMITH<br>CHAPTER 11<br>SUBCHAPTER V |

## BALLOT
**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN**

Creditor Name   Joseph T. Ciresi and Cassie Ciresi   .

(Check one box only)

[ ]   **ACCEPTS the Plan**

[ x ]   **REJECTS the Plan**

---

Name of Voter:   Joseph T. Ciresi and Cassie Ciresi
(Print or Type)

Signature By:   *Heather E. Heberlein* (signature)
(If Appropriate)

Title:   Attorney for Joseph T. Ciresi and Cassie Ciresi
(If Appropriate)

Address:   c/o Roetzel & Andress LPA
1375 East Ninth Street, Suite 1000
Cleveland, OH 44114

Telephone Number:   216.298.0801

Date Completed:   September 19, 2025

RETURN THIS BALLOT TO:
Frederic P. Schwieg; Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE JASON DICKS | CASE NO. 25-11336 |
| *Debtor* | JUDGE PRICE SMITH |
| | CHAPTER 11 |
| | SUBCHAPTER V |

## BALLOT
### PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN

Creditor Name __Joseph T. Ciresi__.

(Check one box only)

[ ] **ACCEPTS the Plan**

[ x ] **REJECTS the Plan**

---

Name of Voter: _____Joseph T. Ciresi_____
(Print or Type)

Signature By: _____*Heather E. Heberlein*_____
(If Appropriate)

Title: _____Attorney for Joseph T. Ciresi_____
(If Appropriate)

Address: _____c/o Roetzel & Andress LPA_____
_____1375 East Ninth Street, Suite 1000_____
_____Cleveland, OH 44114_____

Telephone Number: _____216.298.0801_____

Date Completed: _____September 19, 2025_____

RETURN THIS BALLOT TO:
Frederic P. Schwieg; Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE JASON DICKS
    *Debtor*

CASE NO. 25-11336
JUDGE PRICE SMITH
CHAPTER 11
SUBCHAPTER V

## BALLOT
PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE
YOUR ACCEPTANCE OR REJECTION OF THE PLAN

Creditor Name __Newbury Center, LLC__

(Check one box only)

[ ] **ACCEPTS the Plan**

[X] **REJECTS the Plan**

---

Name of Voter: __Newbury Center, LLC__
(Print or Type)

Signature By: _[signature]_
(If Appropriate)

Title: __Manager__
(If Appropriate)

Address: __Blocker Law LLC__
__30195 Chagrin Blvd.__
__STE 300__
__Pepper Pike OH 44124__

Telephone Number: __216-360-9961 x101__

Date Completed: __9-19-2025__

RETURN THIS BALLOT TO:
Frederic P. Schwieg; Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com