**IT IS SO ORDERED.**

Dated: 16 October, 2025 02:43 PM



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE JASON DICKS<br>*Debtor* | CASE NO. 25-11336<br>JUDGE PRICE SMITH<br>CHAPTER 11<br>SUBCHAPTER V |

**AGREED ORDER ADJOURNING DEADLINE FOR BRIEFS IN SUPPORT OF CONFIRMATION AND CONFIRMATION HEARING DATE**

Upon the Motion of the Debtor for Entry of an Agreed Order Adjourning Deadline for Briefs in Support of Confirmation and Confirmation Hearing Date [Docket No. 66] and the Court finding that the relief sought therein is in the best interest of the Debtor, the estate, and all creditors and parties in interest, it is hereby ORDERED as follows:

1. The deadline for filing briefs in support of confirmation is adjourned to November 20, 2025, and

2. The Confirmation Hearing is adjourned to December 16, 2025 at 10:30 a.m.

### 

1

| | |
|---|---|
| Stipulated and Approved by:<br>/s/ Frederic P. Schwieg, Esq.<br>Frederic P. Schwieg, Esq.(0030418)<br>Attorney at Law<br>19885 Detroit Rd. #239<br>Rocky River, OH 44116-1815<br>(440) 499-4506<br>fax (440) 398-0490<br>fschwieg@schwieglaw.com<br>Attorney for Debtor | Stipulated and Approved by:<br>/s/ Heather E. Heberlein<br>Heather E. Heberlein (0083828)<br>Roetzel & Andress LPA<br>1375 East Ninth Street, Suite 1000<br>Cleveland, OH 44114<br>(216) 298-0801<br>hheberlein@ralaw.com<br>*Counsel for Joseph Ciresi, Cassie Ciresi, and Zeppe's Tavern Franchise LLC* |
| s/Thomas W. Coffey<br>Thomas W. Coffey (0046877)<br>Coffey Law LLC<br>2430 Tremont Ave.<br>Cleveland, OH 44113<br>(216) 870-8866<br>tcoffey@tcoffeylaw.com<br>*Counsel for Pizzeria Management III LLC* | /s/ *Christian E. Carson*<br>Christian E. Carson (0088523)<br>Carson Law Firm LLC<br>2618 North Moreland Blvd.<br>Cleveland, OH 44120<br>T: (216) 352-4243<br>F: (216) 539-8137<br>christian@carsonlaw.com<br>*Attorney for Creditor iPlanGroup FBO Christian Carson IRA* |
| No Objection:<br>/s/ Patricia Fugee<br>Patricia B. Fugee, Trustee<br>Fisher Broyles LLP<br>27100 Oakmead Dr Box 306<br>Perrysburg OH 43551<br>(419) 874-6859<br>patricia.fugee@fisherbroyles.com<br>Subchapter V Trustee | No Objection:<br>/s/ Spencer H. Lutz<br>Spencer H. Lutz (0101482)<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue East, Suite 441<br>Cleveland, Ohio 44114<br>Phone: (216) 522-8289<br>Email: Spencer.Lutz@usdoj.gov<br>*Office of the United States Trustee* |

## ECF SERVICE

VIA ECF
Electronic Mail Notice List:
Thomas W. Coffey on behalf of Interested Party Pizzeria Management III LLC
tcoffey@tcoffeylaw.com, nbeba@tcoffeylaw.com

Daniel J. Feko on behalf of Creditor Citizens Bank, N.A.
dfeko@simonattys.com, simondocket@simonattys.com

Patricia B. Fugee
patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net

Heather E. Heberlein on behalf of Creditor Zeppes Tavern Franchise LLC
hheberlein@ralaw.com, mvitou@porterwright.com

Heather E. Heberlein on behalf of Creditor Cassie Ciresi
hheberlein@ralaw.com, mvitou@porterwright.com

Heather E. Heberlein on behalf of Creditor Joe Ciresi
hheberlein@ralaw.com, mvitou@porterwright.com

Heather E. Heberlein on behalf of Defendant Cassie Ciresi
hheberlein@ralaw.com, mvitou@porterwright.com

Heather E. Heberlein on behalf of Defendant Joseph T. Ciresi
hheberlein@ralaw.com, mvitou@porterwright.com

Richard John LaCivita on behalf of Creditor Lakeview Loan Servicing, LLC
bknotice@reimerlaw.com, rlacivita@ecf.courtdrive.com

Spencer Lutz on behalf of U.S. Trustee United States Trustee
spencer.lutz@usdoj.gov

Frederic P. Schwieg on behalf of Debtor Jason James Dicks
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Plaintiff Jason James Dicks
fschwieg@schwieglaw.com