| Fill in this information to identify the case: |
| --- |
| Debtor Name Jason James Dicks |
| United States Bankruptcy Court for the: Northern District of Ohio |
| Case number: 25-11336 |

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: OCTOBER 2025 Date report filed: 11/20/2025 (MM / DD / YYYY)

Line of business: ______ NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: [signature]

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| Fill in this information to identify the case: |
|---|
| Debtor Name Jason James Dicks |
| United States Bankruptcy Court for the: Northern District of Ohio |
| Case number: 25-11336 |

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 **12/17**

Month: OCTOBER 2025

Date report filed: 11/20/2025 (MM / DD / YYYY)

Line of business: ______________________

NAISC code: ___________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: JASON DICKS

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name Jason James Dicks Case number 25-11336

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 5,882.32

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 8,311.56

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 11,613.30

22. **Net cash flow** + $ -3,301.74

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 2,580.58

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ___________

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? ______
27. What is the number of employees as of the date of this monthly report? ______

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 5,916.00 | – | $ 8,311.56 | = | $ -2,395.56 |
| 33. **Cash disbursements** | $ 8,000.00 | – | $ 11,613.30 | = | $ -3,613.30 |
| 34. **Net cash flow** | $ -2,084.00 | – | $ -3,301.74 | = | $ 1,217.74 |

35. Total projected cash receipts for the next month: $ 7,200.00
36. Total projected cash disbursements for the next month: - $ 8,000.00
37. Total projected net cash flow for the next month: = $ -800.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

| Deposit Detail | | | |
|---|---|---|---|
| Jason Dicks | | | |
| October 1-31, 2025 | | | |
| KEY BANK ACCOUNT 7367 | | | |
| | | | |
| **Date** | **BANK MEMO** | **Amount** | **Desciption** |
| 10/14/2025 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 | Pay check from PM3 |
| 10/27/2025 | MOBILE CHECK DEPOSIT | $63.20 | reimbersed expenses for PM3 |
| 10/27/2025 | STATE OF OHIO TAXREFUNDSTAX02*R-PIT-R11526831 | $346.00 | Ohio Tax refund 2024 |
| 10/27/2025 | MOBILE CHECK DEPOSIT | $398.51 | reimbersed expenses for PM3 |
| 10/28/2025 | 108 ZEPPES OF NEDIRECT DEP | $2,954.77 | Pay check from PM3 |
| 10/30/2025 | MOBILE CHECK DEPOSIT | $1,591.01 | reimbersed expenses for PM3 |

