**IT IS SO ORDERED.**

**Dated:  10 December, 2025 08:01 AM**



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JASON JAMES DICKS | ) | CASE NO. 25-11336-jps |
| AKA JAY DICKS | ) | |
| | ) | JUDGE JESSICA E. PRICE SMITH |
| Debtor | ) | |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 13910 Claridon Troy Rd |
| | ) | Burton, OH  44021 |
| | ) | |

## AGREED ORDER GRANTING CONDITIONAL RELIEF FROM STAY TO LAKEVIEW LOAN SERVICING, LLC [Docket 69]

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed October 7, 2025, by LAKEVIEW LOAN SERVICING, LLC [Docket #69] with respect to the collateral commonly known as 13910 Claridon Troy Rd, Burton, OH  44021.

LAKEVIEW LOAN SERVICING, LLC has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion. On October 21, 2025, the Debtors filed an Objection to the Motion [Docket #73] and the parties have subsequently entered into an agreement resolving the Motion.

**IT IS, THEREFORE, ORDERED:**

**1**. The parties agree that the Stay will remain in place as long as the Debtor does not default as to the terms of this Order.

**2.** The Debtor shall maintain regular monthly post-petition payments to LAKEVIEW LOAN SERVICING, LLC commencing with the December 2025 payment. Payments shall be sent directly to LAKEVIEW LOAN SERVICING, LLC by the Debtor, using the following address:

**Lakeview Loan Servicing, LLC**
**c/o ServiceMac, LLC**
**9726 Old Bailes Road, Suite 200,**
**Fort Mill, SC 29707**

The monthly payment due for December 2025 is $3,117.26 and pursuant to the Note and Mortgage, is subject to change due to periodic adjustments to the escrow withholding. Failure by the Debtors to make any payment within thirty *(30)* days of the date due shall constitute a default.

3. In addition to the $5,000 payment that Debtor made on September 30, 2025, prior to the Motion being filed, Debtor subsequently made two monthly payments in the amount of $5,000 on October 31, 2025, and $5,000 on November 28, 2025. The Debtor is presently due for the October 2025 payment with $2,531.70 in suspense. The payment arrears consist of the October 2025 and November 2025 payments (each in the amount of $3,117.26) totaling $6,234.52 less the $2,531.70 in suspense for a total past due payment amount of $3,702.82.

4. In addition, $1,549.00 is owed for the costs and fees incurred in these proceedings. The $1,549.00 includes court costs of $199.00 and attorney fees of $1,350.00. The total arrears including fees and costs is $5,251.82.

5. In addition to the monthly mortgage payment of $3,117.26, an additional catch-up payment of $1,882.74 will be paid monthly for a total monthly payment of $5,000. The catch-up payments schedule will be as follows:

| DATE | DUE | PAYMENT | ARREARAGE BALANCE |
|---|---|---|---|
| | | | $5,251.82 |
| 30-Dec-25 | $3,117.26 | $5,000.00 | $3,369.08 |
| 30-Jan-26 | $3,117.26 | $5,000.00 | $1,486.34 |
| 27-Feb-26 | $3,117.26 | $4,603.60 | $0.00 |

6. Failure by the Debtors to make catch-up payment within thirty *(30)* days of the date due shall constitute a default.

7. Upon the existence of a default, LAKEVIEW LOAN SERVICING, LLC's counsel will send Debtors and counsel for Debtors a 10-day notice of LAKEVIEW LOAN SERVICING, LLC's intent to file an affidavit and proposed order granting relief from stay.

8. If the default is not cured within that 10-day period, then upon the filing of an affidavit of default or declaration of default by LAKEVIEW LOAN SERVICING, LLC *(or its servicing agent)* attesting to the default, which shall be properly served on the Debtors, LAKEVIEW LOAN SERVICING, LLC will upload an Order for the Court's consideration. Said Order may be entered without further hearing, terminating the stay imposed by Section 362(a) with respect to Movant.

**IT IS SO ORDERED.**

# # #

SUBMITTED BY:

/s/ Richard J. LaCivita
Tiffany & Bosco, P.A.
Richard J. LaCivita #0072368
J. Eric Rottinghaus #0088886
PO Box 39696
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
rlacivita@tblaw.com

/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd. 3239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com
Attorney for Debtor

**LIST OF PARTIES TO BE SERVED:**

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Office of the U.S. Trustee, (registered address)@usdoj.gov

Trustee Patricia B. Fugee. patricia.fugee@fisherbroyles.com

Frederic P. Schwieg, fschwieg@schwieglaw.com,

Richard J. LaCivita, rlacivita@tblaw.com


And by regular U.S. mail, postage prepaid, to:

Jason James Dicks, 13910 Claridon Troy Road, Burton, OH 44021

Geauga County Treasurer, 211 Main St, #1A, Chardon, OH  44024