**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: NOVEMBER 2025

Date report filed: 12/20/2025 (MM / DD / YYYY)

Line of business: ____________

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: [signature]

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: NOVEMBER 2025

Date report filed: 12/20/2025 MM / DD / YYYY

Line of business: ____________________

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party ____________________

Printed name of responsible party Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** — $ 2,580.58

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 7,147.14

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 7,181.07

22. **Net cash flow** — + $ -33.93

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 2,546.65

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** — $ ____________

*(Exhibit E)*



25-11336-jps Doc 103 FILED 12/22/25 ENTERED 12/22/25 10:57:47 Page 3 of 11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? ____________
27. What is the number of employees as of the date of this monthly report? ____________

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 7,200.00 | – | $ 7,147.14 | = | $ 52.86 |
| 33. **Cash disbursements** | $ 8,000.00 | – | $ 7,181.07 | = | $ 818.93 |
| 34. **Net cash flow** | $ -800.00 | – | $ -33.93 | = | $ -766.07 |

35. Total projected cash receipts for the next month: $ 8,000.00
36. Total projected cash disbursements for the next month: - $ 8,000.00
37. Total projected net cash flow for the next month: = $ 0.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

| Exhibit C | | | | | |
|---|---|---|---|---|---|
| Deposit Detail | | | | | |
| Jason Dicks | | | | | |
| November 1-30, 2025 | | | | | |
| KEY BANK ACCOUNT 7367 | | | | | |
| | | | | | |
| **Date** | **Description** | **Amount** | **REASON** | | |
| 11/03 | DEPOSIT BRANCH 0315 OHIO | $500.00 | Reimbersed expenses PM3 OCTOBER | | |
| 11/05 | DEPOSIT BRANCH 0315 OHIO | $400.00 | Reimbersed expenses PM3 OCTOBER | | |
| 11/06 | ALL POINTS FOODSERVICE VERNON HILLS IL | $172.29 | Reimbersed expenses PM3 OCTOBER | | |
| 11/12 | 108 ZEPPES OF NEDIRECT DEP | $3,037.42 | W2 Salary from PM3 | | |
| 11/28 | MOBILE CHECK DEPOSIT | $3,037.42 | W2 Salary from PM3 | | |
| | | | | | |
| | | $7,147.13 | | | |

Exhibit D
Withdrawal Detail
Jason Dicks
November 1-30, 2025

KEY BANK ACCOUNT 7367

| Date | Description | Amount | REASON |
|---|---|---|---|
| 11/03 | CHENGS JAPAN HOUSE INC CHARDON OH | $26.65 | Meal |
| 11/03 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 | vehicle payment |
| 11/03 | POS MAC ALDI 63085 CHAGRIN FA OH | $35.10 | Reimbersible expense PM3 - food supplies |
| 11/03 | SERVICEMAC MTG PYMNT | $5,000.00 | Mortgage payment |
| 11/04 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $69.03 | Trash pickup |
| 11/05 | POS MAC SPEEDWAY 45185 BEDFORD HE OH | $124.71 | Fuel |
| 11/07 | INTUIT *QBOOKS ONLINE SAN DIEGO CA | $20.28 | Reimbersible expense PM3 - Quickbooks |
| 11/10 | EL PATRON MEXICAN GRIL CHARDON OH | $56.16 | Meal |
| 11/10 | POS MAC AMAZON.COM*BT3 SEATTLE WA | $27.74 | Reimbersible expense PM3- supplies |
| 11/12 | HILL HARDWARE COMPANY BURTON OH | $54.86 | Home Repairs |
| 11/12 | POS MAC AMAZON.COM*B80 SEATTLE WA | $50.15 | Personal Supplies |
| 11/12 | POS MAC AMAZON.COM*B82 SEATTLE WA | $7.38 | Reimbersible expense PM3- supplies |
| 11/12 | POS MAC AMAZON.COM*B84 SEATTLE WA | $42.69 | Reimbersible expense PM3 - decor |
| 11/17 | FIRSTENERGY OPCO-ACH | $279.45 | Electricity |
| 11/17 | POS MAC ALDI 63023 MIDDLEFIEL OH | $89.58 | Groceries |
| 11/17 | POS MAC AMAZON.COM*B08 SEATTLE WA | $76.84 | Reimbersible expense PM3 - Decor |
| 11/21 | SP LUCKY DUCK NOVELT CINCINNATI OH | $155.89 | Reimbersible expense PM3 - Queen board |
| 11/24 | DD *DOORDASH CHIPOTLEM SAN FRANCISCO CA | $36.56 | Meal |
| 11/24 | FOREIGN TRANSACTION FEE | $0.51 | Security camera subscription fee |
| 11/24 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 | Security camera subscription fee |
| 11/24 | POS MAC AMAZON.COM*B03 SEATTLE WA | $20.77 | Reimbersible expense PM3 - Ice scoop |
| 11/24 | POS MAC AMAZON.COM*B04 SEATTLE WA | $75.54 | Pet food |
| 11/24 | SPECTRUM 855-707-7328 MO | $29.99 | Home Internet |
| 11/28 | AMAZON MKTPL*B25Q739L1 SEATTLE WA | $21.07 | Reimbersible expense PM3 - temperature sensor |
| 11/28 | POS MAC SPEEDWAY 45302 GARRETTSVI OH | $124.42 | Fuel |
| 11/28 | POS MAC SPEEDWAY 45302 GARRETTSVI OH | $7.43 | Meal |
| 11/28 | POS MAC SPEEDWAY 45303 NEWBURY OH | $24.54 | Fuel |
| | | | |
| | | $7,181.07 | |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

