Debtor Name  Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number:  25-11336

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          FEBRUARY 2026                     Date report filed: 03/20/2026
                                                                     MM / DD / YYYY

Line of business: _____          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Jason Dicks

Original signature of responsible party  _____

Printed name of responsible party      Jason Dicks

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

25-11336-jps   Doc 131   FILED 03/23/26   ENTERED 03/23/26 21:23:40   Page 1 of 11

**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          **12/17**

Month:          _____          Date report filed:          _____
                                                                    MM / DD / YYYY

Line of business: _____          NAISC code:          _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    _____

Original signature of responsible party          _____

Printed name of responsible party          _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

25-11336-jps   Doc 131   FILED 03/23/26   ENTERED 03/23/26 21:23:40   Page 2 of 11

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ❏  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ❏  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  **–** $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    **+** $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    **=** $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ _____

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     _____

27. What is the number of employees as of the date of this monthly report?     _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?     $ _____

31. How much have you paid in total other professional fees since filing the case?     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____

36. Total projected cash disbursements for the next month:     − $ _____

37. Total projected net cash flow for the next month:     = $ _____

25-11336-jps   Doc 131   FILED 03/23/26   ENTERED 03/23/26 21:23:40   Page 4 of 11

| | **8. Additional Information** |

If available, check the box to the left and attach copies of the following documents.

❑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑ 39. Bank reconciliation reports for each account.

❑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑ 41. Budget, projection, or forecast reports.

❑ 42. Project, job costing, or work-in-progress reports.

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit C | | | | | | |
| Jason Dicks February 2026 | | | | | | |
| | | | | | | |
| **Date** | **Description** | **Amount** | **REASON** | | | |
| 02/03/2026 | DEPOSIT BRANCH 0315 OHIO | $1,694.19 | Home Insurance claim payout | | | |
| 02/18/2026 | MOBILE CHECK DEPOSIT | $373.24 | December Reimbersed personal expenses from PM3 | | | |
| 02/18/2026 | MOBILE CHECK DEPOSIT | $3,072.58 | Paycheck from PM3 | | | |
| | TOTAL | $5,140.01 | | | | |

