**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 **12/17**

Month: DECEMBER 2025 Date report filed: 01/20/2026 (MM / DD / YYYY)

Line of business: ______________ NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: [signature]

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 6,611.33

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 8,672.72

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. - $ 11,990.85

Report the total from *Exhibit D* here.

22. **Net cash flow** + $ -3,318.13

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 3,293.20

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ____________

*(Exhibit E)*

Debtor Name Jason James Dicks Case number 25-11336

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? ____

27. What is the number of employees as of the date of this monthly report? ____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 8,000.00 | – | $ 8,672.72 | = | $ -672.72 |
| 33. **Cash disbursements** | $ 8,000.00 | – | $ 11,990.85 | = | $ 3,990.85 |
| 34. **Net cash flow** | $ 0.00 | – | $ -3,318.13 | = | $ -3,318.13 |

35. Total projected cash receipts for the next month: $ 10,000.00

36. Total projected cash disbursements for the next month: - $ 9,000.00

37. Total projected net cash flow for the next month: = $ 1,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Exhibit C

Deposit Detail

Jason Dicks

December 1-31, 2025

KEY BANK ACCOUNT 7367

| Date | Description | Amount | REASON |
|---|---|---|---|
| 12/02/2025 | MOBILE IMMEDIATE FUNDS DEPOSIT | $951.81 | October Reimbursed expenses from PM3 for debit card use |
| 12/16/2025 | MOBILE CHECK DEPOSIT | $3,049.84 | Salary from PM3 |
| 12/22/2025 | DEPOSIT BRANCH 0315 OHIO | $261.00 | Bank Teller accidentally put PM3 deposits in personal account -incorrect transactions combined and moved to PM3 account 12/29/2025 $4671 |
| 12/22/2025 | DEPOSIT BRANCH 0315 OHIO | $498.00 | Bank Teller accidentally put PM3 deposits in personal account -incorrect transactions combined and moved to PM3 account 12/29/2025 $4671 |
| 12/22/2025 | DEPOSIT BRANCH 0315 OHIO | $673.00 | Bank Teller accidentally put PM3 deposits in personal account -incorrect transactions combined and moved to PM3 account 12/29/2025 $4671 |
| 12/22/2025 | DEPOSIT BRANCH 0315 OHIO | $832.00 | Bank Teller accidentally put PM3 deposits in personal account -incorrect transactions combined and moved to PM3 account 12/29/2025 $4671 |
| 12/22/2025 | DEPOSIT BRANCH 0315 OHIO | $953.07 | Bank Teller accidentally put PM3 deposits in personal account -incorrect transactions combined and moved to PM3 account 12/29/2025 $4671 |
| 12/22/2025 | DEPOSIT BRANCH 0315 OHIO | $1,454.00 | Bank Teller accidentally put PM3 deposits in personal account -incorrect transactions combined and moved to PM3 account 12/29/2025 $4671 |
| | TOTAL | $8,672.72 | |

