**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: APRIL 2026

Date report filed: 06/08/2026 (MM / DD / YYYY)

Line of business: ________________

NAISC code: ________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: [signature]

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 7,579.51

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 6,768.70

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 5,824.69

22. **Net cash flow** + $ 944.01

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 11,957.29

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ___________

*(Exhibit E)*

Debtor Name Jason James Dicks Case number 25-11336

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? ____________

27. What is the number of employees as of the date of this monthly report? ____________

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 8,500.00 | – | $ 6,768.70 | = | $ 1,731.30 |
| 33. **Cash disbursements** | $ 7,500.00 | – | $ 5,824.69 | = | $ 1,675.31 |
| 34. **Net cash flow** | $ 1,000.00 | – | $ 944.01 | = | $ 55.99 |

35. Total projected cash receipts for the next month: $ 10,000.00

36. Total projected cash disbursements for the next month: - $ 10,000.00

37. Total projected net cash flow for the next month: = $ 0.00

Debtor Name Jason James Dicks Case number 25-11336

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

| | | | | | |
|---|---|---|---|---|---|
| Exhibit C | | | | | |
| April 2026 | | | | | |
| Jason Dicks | | | | | |
| | | | | | |
| 7367 | Key Smart Checking | | | | |
| | | | | | |
| **Date** | **Amount** | **Description** | **Reason** | | |
| 04/29/2026 | $3,080.62 | MOBILE CHECK DEPOSIT | Paycheck from PM3 - April 1, 2026 | | |
| 04/29/2026 | $3,076.22 | MOBILE CHECK DEPOSIT | Paycheck from PM3 - April 15, 2026 | | |
| 04/29/2026 | $611.86 | MOBILE CHECK DEPOSIT | Reimbersed Expenses From PM3 - March 2026 | | |
| | | | | | |
| TOTAL | $6,768.70 | | | | |