| **Deposit Detail** | | | |
|---|---|---|---|
| **Jason Dicks** | | | |
| **October 1-31, 2025** | | | |
| KEY BANK ACCOUNT 7367 | | | |
| | | | |
| **DATE** | **PAYEE** | **AMOUNT** | **REASON** |
| 10/01/2025 | GAS USA BURTON OH | $85.03 | Fuel |
| 10/01/2025 | DD *DOORDASH CHIPOTLEM SAN FRANCISCO CA | $28.78 | Meals |
| 10/01/2025 | PARK NAT'L BANK TRNSF/PYMT PARK XX7581 | $706.74 | Automobile payment |
| 10/01/2025 | SERVICEMAC MTG PYMNT | $5,000.00 | Mortgage payment with extra |
| 10/02/2025 | OFFICEMAX/DEPOT 6589 SOLON OH | $49.00 | Reimbersable debit card expense PM3 - Printing |
| 10/03/2025 | CHARLEYS PHILLY STEAKS SOLON OH | $18.96 | Meals |
| 10/06/2025 | INTUIT *QBOOKS ONLINE CL.INTUIT.COM CA | $20.28 | Reimbersable debit card expense PM3 - Quickbooks fee |
| 10/06/2025 | POS MAC GET GO #3515 CHARGIN FA OH | $16.82 | meals |
| 10/06/2025 | POS MAC GET GO #3515 CHARGIN FA OH | $32.82 | Fuel |
| 10/06/2025 | CHARDON TAVERN & GRILL CHARDON OH | $23.77 | Meals |
| 10/06/2025 | PICKLE BILLS GRAND RIVER OH | $109.89 | Meals |
| 10/07/2025 | FIRSTENERGY OPCO-ACH | $398.09 | Utilities - Electricity |
| 10/08/2025 | POS MAC DOLLAR GENERAL CHARDON OH | $27.48 | Groceries/home items |
| 10/08/2025 | TST*SAVORIA BAR AND GR MENTOR OH | $98.16 | Meals |
| 10/14/2025 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $210.73 | Reimbersable debit card expense PM3 - Food Supplies |
| 10/14/2025 | POS MAC ALDI 63085 CHAGRIN FA OH | $59.09 | Reimbersable debit card expense PM3 - Food Supplies |
| 10/14/2025 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $32.18 | Reimbersable debit card expense PM3 - Supplies |
| 10/14/2025 | HOMEDEPOT.COM 800-430-3376 GA | $403.52 | Reimbersable debit card expense PM3 - Halloween Decor |
| 10/14/2025 | ARMK ROCKET ARENA CONC CLEVELAND OH | $82.98 | Meals/Recreation |
| 10/14/2025 | ARMK ROCKET ARENA SCO CLEVELAND OH | $20.99 | Meals/Recreation |
| 10/14/2025 | ARMK ROCKET ARENA CONC CLEVELAND OH | $71.99 | Meals/Recreation |
| 10/14/2025 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $120.98 | Reimbersable debit card expense PM3 - Food Supplies |
| 10/14/2025 | POS MAC GIANT-EAGLE #0 BAINBRIDGE OH | $70.72 | Reimbersable debit card expense PM3 - Food Supplies |
| 10/14/2025 | POS MAC SPEEDWAY 45303 NEWBURY OH | $76.88 | Fuel |
| 10/14/2025 | POS MAC COSTCO WHSE #0 CLEVELAND OH | $122.33 | Reimbersable debit card expense PM3 - patio decor |
| 10/17/2025 | POS MAC AMAZON.COM*NM8 SEATTLE WA | $96.06 | Reimbersable debit card expense PM3 - Repair supplies for mixer |
| 10/20/2025 | POS MAC AMAZON.COM*NM3 SEATTLE WA | $156.82 | Reimbersable debit card expense PM3 - Halloween Decor |
| 10/20/2025 | POS MAC GFS STORE #095 MENTOR OH | $248.23 | Reimbersable debit card expense PM3 - Food Supplies |
| 10/21/2025 | POS MAC AMAZON.COM*NM8 SEATTLE WA | $109.39 | Clothes and household items |
| 10/22/2025 | POS MAC WAL-MART #3250 AURORA OH | $166.17 | Reimbersable debit card expense PM3 - Event Decor supplies (trunk or treat) |
| 10/23/2025 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 | Security system |
| 10/23/2025 | FOREIGN TRANSACTION FEE | $0.51 | Foreign transaction fee from security system |
| 10/23/2025 | SQ *BUCKEYE CHOCOLATE BAINBRIDGE TW OH | $14.60 | Meals |
| 10/24/2025 | A B TIRE & REPAIR CHAGRIN FALLS OH | $2,000.23 | Auto Repair |
| 10/24/2025 | GAS USA BURTON OH | $54.10 | Fuel |
| 10/24/2025 | SPECTRUM 855-707-7328 MO | $29.99 | Home Internet |
| 10/24/2025 | POS MAC SPEEDWAY 45303 NEWBURY OH | $42.84 | Fuel |
| 10/24/2025 | POS MAC ALDI 63085 CHAGRIN FA OH | $53.81 | Reimbersable debit card expense PM3 - Food Supplies |
| 10/24/2025 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $49.61 | Reimbersable debit card expense PM3 - Food Supplies |
| 10/27/2025 | THE UPS STORE 6982 CHAGRIN FALLS OH | $19.00 | Reimbersable debit card expense PM3 - Shipping return |
| 10/27/2025 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | $335.94 | Groceries/home items |
| 10/27/2025 | PTC EZPASS CSC WEB IVR HARRISBURG PA | $71.62 | PA Turnpike |
| 10/30/2025 | RINGCENTRAL INC. BELMONT CA | $146.27 | Reimbersable debit card expense PM3 - telephone system |
| 10/30/2025 | ERIE INS GROUP ERIEXPSPAY | $37.42 | Auto Insurance |
| 10/30/2025 | ERIE INS GROUP ERIEXPSPAY | $65.50 | Auto Insurance |
| 10/31/2025 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 | DoorDash |
| | | | |
| | TOTAL | $11,613.30 | |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

September 5, 2025 to October 6, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on September 5, 2025 | $5,301.82 |
| Deposits (Money In) | |
| Deposits | $5,916.14 |
| Withdrawals (Money Out) | |
| Withdrawals | -$8,579.55 |
| **Ending Balance on October 6, 2025** | **$2,638.41** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