October 6, 2025 to November 6, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on October 6, 2025 | $2,638.41 |
| Deposits (Money In) | |
| Deposits | $9,383.85 |
| Withdrawals (Money Out) | |
| Withdrawals | -$11,483.44 |
| **Ending Balance on November 6, 2025** | **$538.82** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

November 6, 2025 to December 4, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on November 6, 2025 | $538.82 |
| Deposits (Money In) | |
| Deposits | $7,026.65 |
| Withdrawals (Money Out) | |
| Withdrawals | -$7,350.27 |
| Fees and Charges | -$19.04 |
| **Ending Balance on December 4, 2025** | **$196.16** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

# Deposits

| Date | Description | Amount |
|---|---|---|
| 11/12 | 108 ZEPPES OF NEDIRECT DEP | $3,037.42 |
| 11/28 | MOBILE CHECK DEPOSIT | $3,037.42 |
| 12/02 | MOBILE IMMEDIATE FUNDS DEPOSIT | $951.81 |
| **Total Deposits** | | **$7,026.65** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 11/07 | INTUIT *QBOOKS ONLINE SAN DIEGO CA | $20.28 |
| 11/10 | POS MAC AMAZON.COM*BT3 SEATTLE WA | $27.74 |
| 11/10 | EL PATRON MEXICAN GRIL CHARDON OH | $56.16 |
| 11/12 | POS MAC AMAZON.COM*B80 SEATTLE WA | $50.15 |
| 11/12 | POS MAC AMAZON.COM*B84 SEATTLE WA | $42.69 |
| 11/12 | POS MAC AMAZON.COM*B82 SEATTLE WA | $7.38 |
| 11/12 | HILL HARDWARE COMPANY BURTON OH | $54.86 |
| 11/17 | POS MAC ALDI 63023 MIDDLEFIEL OH | $89.58 |
| 11/17 | POS MAC AMAZON.COM*B08 SEATTLE WA | $76.84 |
| 11/17 | FIRSTENERGY OPCO-ACH | $279.45 |
| 11/21 | SP LUCKY DUCK NOVELT CINCINNATI OH | $155.89 |
| 11/24 | DD *DOORDASH CHIPOTLEM SAN FRANCISCO CA | $36.56 |
| 11/24 | POS MAC AMAZON.COM*B04 SEATTLE WA | $75.54 |
| 11/24 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 11/24 | FOREIGN TRANSACTION FEE | $0.51 |
| 11/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 11/24 | POS MAC AMAZON.COM*B03 SEATTLE WA | $20.77 |
| 11/28 | AMAZON MKTPL*B25Q739L1 SEATTLE WA | $21.07 |
| 11/28 | POS MAC SPEEDWAY 45303 NEWBURY OH | $24.54 |
| 11/28 | POS MAC SPEEDWAY 45302 GARRETTSVI OH | $7.43 |
| 11/28 | POS MAC SPEEDWAY 45302 GARRETTSVI OH | $124.42 |
| 12/01 | RINGCENTRAL INC. BELMONT CA | $146.27 |
| 12/01 | POS MAC MARCS CHARDON CHARDON OH | $20.37 |
| 12/01 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 12/01 | CHENGS JAPAN HOUSE INC CHARDON OH | $75.09 |
| 12/01 | ERIE INS GROUP ERIEXPSPAY | $37.42 |
| 12/01 | ERIE INS GROUP ERIEXPSPAY | $98.25 |
| 12/01 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 12/02 | SP HOMACUS GARDENA CA | $32.98 |
| 12/02 | SERVICEMAC MTG PYMNT | $5,000.00 |
| 12/04 | GAS USA BURTON OH | $4.32 |
| **Total Withdrawals** | | **-$7,350.27** |