| Exhibit D | | | | | | |
|---|---|---|---|---|---|---|
| Jason Dicks February 2026 | | | | | | |
| | | | | | | |
| **Date** | **Description** | **Amount** | **Reason** | | | |
| 02/02/2026 | DD *DOORDASHDASHPASS | $9.99 | Subscription fee | | | |
| 02/02/2026 | POS MAC AMOCO | $100.00 | Fuel | | | |
| 02/02/2026 | PARK NATL BANK TRANSFER | $706.74 | Auto payment | | | |
| 02/03/2026 | POS MAC DISCOUNT DRUG | $81.03 | Home Items / Groceries | | | |
| 02/03/2026 | SERVICEMAC MTG PYMNT | $3,000.00 | Mortgage payment | | | |
| 02/04/2026 | WEBSTAURANT STORE | $356.47 | Reimbersable Expense - smallwares PM3 | | | |
| 02/04/2026 | POS MAC AMAZON | $21.34 | Clothing | | | |
| 02/05/2026 | PCS EVENTS | $45.00 | Recreation | | | |
| 02/05/2026 | POS MAC GIANT EAGLE | $98.47 | Groceries | | | |
| 02/05/2026 | POS MAC AMAZON | $138.76 | Home item - Vaccum | | | |
| 02/06/2026 | ALRO STEEL | $9.72 | Reimbersable Expense - oven repair materials PM3 | | | |
| 02/06/2026 | CRAGGY BOGLANDS | $45.97 | Meal | | | |
| 02/09/2026 | AMAZON | $60.84 | Reimbersable Expense - Printer toner PM3 | | | |
| 02/09/2026 | BP | $25.00 | Fuel | | | |
| 02/09/2026 | ALDI | $17.49 | Reimbersable Expense - mushrooms PM3 | | | |
| 02/09/2026 | JUDES SPORTS PAGE | $57.97 | Meal | | | |
| 02/10/2026 | HIMS AND HERS | $155.00 | Personal care | | | |
| 02/11/2026 | AMAZON | $76.84 | Clothing/personal items | | | |
| 02/11/2026 | AMAZON | $46.95 | Personal items | | | |
| 02/11/2026 | AMAZON | $20.79 | Home items - plant care | | | |
| 02/11/2026 | GAS USA | $100.00 | Fuel | | | |
| 02/11/2026 | MARCS | $71.41 | groceries | | | |
| 02/12/2026 | CHINA HOUSE | $52.25 | Meal | | | |
| 02/13/2026 | AMAZON | $49.62 | Dog food | | | |
| 02/17/2026 | HEINENS | $38.34 | Groceries | | | |
| 02/17/2026 | WALMART | $106.08 | Groceries/personal items | | | |
| 02/17/2026 | AMAZON | $38.42 | Reimbersable Expense - Repairs/maintenance item PM3 | | | |
| 02/17/2026 | AMAZON | $74.71 | Reimbersable Expense - Repairs/maintenance item PM3 | | | |
| 02/18/2026 | DOLLAR GENERAL | $29.08 | Groceries/personal items | | | |
| 02/20/2026 | AMAZON | $23.47 | Personal item - leather repair tool | | | |
| 02/20/2026 | FIRSTENERGY | $472.11 | Electricity | | | |
| 02/23/2026 | PAYPAL | $16.99 | Security Camera subscription | | | |
| 02/23/2026 | FOREIGN FEE | $0.51 | Camera associated fee | | | |
| 02/23/2026 | SPEEDWAY | $123.30 | Fuel | | | |
| 02/24/2026 | SPECTRUM | $29.99 | Home Internet | | | |
| 02/24/2026 | DISCOUNT DRUG | $38.29 | Groceries/personal items | | | |
| 02/24/2026 | WASHINGTON STREET | $17.50 | Meal | | | |
| 02/24/2026 | WASTE MANAGEMENT | $23.53 | Home trash service | | | |
| 02/26/2026 | DOORDASH CHIPOTLE | $24.55 | Meal | | | |
| 02/27/2026 | ATM WITHDRAWAL | $100.00 | Home Heating Wood Purchase | | | |
| | TOTAL | $6,504.52 | | | | |



**KeyBank** 〇ᴂ

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

January 7, 2026 to February 5, 2026

# Account Summary

| | |
|---|---|
| Beginning Balance on January 7, 2026 | $5,100.75 |
| Deposits (Money In) | |
| Deposits | $7,847.13 |
| Withdrawals (Money Out) | |
| Withdrawals | -$11,546.79 |
| **Ending Balance on February 5, 2026** | **$1,401.09** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.



---

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

  25-11336-jps   Doc 131   FILED 03/23/26   ENTERED 03/23/26 21:23:40   Page 8 of 11

 

# Deposits

| Date | Description | Amount |
|------|-------------|--------|
| 01/12 | DEPOSIT   BRANCH 0315 OHIO | $3,072.32 |
| 01/30 | MOBILE CHECK DEPOSIT | $3,080.62 |
| 02/03 | DEPOSIT   BRANCH 0315 OHIO | $1,694.19 |
| **Total Deposits** | | **$7,847.13** |

# Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 01/12 | POS     MAC AMAZON.COM*IW5     SEATTLE   WA | $5.33 |
| 01/13 | SERVICEMAC     MTG PYMNT | $5,000.00 |
| 01/14 | FIRSTENERGY     OPCO-ACH | $253.98 |
| 01/15 | DD *DOORDASH JERSEYMIK     SAN FRANCISCO  CA | $31.97 |
| 01/16 | POS     MAC AMAZON.COM*AP8     SEATTLE   WA | $135.18 |
| 01/16 | POS     MAC AMAZON.COM*339     SEATTLE   WA | $45.68 |
| 01/16 | POS     MAC AMAZON.COM*9F8     SEATTLE   WA | $12.78 |
| 01/20 | DD *DOORDASH TACOBELL     SAN FRANCISCO  CA | $26.17 |
| 01/20 | POS     MAC HARBOR FREIGHT     MIDDLEFIEL OH | $64.01 |
| 01/20 | POS     MAC TRACTOR-SUPPLY     MIDDLEFIEL OH | $18.91 |
| 01/20 | POS     MAC MARATHON 23358     MIDDLEFIEL OH | $39.28 |
| 01/20 | DUNKIN #340451     CHARDON     OH | $193.00 |
| 01/20 | POS     MAC SHEETZ 0317     CUYAHOGA F OH | $12.05 |
| 01/20 | POS     MAC GFS STORE #059     TALLMADGE  OH | $58.99 |
| 01/20 | POS     MAC AMOCO#3242300T     CHAGRIN FA OH | $121.14 |
| 01/20 | POS     MAC HEINEN'S GROCE     CHAGRIN FA OH | $48.82 |
| 01/22 | POS     MAC WAL-MART #5387     MIDDLEFIEL OH | $142.49 |
| 01/23 | PAYPAL *SEPTEKO69S4     4029357733   HK | $16.99 |
| 01/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 01/23 | WASTE MANAGEMENTPAYMENT   LOG IN TO THE MY WM A | $27.57 |
| 01/26 | SPECTRUM     855-707-7328  MO | $29.99 |
| 01/26 | ROLLHOUSE MENTOR     MENTOR     OH | $43.11 |
| 01/26 | POS     MAC CIRCLE K 05277     NOVELTY   OH | $3.19 |
| 01/26 | 17 RIVER GRILLE     CHAGRIN FALLS  OH | $274.64 |
| 01/27 | POS     MAC AMAZON.COM*FP3     SEATTLE   WA | $29.53 |
| 01/29 | POS     MAC GIANT EAGLE #4     MIDDLEFIEL OH | $58.09 |
| 01/30 | RINGCENTRAL INC.     BELMONT     CA | $146.05 |
| 01/30 | ERIE INS GROUP  ERIEXPSPAY | $37.42 |
| 01/30 | ERIE INS GROUP  ERIEXPSPAY | $112.12 |
| 02/02 | DD *DOORDASHDASHPASS     SAN FRANCISCO  CA | $9.99 |
| 02/02 | POS     MAC AMOCO#3242300T     CHAGRIN FA OH | $100.00 |
| 02/02 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 02/03 | POS     MAC DISCOUNT DRUG     CHAGRIN FA OH | $81.03 |
| 02/03 | SERVICEMAC     MTG PYMNT | $3,000.00 |
| 02/04 | THE WEBSTAURANT STORE     LANCASTER     PA | $356.47 |
| 02/04 | POS     MAC AMAZON.COM*DS5     SEATTLE   WA | $21.34 |
| 02/05 | PCS EVENTS     COLUMBUS     OH | $45.00 |
| 02/05 | POS     MAC GIANT-EAGLE #0     BAINBRIDGE OH | $98.47 |
| 02/05 | POS     MAC AMAZON.COM*5J8     SEATTLE   WA | $138.76 |
| **Total Withdrawals** | | **-$11,546.79** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

25-11336-jps    Doc 131    FILED 03/23/26    ENTERED 03/23/26 21:23:40    Page 9 of 11

**KeyBank**

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

February 5, 2026 to March 5, 2026

# Account Summary

| | |
|---|---|
| Beginning Balance on February 5, 2026 | $1,401.09 |
| Deposits (Money In) | |
| Deposits | $6,526.44 |
| Withdrawals (Money Out) | |
| Withdrawals | -$7,813.58 |
| **Ending Balance on March 5, 2026** | **$113.95** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.