Exhibit D
Withdrawal Detail
Jason Dicks
December 1-31, 2025

KEY BANK ACCOUNT 7367

| Date | Description | Amount | REASON |
|---|---|---|---|
| 12/01/2025 | CHENGS JAPAN HOUSE INC CHARDON OH | $75.09 | Meal |
| 12/01/2025 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 | Meal |
| 12/01/2025 | ERIE INS GROUP ERIEXPSPAY | $37.42 | Auto Insurance |
| 12/01/2025 | ERIE INS GROUP ERIEXPSPAY | $98.25 | Auto Insurance |
| 12/01/2025 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 | Auto Loan Payment |
| 12/01/2025 | POS MAC MARCS CHARDON CHARDON OH | $20.37 | Groceries |
| 12/01/2025 | RINGCENTRAL INC. BELMONT CA | $146.27 | Reimbursable expense PM3 - Phones |
| 12/02/2025 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | $19.04 | Bank Fee |
| 12/02/2025 | SERVICEMAC MTG PYMNT | $5,000.00 | Mortgage Payment |
| 12/02/2025 | SP HOMACUS GARDENA CA | $32.98 | Personal Item |
| 12/04/2025 | GAS USA BURTON OH | $4.32 | Meal |
| 12/08/2025 | GAS USABURTONOH US | $107.99 | Fuel |
| 12/15/2025 | POS MAC AUTOZONE 1753 CHARDON OH | $33.60 | Automotive Repair |
| 12/18/2025 | FIRSTENERGY OPCO-ACH | $314.62 | Electricity |
| 12/18/2025 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $47.09 | Groceries |
| 12/22/2025 | POS MAC AMAZON.COM*1L3 SEATTLE WA | $20.69 | Home Items |
| 12/22/2025 | POS MAC AMAZON.COM*UZ6 SEATTLE WA | $23.47 | Reimbursable expense PM3 - Repair supplies |
| 12/22/2025 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $97.70 | Home trash disposal |
| 12/23/2025 | FOREIGN TRANSACTION FEE | $0.51 | fee associated with camera subscription |
| 12/23/2025 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 | security camera subscription |
| 12/23/2025 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $22.88 | Home trash disposal |
| 12/24/2025 | ALRO STEEL CORP JACKSON MI | $22.68 | Reimbursable expense PM3 - Repair supplies |
| 12/24/2025 | GAS USABURTONOH US | $123.73 | Automotive Fuel |
| 12/24/2025 | SPECTRUM 855-707-7328 MO | $29.99 | Home Internet |
| 12/26/2025 | POS MAC AMAZON.COM*AZ8 SEATTLE WA | $14.40 | Reimbursable expense PM3 - Kitchen Supplies |
| 12/26/2025 | POS MAC AMAZON.COM*LT6 SEATTLE WA | $20.15 | Reimbursable expense PM3 - Kitchen Supplies |
| 12/29/2025 | WITHDRAWAL BRANCH 0315 OHIO | $4,671.00 | PM3 deposits corrected - moved to PM3 account |
| 12/30/2025 | ERIE INS GROUP ERIEXPSPAY | $37.42 | Auto Insurance |
| 12/30/2025 | ERIE INS GROUP ERIEXPSPAY | $98.25 | Auto Insurance |
| 12/30/2025 | RINGCENTRAL INC. BELMONT CA | $146.27 | Reimbursable expense PM3 - Phones |
| 12/31/2025 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 | Meal |
| | TOTAL | $11,990.85 | |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

December 4, 2025 to January 7, 2026

## Account Summary

| | |
|---|---|
| Beginning Balance on December 4, 2025 | $196.16 |
| Deposits (Money In) | |
| Deposits | $11,696.83 |
| Withdrawals (Money Out) | |
| Withdrawals | -$6,782.24 |
| Fees and Charges | -$10.00 |
| **Ending Balance on January 7, 2026** | **$5,100.75** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