| | | | |
|---|---|---|---|
| Exhibit C | | | |
| April 2026 | | | |
| Jason Dicks | | | |
| | | | |
| 7367 | Key Smart Checking | | |
| | | | |
| **Date** | **Amount** | **Description** | **Reason** |
| 04/30/2026 | -$112.08 | ERIE INS GROUP ERIEXPSPAY | Auto Insurance |
| 04/30/2026 | -$37.42 | ERIE INS GROUP ERIEXPSPAY | Motorcycle Insurance |
| 04/30/2026 | -$50.15 | POS MAC AMAZON.COM*BJ1 SEATTLE WA | Reimbersable Expense from PM3 - cleaning items |
| 04/30/2026 | -$26.60 | POS MAC AMOCO#3242300T CHAGRIN FA OH | Fuel |
| 04/30/2026 | -$11.50 | POS MAC DOLLAR GENERAL NEWBURY OH | Groceries |
| 04/30/2026 | -$145.97 | RINGCENTRAL INC. BELMONT CA | Reimbersable Expense from PM3 - Phone service |
| 04/28/2026 | -$71.94 | POS MAC GFS STORE #095 MENTOR OH | Reimbersable Expense from PM3 - Food supplies |
| 04/27/2026 | -$56.93 | POS MAC ALDI XXXXX3085 CHAGRIN FA OH | Reimbersable Expense from PM3 - Food supplies |
| 04/27/2026 | -$88.26 | TST* CONDADO TACOS - P BEACHWOOD OH | Meal |
| 04/27/2026 | -$13.99 | CRUNCHYROLL.COM COPPELL TX | Bank Fraud - Key Bank informed |
| 04/27/2026 | -$20.25 | GAS USA BURTON OH | Fuel |
| 04/24/2026 | -$115.46 | NINJA SUSHI & HIBACHI MENTOR ON THE OH | Meal |
| 04/24/2026 | -$15.99 | POS MAC THE HOME DEPOT CHARDON OH | Reimbersable Expense from PM3 - repairs and maintenace |
| 04/24/2026 | -$29.99 | SPECTRUM SAINT LOUIS MO | Home Internet |
| 04/23/2026 | -$80.55 | POS MAC THE HOME DEPOT CHARDON OH | Reimbersable Expense from PM3 - repairs and maintenance |
| 04/23/2026 | -$0.51 | FOREIGN TRANSACTION FEE | Fee associated with Cameras |
| 04/23/2026 | -$16.99 | PAYPAL *SEPTEKO69S4 XXXXX7733 HK | Security Camera subsciption fee |
| 04/22/2026 | -$24.21 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | Trash removal |
| 04/21/2026 | -$412.83 | THE WEBSTAURANT STORE LANCASTER PA | Reimbersable Expense from PM3 - smallwares and kitchen supplies |
| 04/20/2026 | -$25.49 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | Reimbersable Expense from PM3 - food supplies |
| 04/20/2026 | -$23.47 | POS MAC AMAZON.COM*BS8 SEATTLE WA | Reimbersable Expense from PM3 - small wares |
| 04/20/2026 | -$12.80 | POS MAC AMAZON.COM*BY1 SEATTLE WA | Reimbersable Expense from PM3 - watt meter |
| 04/20/2026 | -$19.28 | NAPA STORE XXXXX7131 CHAGRIN FALLS OH | Reimbersable Expense from PM3 - repairs - fan belt |
| 04/20/2026 | -$8.10 | ACE HARDWARE 75 BAINBR CHAGRIN FALLS OH | Reimbersable Expense from PM3 - Repair supplies - fasteners |
| 04/20/2026 | -$25.94 | TACO BELL XXXXX0531 QPS CHARDON OH | Meal |
| 04/17/2026 | -$30.95 | POS MAC TRACTOR-SUPPLY CHARDON OH | Home items/repairs |
| 04/16/2026 | -$600.00 | CHECK # 8210 - Great lakes Appraisal | House Appraisal - For Bankruptcy Case |
| 04/16/2026 | -$18.32 | POS MAC MARATHON XXXXX0552 RANDOLPH OH | Fuel |
| 04/16/2026 | -$12.76 | POS MAC CVS/PHARMACY # CANTON OH | Healthcare items |
| 04/15/2026 | -$15.99 | POS MAC CIRCLE K XXXXX5618 CANTON OH | Fuel |
| 04/15/2026 | -$10.70 | POS MAC DOLLAR GENERAL MANTUA OH | Personal items |
| 04/15/2026 | -$6.70 | POS MAC CIRCLE K XXXXX5277 NOVELTY OH | Meal |
| 04/15/2026 | -$136.19 | SHEETZ 2301 RAVENNA OH | Fuel |
| 04/13/2026 | -$26.16 | TACO BELL XXXXX5351 GARFIELD HEIG OH | Meal |
| 04/10/2026 | -$34.45 | TACO BELL XXXXX0531 QPS CHARDON OH | Meal |
| 04/10/2026 | -$76.18 | THE HOME DEPOT #8981 CHARDON OH | Reimbersable Expense from PM3 - Repair and Maintenance Supplies |
| 04/09/2026 | -$103.15 | SHEETZ 2435 CHARDON OH | Fuel |
| 04/08/2026 | -$21.43 | POS MAC DOLLAR GENERAL NEWBURY TO OH | Groceries |
| 04/06/2026 | -$552.09 | FIRSTENERGY OPCO-ACH | Electricity |
| 04/06/2026 | -$83.44 | POS MAC DOLLAR GENERAL NEWBURY OH | Groceries and household items |
| 04/06/2026 | -$75.00 | GAS USABURTONOH US | Fuel |
| 04/06/2026 | -$11.61 | POS MAC AMAZON.COM*BC0 SEATTLE WA | Repair part for Lawnmower |
| 04/02/2026 | -$75.04 | BROWN BARN TAVERN CHARDON OH | Meal |
| 04/02/2026 | -$49.56 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | Groceries |
| 04/02/2026 | -$1,615.92 | CENTRAL REST INDIANAPOLIS IN | Reimbersable Expense from PM3 - Cooler purchase |
| 04/01/2026 | -$706.74 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | Auto Payment - Truck |
| 04/01/2026 | -$95.91 | POS MAC SHERWIN-WILLIA MIDDLEFIEL OH | Reimbersable Expense from PM3 - Paint |
| 04/01/2026 | -$19.70 | POS MAC DOLLAR GENERAL NEWBURY TO OH | Household items |
| | | | |
| TOTAL | -$5,824.69 | | |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

March 5, 2026 to April 6, 2026

## Account Summary

| | |
|---|---|
| Beginning Balance on March 5, 2026 | $113.95 |
| Deposits (Money In) | |
| Deposits | $12,622.70 |
| Withdrawals (Money Out) | |
| Withdrawals | -$9,757.61 |
| Fees and Charges | -$11.15 |
| **Ending Balance on April 6, 2026** | **$2,967.89** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