# Deposits

| Date | Description | Amount |
|---|---|---|
| 09/16 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| 09/30 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| **Total Deposits** | | **$5,916.14** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 09/08 | POS MAC OFFICE MA 3432 SOLON OH | $63.15 |
| 09/08 | POS MAC MARKET DI 3431 SOLON OH | $145.75 |
| 09/08 | POS MAC CIRCLE K 05277 NOVELTY OH | $43.96 |
| 09/08 | POS MAC ALDI 63085 CHAGRIN FA OH | $47.82 |
| 09/10 | POS MAC AMAZON.COM*O46 SEATTLE WA | $6.39 |
| 09/12 | AUNTIE ANNE'S OH 111-3 MENTOR OH | $24.50 |
| 09/12 | TST*TAVERN SIX - CHAGR CHAGRIN FALLS OH | $161.52 |
| 09/15 | POS MAC SPEEDWAY 45303 NEWBURY OH | $65.30 |
| 09/15 | POS MAC ALDI 63085 CHAGRIN FA OH | $28.90 |
| 09/15 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $26.31 |
| 09/15 | POS MAC GIANT-EAGLE #0 CHESTERLAN OH | $30.89 |
| 09/15 | POS MAC TURNEY'S HARDW CHESTERLAN OH | $42.68 |
| 09/16 | POS MAC OFFICE MAX/OFF SOLON OH | $53.52 |
| 09/16 | POS MAC THE HOME DEPOT CHARDON OH | $62.92 |
| 09/17 | POS MAC AMAZON.COM*Z37 SEATTLE WA | $53.36 |
| 09/19 | CHINA HOUSE 668 INC CHARDON OH | $53.10 |
| 09/22 | DERTHICKS CORN MAZE MANTUA OH | $55.00 |
| 09/22 | TST* CONDADO TACOS - P BEACHWOOD OH | $105.05 |
| 09/22 | POS MAC BP#9604901OHIO CHAGRIN FA OH | $17.00 |
| 09/22 | POS MAC DISCOUNT DRUG CHAGRIN FA OH | $84.25 |
| 09/23 | ALL POINTS FOODSERVICE VERNON HILLS IL | $222.22 |
| 09/23 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 09/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 09/23 | POS MAC KOHLS 0235 MACEDONIA OH | $286.06 |
| 09/23 | POS MAC WAL-MART SUPER MACEDONIA OH | $32.70 |
| 09/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 09/24 | HIMS & HERS HEALTH SAN FRANCISCO CA | $49.00 |
| 09/25 | HIMS & HERS HEALTH SAN FRANCISCO CA | $175.00 |
| 09/26 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | $67.57 |
| 09/26 | POS MAC DOLLAR GENERAL NEWBURY OH | $9.05 |
| 09/29 | WATERWAY - 161 - PEPPE PEPPER PIKE OH | $17.28 |
| 09/29 | GARYS CONCESSIONS INC EASTLAKE OH | $17.00 |
| 09/29 | POS MAC DOLLAR GENERAL NEWBURY OH | $12.92 |
| 09/29 | SQ *YANKEE CLIPPER II, CHARDON OH | $42.00 |
| 09/29 | SPO*CHELO'SKITCHEN SOUTH EUCLID OH | $82.56 |
| 09/30 | THE SUNSET FAIRPORT HARB OH | $63.54 |
| 09/30 | RINGCENTRAL INC. 888-898-4591 CA | $145.16 |
| 09/30 | TURNEY'S HARDWARE CHESTERLAND OH | $9.14 |
| 09/30 | ERIE INS GROUP ERIEXPSPAY | $37.40 |
| 10/01 | GAS USA BURTON OH | $85.03 |
| 10/01 | DD *DOORDASH CHIPOTLEM SAN FRANCISCO CA | $28.78 |
| 10/01 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 10/01 | SERVICEMAC MTG PYMNT | $5,000.00 |
| 10/02 | OFFICEMAX/DEPOT 6589 SOLON OH | $49.00 |
| 10/03 | CHARLEYS PHILLY STEAKS SOLON OH | $18.96 |
| 10/06 | INTUIT *QBOOKS ONLINE CL.INTUIT.COM CA | $20.28 |
| 10/06 | POS MAC GET GO #3515 CHARGIN FA OH | $16.82 |
| 10/06 | POS MAC GET GO #3515 CHARGIN FA OH | $32.82 |
| 10/06 | CHARDON TAVERN & GRILL CHARDON OH | $23.77 |
| 10/06 | PICKLE BILLS GRAND RIVER OH | $109.89 |
| **Total Withdrawals** | | **-$8,579.55** |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