# Fees and Charges

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 12/02 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | $19.04 | | 1 | $19.04 |
| **Total All Fees and Charges for This Statement Period** | | | | | **-$19.04** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

# Deposits

| Date | Description | Amount |
|---|---|---|
| 10/14 | 108 ZEPPES OF NEDIRECT DEP | $2,958.07 |
| 10/27 | MOBILE CHECK DEPOSIT | $63.20 |
| 10/27 | STATE OF OHIO TAXREFUNDSTAX02*R-PIT-R11526831 | $346.00 |
| 10/27 | MOBILE CHECK DEPOSIT | $398.51 |
| 10/28 | 108 ZEPPES OF NEDIRECT DEP | $2,954.77 |
| 10/30 | MOBILE CHECK DEPOSIT | $1,591.01 |
| 11/03 | DEPOSIT BRANCH 0315 OHIO | $500.00 |
| 11/05 | DEPOSIT BRANCH 0315 OHIO | $400.00 |
| 11/06 | ALL POINTS FOODSERVICE VERNON HILLS IL | $172.29 |
| **Total Deposits** | | **$9,383.85** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/07 | FIRSTENERGY OPCO-ACH | $398.09 |
| 10/08 | POS MAC DOLLAR GENERAL CHARDON OH | $27.48 |
| 10/08 | TST*SAVORIA BAR AND GR MENTOR OH | $98.16 |
| 10/14 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $210.73 |
| 10/14 | POS MAC ALDI 63085 CHAGRIN FA OH | $59.09 |
| 10/14 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $32.18 |
| 10/14 | HOMEDEPOT.COM 800-430-3376 GA | $403.52 |
| 10/14 | ARMK ROCKET ARENA CONC CLEVELAND OH | $82.98 |
| 10/14 | ARMK ROCKET ARENA SCO CLEVELAND OH | $20.99 |
| 10/14 | ARMK ROCKET ARENA CONC CLEVELAND OH | $71.99 |
| 10/14 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $120.98 |
| 10/14 | POS MAC GIANT-EAGLE #0 BAINBRIDGE OH | $70.72 |
| 10/14 | POS MAC SPEEDWAY 45303 NEWBURY OH | $76.88 |
| 10/14 | POS MAC COSTCO WHSE #0 CLEVELAND OH | $122.33 |
| 10/17 | POS MAC AMAZON.COM*NM8 SEATTLE WA | $96.06 |
| 10/20 | POS MAC AMAZON.COM*NM3 SEATTLE WA | $156.82 |
| 10/20 | POS MAC GFS STORE #095 MENTOR OH | $248.23 |
| 10/21 | POS MAC AMAZON.COM*NM8 SEATTLE WA | $109.39 |
| 10/22 | POS MAC WAL-MART #3250 AURORA OH | $166.17 |
| 10/23 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 10/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 10/23 | SQ *BUCKEYE CHOCOLATE BAINBRIDGE TW OH | $14.60 |
| 10/24 | A B TIRE & REPAIR CHAGRIN FALLS OH | $2,000.23 |
| 10/24 | GAS USA BURTON OH | $54.10 |
| 10/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 10/24 | POS MAC SPEEDWAY 45303 NEWBURY OH | $42.84 |
| 10/24 | POS MAC ALDI 63085 CHAGRIN FA OH | $53.81 |
| 10/24 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $49.61 |
| 10/27 | THE UPS STORE 6982 CHAGRIN FALLS OH | $19.00 |
| 10/27 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | $335.94 |
| 10/27 | PTC EZPASS CSC WEB IVR HARRISBURG PA | $71.62 |
| 10/30 | RINGCENTRAL INC. BELMONT CA | $146.27 |
| 10/30 | ERIE INS GROUP ERIEXPSPAY | $37.42 |
| 10/30 | ERIE INS GROUP ERIEXPSPAY | $65.50 |
| 10/31 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 11/03 | CHENGS JAPAN HOUSE INC CHARDON OH | $26.65 |
| 11/03 | POS MAC ALDI 63085 CHAGRIN FA OH | $35.10 |
| 11/03 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 11/03 | SERVICEMAC MTG PYMNT | $5,000.00 |
| 11/04 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $69.03 |
| 11/05 | POS MAC SPEEDWAY 45185 BEDFORD HE OH | $124.71 |
| **Total Withdrawals** | | **-$11,483.44** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*