---

 **Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

 25-11336-jps    Doc 131    FILED 03/23/26    ENTERED 03/23/26 21:23:40    Page 10 of 11

 

# Deposits

| Date | Description | Amount |
|------|-------------|--------|
| 02/18 | MOBILE CHECK DEPOSIT | $373.24 |
| 02/18 | MOBILE CHECK DEPOSIT | $3,072.58 |
| 03/02 | MOBILE CHECK DEPOSIT | $3,080.62 |
| **Total Deposits** | | **$6,526.44** |

# Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 02/06 | ALRO STEEL CORP       JACKSON      MI | $9.72 |
| 02/06 | TST* CRAGGY BOGLANDS    WILLOUGHBY    OH | $45.97 |
| 02/09 | POS    MAC AMAZON.COM*IC8    SEATTLE   WA | $60.84 |
| 02/09 | POS    MAC BP#8297277BP N    BURTON    OH | $25.00 |
| 02/09 | POS    MAC ALDI 63085      CHAGRIN FA OH | $17.49 |
| 02/09 | TST*JUDES SPORTS PAGE    CHAGRIN FALLS  OH | $57.97 |
| 02/10 | HIMS AND HERS INC.      SAN FRANCISCO  CA | $155.00 |
| 02/11 | POS    MAC AMAZON.COM*GX3    SEATTLE   WA | $76.84 |
| 02/11 | POS    MAC AMAZON.COM*O79    SEATTLE   WA | $46.95 |
| 02/11 | POS    MAC AMAZON.COM*FX1    SEATTLE   WA | $20.79 |
| 02/11 | GAS USABURTONOH US | $100.00 |
| 02/11 | POS    MAC MARCS CHARDON    CHARDON   OH | $71.41 |
| 02/12 | CHINA HOUSE 888       CHARDON     OH | $52.25 |
| 02/13 | POS    MAC AMAZON.COM*719    SEATTLE   WA | $49.62 |
| 02/17 | POS    MAC HEINEN'S GROCE    CHAGRIN FA OH | $38.34 |
| 02/17 | POS    MAC WAL-MART #3293    CHARDON   OH | $106.08 |
| 02/17 | POS    MAC AMAZON.COM*645    SEATTLE   WA | $38.42 |
| 02/17 | POS    MAC AMAZON.COM*IB8    SEATTLE   WA | $74.71 |
| 02/18 | POS    MAC DOLLAR GENERAL    NEWBURY   OH | $29.08 |
| 02/20 | POS    MAC AMAZON.COM*5O7    SEATTLE   WA | $23.47 |
| 02/20 | FIRSTENERGY    OPCO-ACH | $472.11 |
| 02/23 | PAYPAL *SEPTEKO69S4     4029357733    HK | $16.99 |
| 02/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 02/23 | POS    MAC SPEEDWAY 45303    NEWBURY   OH | $123.30 |
| 02/24 | SPECTRUM        855-707-7328  MO | $29.99 |
| 02/24 | POS    MAC DISCOUNT DRUG    CHAGRIN FA OH | $38.29 |
| 02/24 | TST*WASHINGTON STREET    CHAGRIN FALLS  OH | $17.50 |
| 02/24 | WASTE MANAGEMENTPAYMENT   LOG IN TO THE MY WM A | $23.53 |
| 02/26 | DD *DOORDASH CHIPOTLEM    SAN FRANCISCO  CA | $24.55 |
| 02/27 | ATM    KEY 8254 MAYFIELD RD    CHESTERLAN OH | $100.00 |
| 03/02 | RINGCENTRAL INC.      BELMONT     CA | $146.05 |
| 03/02 | DD *DOORDASHDASHPASS     SAN FRANCISCO  CA | $9.99 |
| 03/02 | POS    MAC ALDI 63085      CHAGRIN FA OH | $49.26 |
| 03/02 | POS    MAC DISCOUNT DRUG    CHAGRIN FA OH | $17.42 |
| 03/02 | POS    MAC ALDI 63023      MIDDLEFIEL OH | $23.92 |
| 03/02 | BROWN BARN TAVERN       CHARDON      OH | $60.36 |
| 03/02 | ERIE INS GROUP  ERIEXPSPAY | $37.42 |
| 03/02 | ERIE INS GROUP  ERIEXPSPAY | $112.08 |
| 03/02 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 03/04 | SERVICEMAC    MTG PYMNT | $4,603.60 |
| 03/05 | POS    MAC SUNOCO 0722461    CHESTERLAN OH | $100.02 |
| **Total Withdrawals** | | **-$7,813.58** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

25-11336-jps   Doc 131   FILED 03/23/26   ENTERED 03/23/26 21:23:40   Page 11 of 11