# Deposits

| Date | Description | Amount |
|---|---|---|
| 12/16 | MOBILE CHECK DEPOSIT | $3,049.84 |
| 12/22 | DEPOSIT BRANCH 0315 OHIO | $261.00 |
| 12/22 | DEPOSIT BRANCH 0315 OHIO | $498.00 |
| 12/22 | DEPOSIT BRANCH 0315 OHIO | $673.00 |
| 12/22 | DEPOSIT BRANCH 0315 OHIO | $832.00 |
| 12/22 | DEPOSIT BRANCH 0315 OHIO | $953.07 |
| 12/22 | DEPOSIT BRANCH 0315 OHIO | $1,454.00 |
| 01/02 | MOBILE CHECK DEPOSIT | $407.76 |
| 01/02 | MOBILE CHECK DEPOSIT | $3,068.16 |
| 01/05 | MOBILE IMMEDIATE FUNDS DEPOSIT | $500.00 |
| **Total Deposits** | | **$11,696.83** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 12/08 | GAS USABURTONOH US | $107.99 |
| 12/15 | POS MAC AUTOZONE 1753 CHARDON OH | $33.60 |
| 12/18 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $47.09 |
| 12/18 | FIRSTENERGY OPCO-ACH | $314.62 |
| 12/22 | POS MAC AMAZON.COM*UZ6 SEATTLE WA | $23.47 |
| 12/22 | POS MAC AMAZON.COM*1L3 SEATTLE WA | $20.69 |
| 12/22 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $97.70 |
| 12/23 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 12/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 12/23 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $22.88 |
| 12/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 12/24 | ALRO STEEL CORP JACKSON MI | $22.68 |
| 12/24 | GAS USABURTONOH US | $123.73 |
| 12/26 | POS MAC AMAZON.COM*AZ8 SEATTLE WA | $14.40 |
| 12/26 | POS MAC AMAZON.COM*LT6 SEATTLE WA | $20.15 |
| 12/29 | WITHDRAWAL BRANCH 0315 OHIO | $4,671.00 |
| 12/30 | RINGCENTRAL INC. BELMONT CA | $146.27 |
| 12/30 | ERIE INS GROUP ERIEXPSPAY | $37.42 |
| 12/30 | ERIE INS GROUP ERIEXPSPAY | $98.25 |
| 12/31 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 01/02 | JERSEY MIKES 2139 MIDDLEFIELD OH | $38.48 |
| 01/02 | POS MAC OFFICE MAX/OFF SOLON OH | $9.56 |
| 01/02 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 01/05 | GAS USA BURTON OH | $39.41 |
| 01/05 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $90.67 |
| 01/06 | POS MAC AMAZON.COM*YG4 SEATTLE WA | $34.96 |
| 01/07 | ABM PARKING 8015 CLEVELAND OH | $3.00 |
| **Total Withdrawals** | | **-$6,782.24** |

# Fees and Charges

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 01/05 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | $10.00 | | 1 | $10.00 |

**Total All Fees and Charges for This Statement Period** **-$10.00**

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

**Changes to ATM per transaction deposit limits**
Effective January 12, 2026, we are updating our *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* and *Disclosure Statement and Terms and Conditions for KeyBank's Health Savings Account Card* to include information regarding ATM per transaction deposit limits. Here's what you need to know:

- **ATM Deposit Limit.** We are lowering the maximum amount you can deposit per transaction at KeyBank ATMs.
- **What happens if you exceed the limit?** If you try to deposit more than the new limit, the ATM will return your check or cash and display a message explaining that the transaction can't be completed.
- **Alternative Deposit Option**. You can make your deposit inside any KeyBank branch.

**Change to Book-to-Book Wire Transfer fees**
Effective January 12, 2026, we are updating our *Deposit Account Fees and Disclosures* to reflect a change to our Book-to-Book Wire Transfer fees. Here's what you need to know:

- A Book-to-Book Wire Transfer fee is assessed when there is a Domestic Outgoing Wire to a Key Account. This fee will be increasing from $4.50 to $10.00.

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at ***KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206*** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
Dial 711 for TTY/TRS

©2025 KeyCorp.® All rights reserved. KeyBank Member FDIC 250210-3006329

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

## Key Smart Checking®

Account number ending: 7367

November 6, 2025 to December 4, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on November 6, 2025 | $538.82 |
| Deposits (Money In) | |
| Deposits | $7,026.65 |
| Withdrawals (Money Out) | |
| Withdrawals | -$7,350.27 |
| Fees and Charges | -$19.04 |
| **Ending Balance on December 4, 2025** | **$196.16** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

[redacted]