# Deposits

| Date | Description | Amount |
|---|---|---|
| 03/16 | MOBILE CHECK DEPOSIT | $33.23 |
| 03/20 | DEPOSIT BRANCH 0315 OHIO | $6,157.58 |
| 03/23 | DEPOSIT BRANCH 0315 OHIO | $5,874.24 |
| 03/30 | MOBILE IMMEDIATE FUNDS DEPOSIT | $557.65 |
| **Total Deposits** | | **$12,622.70** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 03/06 | POS MAC SPEEDWAY 45303 NEWBURY OH | $29.95 |
| 03/09 | POS MAC SUNOCO 0373261 NOVELTY OH | $11.76 |
| 03/09 | THE GREENVILLE INN CHAGRIN FALLS OH | $21.96 |
| 03/09 | TST*JUDES SPORTS PAGE CHAGRIN FALLS OH | $26.61 |
| 03/17 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | $39.20 |
| 03/20 | POS MAC SPEEDWAY 45303 NEWBURY OH | $15.17 |
| 03/23 | DD *DOORDASH ARBYS SAN FRANCISCO CA | $29.19 |
| 03/23 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 03/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 03/23 | POS MAC SPEEDWAY 45303 NEWBURY OH | $8.08 |
| 03/23 | POS MAC SPEEDWAY 45303 NEWBURY OH | $70.10 |
| 03/23 | SERVICEMAC MTG PYMNT | $5,120.00 |
| 03/24 | SPECTRUM 855-707-7328 MO | $29.99 |
| 03/24 | POS MAC AMAZON.COM*B51 SEATTLE WA | $71.02 |
| 03/24 | POS MAC AMAZON.COM*BD8 SEATTLE WA | $156.75 |
| 03/24 | POS MAC AMAZON.COM*BG6 SEATTLE WA | $45.66 |
| 03/24 | POS MAC AMAZON.COM*B56 SEATTLE WA | $17.23 |
| 03/24 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $22.82 |
| 03/26 | CRUNCHYROLL.COM COPPELL TX | $13.99 |
| 03/26 | PURPOSE BREW WORKS CHESTERLAND OH | $29.79 |
| 03/26 | POS MAC THE HOME DEPOT CHARDON OH | $89.53 |
| 03/27 | SQ *SHELL'S DOG DESIGN NEWBURY OH | $25.00 |
| 03/30 | POS MAC AMAZON.COM*B53 SEATTLE WA | $27.74 |
| 03/30 | DD *DOORDASH TACOBELL SAN FRANCISCO CA | $23.53 |
| 03/30 | RINGCENTRAL INC. BELMONT CA | $146.05 |
| 03/30 | POS MAC AMAZON.COM*BG2 SEATTLE WA | $10.64 |
| 03/30 | POS MAC AMAZON.COM*B57 SEATTLE WA | $17.07 |
| 03/30 | POS MAC AMAZON.COM*B53 SEATTLE WA | $13.04 |
| 03/30 | POS MAC SPEEDWAY 45303 NEWBURY OH | $78.31 |
| 03/30 | ERIE INS GROUP ERIEXPSPAY | $37.42 |
| 03/30 | ERIE INS GROUP ERIEXPSPAY | $112.08 |
| 03/31 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 03/31 | POS MAC AMAZON.COM*BG5 SEATTLE WA | $68.31 |
| 03/31 | POS MAC SPEEDWAY 45303 NEWBURY OH | $19.62 |
| 03/31 | POS MAC OFFICE MAX/OFF SOLON OH | $17.50 |
| 04/01 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $19.70 |
| 04/01 | POS MAC SHERWIN-WILLIA MIDDLEFIEL OH | $95.91 |
| 04/01 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 04/02 | CENTRAL REST INDIANAPOLIS IN | $1,615.92 |
| 04/02 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $49.56 |
| 04/02 | BROWN BARN TAVERN CHARDON OH | $75.04 |
| 04/06 | POS MAC AMAZON.COM*BC0 SEATTLE WA | $11.61 |
| 04/06 | GAS USABURTONOH US | $75.00 |
| 04/06 | POS MAC DOLLAR GENERAL NEWBURY OH | $83.44 |
| 04/06 | FIRSTENERGY OPCO-ACH | $552.09 |
| **Total Withdrawals** | | **-$9,757.61** |

# Fees and Charges

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 03/30 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | $11.15 | | 1 | $11.15 |

**Total All Fees and Charges for This Statement Period** **-$11.15**

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

April 6, 2026 to May 6, 2026

## Account Summary

| | |
|---|---|
| Beginning Balance on April 6, 2026 | $2,967.89 |
| Deposits (Money In) | |
| Deposits | $6,768.70 |
| Withdrawals (Money Out) | |
| Withdrawals | -$7,445.59 |
| Checks | -$600.00 |
| **Ending Balance on May 6, 2026** | **$1,691.00** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