October 6, 2025 to November 6, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on October 6, 2025 | $2,638.41 |
| Deposits (Money In) | |
| Deposits | $9,383.85 |
| Withdrawals (Money Out) | |
| Withdrawals | -$11,483.44 |
| **Ending Balance on November 6, 2025** | **$538.82** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

# Deposits

| Date | Description | Amount |
|---|---|---|
| 10/14 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| 10/27 | MOBILE CHECK DEPOSIT | $63.20 |
| 10/27 | STATE OF OHIO TAXREFUNDSTAX02*R-PIT-R11526831 | $346.00 |
| 10/27 | MOBILE CHECK DEPOSIT | $398.51 |
| 10/28 | 108 ZEPPES OF NEDIRECT DEP | $2,954.77 |
| 10/30 | MOBILE CHECK DEPOSIT | $1,591.01 |
| 11/03 | DEPOSIT BRANCH 0315 OHIO | $500.00 |
| 11/05 | DEPOSIT BRANCH 0315 OHIO | $400.00 |
| 11/06 | ALL POINTS FOODSERVICE VERNON HILLS IL | $172.29 |
| **Total Deposits** | | **$9,383.85** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/07 | FIRSTENERGY OPCO-ACH | $398.09 |
| 10/08 | POS MAC DOLLAR GENERAL CHARDON OH | $27.48 |
| 10/08 | TST*SAVORIA BAR AND GR MENTOR OH | $98.16 |
| 10/14 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $210.73 |
| 10/14 | POS MAC ALDI 63085 CHAGRIN FA OH | $59.09 |
| 10/14 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $32.18 |
| 10/14 | HOMEDEPOT.COM 800-430-3376 GA | $403.52 |
| 10/14 | ARMK ROCKET ARENA CONC CLEVELAND OH | $82.98 |
| 10/14 | ARMK ROCKET ARENA SCO CLEVELAND OH | $20.99 |
| 10/14 | ARMK ROCKET ARENA CONC CLEVELAND OH | $71.99 |
| 10/14 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $120.98 |
| 10/14 | POS MAC GIANT-EAGLE #0 BAINBRIDGE OH | $70.72 |
| 10/14 | POS MAC SPEEDWAY 45303 NEWBURY OH | $76.88 |
| 10/14 | POS MAC COSTCO WHSE #0 CLEVELAND OH | $122.33 |
| 10/17 | POS MAC AMAZON.COM*NM8 SEATTLE WA | $96.06 |
| 10/20 | POS MAC AMAZON.COM*NM3 SEATTLE WA | $156.82 |
| 10/20 | POS MAC GFS STORE #095 MENTOR OH | $248.23 |
| 10/21 | POS MAC AMAZON.COM*NM8 SEATTLE WA | $109.39 |
| 10/22 | POS MAC WAL-MART #3250 AURORA OH | $166.17 |
| 10/23 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 10/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 10/23 | SQ *BUCKEYE CHOCOLATE BAINBRIDGE TW OH | $14.60 |
| 10/24 | A B TIRE & REPAIR CHAGRIN FALLS OH | $2,000.23 |
| 10/24 | GAS USA BURTON OH | $54.10 |
| 10/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 10/24 | POS MAC SPEEDWAY 45303 NEWBURY OH | $42.84 |
| 10/24 | POS MAC ALDI 63085 CHAGRIN FA OH | $53.81 |
| 10/24 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $49.61 |
| 10/27 | THE UPS STORE 6982 CHAGRIN FALLS OH | $19.00 |
| 10/27 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | $335.94 |
| 10/27 | PTC EZPASS CSC WEB IVR HARRISBURG PA | $71.62 |
| 10/30 | RINGCENTRAL INC. BELMONT CA | $146.27 |
| 10/30 | ERIE INS GROUP ERIEXPSPAY | $37.42 |
| 10/30 | ERIE INS GROUP ERIEXPSPAY | $65.50 |
| 10/31 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 11/03 | CHENGS JAPAN HOUSE INC CHARDON OH | $26.65 |
| 11/03 | POS MAC ALDI 63085 CHAGRIN FA OH | $35.10 |
| 11/03 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 11/03 | SERVICEMAC MTG PYMNT | $5,000.00 |
| 11/04 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $69.03 |
| 11/05 | POS MAC SPEEDWAY 45185 BEDFORD HE OH | $124.71 |
| **Total Withdrawals** | | **-$11,483.44** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*