# Deposits

| Date | Description | Amount |
|---|---|---|
| 11/12 | 108 ZEPPES OF NEDIRECT DEP | $3,037.42 |
| 11/28 | MOBILE CHECK DEPOSIT | $3,037.42 |
| 12/02 | MOBILE IMMEDIATE FUNDS DEPOSIT | $951.81 |
| **Total Deposits** | | **$7,026.65** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 11/07 | INTUIT *QBOOKS ONLINE SAN DIEGO CA | $20.28 |
| 11/10 | POS MAC AMAZON.COM*BT3 SEATTLE WA | $27.74 |
| 11/10 | EL PATRON MEXICAN GRIL CHARDON OH | $56.16 |
| 11/12 | POS MAC AMAZON.COM*B80 SEATTLE WA | $50.15 |
| 11/12 | POS MAC AMAZON.COM*B84 SEATTLE WA | $42.69 |
| 11/12 | POS MAC AMAZON.COM*B82 SEATTLE WA | $7.38 |
| 11/12 | HILL HARDWARE COMPANY BURTON OH | $54.86 |
| 11/17 | POS MAC ALDI 63023 MIDDLEFIEL OH | $89.58 |
| 11/17 | POS MAC AMAZON.COM*B08 SEATTLE WA | $76.84 |
| 11/17 | FIRSTENERGY OPCO-ACH | $279.45 |
| 11/21 | SP LUCKY DUCK NOVELT CINCINNATI OH | $155.89 |
| 11/24 | DD *DOORDASH CHIPOTLEM SAN FRANCISCO CA | $36.56 |
| 11/24 | POS MAC AMAZON.COM*B04 SEATTLE WA | $75.54 |
| 11/24 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 11/24 | FOREIGN TRANSACTION FEE | $0.51 |
| 11/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 11/24 | POS MAC AMAZON.COM*B03 SEATTLE WA | $20.77 |
| 11/28 | AMAZON MKTPL*B25Q739L1 SEATTLE WA | $21.07 |
| 11/28 | POS MAC SPEEDWAY 45303 NEWBURY OH | $24.54 |
| 11/28 | POS MAC SPEEDWAY 45302 GARRETTSVI OH | $7.43 |
| 11/28 | POS MAC SPEEDWAY 45302 GARRETTSVI OH | $124.42 |
| 12/01 | RINGCENTRAL INC. BELMONT CA | $146.27 |
| 12/01 | POS MAC MARCS CHARDON CHARDON OH | $20.37 |
| 12/01 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 12/01 | CHENGS JAPAN HOUSE INC CHARDON OH | $75.09 |
| 12/01 | ERIE INS GROUP ERIEXPSPAY | $37.42 |
| 12/01 | ERIE INS GROUP ERIEXPSPAY | $98.25 |
| 12/01 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 12/02 | SP HOMACUS GARDENA CA | $32.98 |
| 12/02 | SERVICEMAC MTG PYMNT | $5,000.00 |
| 12/04 | GAS USA BURTON OH | $4.32 |
| **Total Withdrawals** | | **-$7,350.27** |

# Fees and Charges

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 12/02 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | $19.04 | | 1 | $19.04 |

**Total All Fees and Charges for This Statement Period** **-$19.04**

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

**Changes to ATM per transaction deposit limits**
Effective January 12, 2026, we are updating our *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* and *Disclosure Statement and Terms and Conditions for KeyBank's Health Savings Account Card* to include information regarding ATM per transaction deposit limits. Here's what you need to know:

- **ATM Deposit Limit.** We are lowering the maximum amount you can deposit per transaction at KeyBank ATMs.
- **What happens if you exceed the limit?** If you try to deposit more than the new limit, the ATM will return your check or cash and display a message explaining that the transaction can't be completed.
- **Alternative Deposit Option**. You can make your deposit inside any KeyBank branch.

**Change to Book-to-Book Wire Transfer fees**
Effective January 12, 2026, we are updating our *Deposit Account Fees and Disclosures* to reflect a change to our Book-to-Book Wire Transfer fees. Here's what you need to know:

- A Book-to-Book Wire Transfer fee is assessed when there is a Domestic Outgoing Wire to a Key Account. This fee will be increasing from $4.50 to $10.00.

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at ***KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206*** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
Dial 711 for TTY/TRS

©2025 KeyCorp.® All rights reserved. KeyBank Member FDIC 250210-3006329