# Deposits

| Date | Description | Amount |
|---|---|---|
| 04/29 | MOBILE CHECK DEPOSIT | $611.86 |
| 04/29 | MOBILE CHECK DEPOSIT | $3,076.22 |
| 04/29 | MOBILE CHECK DEPOSIT | $3,080.62 |
| **Total Deposits** | | **$6,768.70** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 04/08 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $21.43 |
| 04/09 | SHEETZ 2435 CHARDON OH | $103.15 |
| 04/10 | THE HOME DEPOT #8981 CHARDON OH | $76.18 |
| 04/10 | TACO BELL 040531 QPS CHARDON OH | $34.45 |
| 04/13 | TACO BELL 035351 GARFIELD HEIG OH | $26.16 |
| 04/15 | SHEETZ 2301 RAVENNA OH | $136.19 |
| 04/15 | POS MAC CIRCLE K 05277 NOVELTY OH | $6.70 |
| 04/15 | POS MAC DOLLAR GENERAL MANTUA OH | $10.70 |
| 04/15 | POS MAC CIRCLE K 05618 CANTON OH | $15.99 |
| 04/16 | POS MAC CVS/PHARMACY # CANTON OH | $12.76 |
| 04/16 | POS MAC MARATHON 20552 RANDOLPH OH | $18.32 |
| 04/17 | POS MAC TRACTOR-SUPPLY CHARDON OH | $30.95 |
| 04/20 | TACO BELL 040531 QPS CHARDON OH | $25.94 |
| 04/20 | ACE HARDWARE 75 BAINBR CHAGRIN FALLS OH | $8.10 |
| 04/20 | NAPA STORE 0277131 CHAGRIN FALLS OH | $19.28 |
| 04/20 | POS MAC AMAZON.COM*BY1 SEATTLE WA | $12.80 |
| 04/20 | POS MAC AMAZON.COM*BS8 SEATTLE WA | $23.47 |
| 04/20 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $25.49 |
| 04/21 | THE WEBSTAURANT STORE LANCASTER PA | $412.83 |
| 04/22 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $24.21 |
| 04/23 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 04/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 04/23 | POS MAC THE HOME DEPOT CHARDON OH | $80.55 |
| 04/24 | SPECTRUM SAINT LOUIS MO | $29.99 |
| 04/24 | POS MAC THE HOME DEPOT CHARDON OH | $15.99 |
| 04/24 | NINJA SUSHI & HIBACHI MENTOR ON THE OH | $115.46 |
| 04/27 | GAS USA BURTON OH | $20.25 |
| 04/27 | CRUNCHYROLL.COM COPPELL TX | $13.99 |
| 04/27 | TST* CONDADO TACOS - P BEACHWOOD OH | $88.26 |
| 04/27 | POS MAC ALDI 63085 CHAGRIN FA OH | $56.93 |
| 04/28 | POS MAC GFS STORE #095 MENTOR OH | $71.94 |
| 04/30 | RINGCENTRAL INC. BELMONT CA | $145.97 |
| 04/30 | POS MAC DOLLAR GENERAL NEWBURY OH | $11.50 |
| 04/30 | POS MAC AMOCO#3242300T CHAGRIN FA OH | $26.60 |
| 04/30 | POS MAC AMAZON.COM*BJ1 SEATTLE WA | $50.15 |
| 04/30 | ERIE INS GROUP ERIEXPSPAY | $37.42 |
| 04/30 | ERIE INS GROUP ERIEXPSPAY | $112.08 |
| 05/01 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 05/01 | POS MAC AMAZON.COM*BS4 SEATTLE WA | $19.20 |
| 05/01 | POS MAC AMAZON.COM*BJ3 SEATTLE WA | $32.01 |
| 05/01 | SERVICEMAC MTG PYMNT | $3,137.26 |
| 05/04 | ASCAP LICENSE FEE NEW YORK NY | $824.10 |
| 05/04 | POS MAC AMAZON.COM*BS7 SEATTLE WA | $37.35 |
| 05/04 | POS MAC AMAZON.COM*BV7 SEATTLE WA | $10.65 |
| 05/04 | POS MAC AMAZON.COM*BJ5 SEATTLE WA | $25.34 |
| 05/04 | POS MAC ACE HARDWARE 7 CHAGRIN FA OH | $44.45 |
| 05/05 | POS MAC AMAZON.COM*BV9 SEATTLE WA | $35.22 |
| 05/05 | POS MAC THE HOME DEPOT CHARDON OH | $190.34 |
| 05/05 | POS MAC THE HOME DEPOT CHARDON OH | $48.66 |
| 05/05 | FIRSTENERGY OPCO-ACH | $276.98 |
| 05/05 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 05/06 | POS MAC GFS STORE #095 MENTOR OH | $107.62 |
| **Total Withdrawals** | | **-$7,445.59** |