**Fill in this information to identify the case:**

Debtor Name Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: MAY 2026

Date report filed: 06/20/2026 (MM / DD / YYYY)

Line of business: ______________

NAISC code: ______________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: [signature]

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 11,957.29

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 6,213.23

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 10,315.31

22. **Net cash flow** + $ -4,102.08

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 7,855.21

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ____________

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? ______

27. What is the number of employees as of the date of this monthly report? ______

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 10,000.00 | – | $ 6,213.23 | = | $ -3,786.77 |
| 33. **Cash disbursements** | $ 10,000.00 | – | $ 10,315.31 | = | $ -315.31 |
| 34. **Net cash flow** | $ 0.00 | – | $ -4,102.08 | = | $ 4,102.80 |

35. Total projected cash receipts for the next month: $ 11,400.00

36. Total projected cash disbursements for the next month: - $ 10,000.00

37. Total projected net cash flow for the next month: = $ 1,400.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

25-11336-jps Doc 172 FILED 06/24/26 ENTERED 06/24/26 14:58:54 Page 4 of 10

| | | | |
|---|---|---|---|
| Jason Dicks | | | |
| May 2026 | | | |
| Exhibit C | | | |
| | | | |
| 7367 | Smart Checking | | |
| **Date** | **Amount** | **Description** | **Reason** |
| 05/29/2026 | $3,080.62 | MOBILE CHECK DEPOSIT | Pay Check from PM3 4/29/2026 pay day |
| 05/18/2026 | $3,079.25 | DEPOSIT BRANCH 0315 OHIO | Pay Check from PM3 5/13/2026 pay day |
| 05/12/2026 | $53.36 | POS MAC AMAZON.COM SEATTLE WA | Reimbersable Expense PM3 - amazon return |
| | | | |
| TOTAL | $6,213.23 | | |

| | | | |
|---|---|---|---|
| Jason Dicks | | | |
| May 2026 | | | |
| Exhibit D | | | |
| | | | |
| 7367 | Smart Checking | | |
| **Date** | **Amount** | **Description** | **Reason** |
| 05/29/2026 | -$53.83 | GAS USABURTONOH US | Fuel |
| 05/26/2026 | -$24.11 | WASTE MANAGEMENTPAYMENT | Trash Removal |
| 05/26/2026 | -$13.99 | CRUNCHYROLL.COM COPPELL TX | Potential Bank Fraud |
| 05/26/2026 | -$35.21 | POS MAC AMAZON.COM*N17 SEATTLE WA | Reimbersable Expense PM3 - Repairs/Maintenance |
| 05/26/2026 | -$43.50 | POS MAC DOLLAR GENERAL NEWBURY OH | Groceries |
| 05/26/2026 | -$29.99 | SPECTRUM SAINT LOUIS MO | Home Internet |
| 05/26/2026 | -$0.51 | FOREIGN TRANSACTION FEE | fee associated with camera subscription |
| 05/26/2026 | -$16.99 | PAYPAL *SEPTEKO69S4 XXXXX7733 HK | Security camera subscription |
| 05/22/2026 | -$31.47 | DD *DOORDASH JERSEYMIK SAN FRANCISCO CA | Meal |
| 05/20/2026 | -$31.04 | POS MAC WAL-MART #2361 NORTH CANT OH | Groceries |
| 05/20/2026 | -$23.29 | GAS USA BURTON OH | Fuel |
| 05/19/2026 | -$29.88 | POS MAC AMAZON.COM*YC5 SEATTLE WA | Reimbersable Expense PM3 - Patio Decor |
| 05/18/2026 | -$3,055.01 | SERVICEMAC MTG PYMNT | Mortgage Payment |
| 05/18/2026 | -$132.18 | POS MAC AMAZON.COM*5U1 SEATTLE WA | Reimbersable Expense PM3 - Patio Decor |
| 05/13/2026 | -$49.98 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | Groceries / personal items |
| 05/12/2026 | -$27.21 | POS MAC AMAZON.COM*BF6 SEATTLE WA | Clothing |
| 05/12/2026 | -$150.00 | GAS USABURTONOH US | Fuel |
| 05/12/2026 | -$53.36 | POS MAC AMAZON.COM*BF1 SEATTLE WA | Reimbersable Expense PM3 - Returned |
| 05/12/2026 | -$42.48 | DD *DOORDASH GIANTEAGL SAN FRANCISCO CA | Meal |
| 05/11/2026 | -$105.45 | POS MAC ALDI XXXXX3085 CHAGRIN FA OH | Groceries |
| 05/11/2026 | -$16.00 | POS MAC AMAZON.COM*BV3 SEATTLE WA | Reimbersable Expense PM3 - Repairs/Maintenance |
| 05/11/2026 | -$21.34 | POS MAC AMAZON.COM*L47 SEATTLE WA | Personal Item |
| 05/11/2026 | -$109.22 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | Groceries |
| 05/11/2026 | -$357.58 | POS MAC AMAZON.COM*6C1 SEATTLE WA | Reimbersable Expense PM3 - Patio Decor |
| 05/08/2026 | -$51.29 | SUNNY STREET CAFE PAINESVILLE OH | Meal |
| 05/08/2026 | -$52.09 | SHELL OIL XXXXX4001 PAINESVILLE OH | Fuel |
| 05/07/2026 | -$59.31 | EL MEXXICANO MEXICAN F CHESTERLAND OH | Meal |
| 05/07/2026 | -$74.71 | POS MAC TRACTOR-SUPPLY MIDDLEFIEL OH | House Repairs/Maintenance |
| 05/07/2026 | -$11.90 | POS MAC DOLLAR GENERAL NEWBURY OH | meal |
| 05/07/2026 | -$68.30 | POS MAC SUNOCO XXXXX2321 NEWBURY OH | Fuel |
| 05/07/2026 | -$38.18 | DNH*GODADDY#4081729457 TEMPE AZ | Reimbersable Expense PM3 - Website |
| 05/06/2026 | -$107.62 | POS MAC GFS STORE #095 MENTOR OH | Reimbersable Expense PM3 - Food Cost |
| 05/05/2026 | -$706.74 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | Auto Payment |
| 05/05/2026 | -$276.98 | FIRSTENERGY OPCO-ACH | Electricity Payment |
| 05/05/2026 | -$48.66 | POS MAC THE HOME DEPOT CHARDON OH | Home Repairs/Maintenance |
| 05/05/2026 | -$190.34 | POS MAC THE HOME DEPOT CHARDON OH | Reimbersable Expense PM3 - Repairs/Maintenance |
| 05/05/2026 | -$35.22 | POS MAC AMAZON.COM*BV9 SEATTLE WA | Reimbersable Expense PM3 - Repairs/Maintenance |
| 05/04/2026 | -$44.45 | POS MAC ACE HARDWARE 7 CHAGRIN FA OH | Reimbersable Expense PM3 - Repairs/Maintenance |
| 05/04/2026 | -$25.34 | POS MAC AMAZON.COM*BJ5 SEATTLE WA | Reimbersable Expense PM3 - Office Supplies |
| 05/04/2026 | -$10.65 | POS MAC AMAZON.COM*BV7 SEATTLE WA | Personal Item |
| 05/04/2026 | -$37.35 | POS MAC AMAZON.COM*BS7 SEATTLE WA | Motorcycle Repair/Maintenance |
| 05/04/2026 | -$824.10 | ASCAP LICENSE FEE NEW YORK NY | Reimbersable Expense PM3 - Music License Fee |
| 05/01/2026 | -$3,137.26 | SERVICEMAC MTG PYMNT | Mortgage payment |
| 05/01/2026 | -$32.01 | POS MAC AMAZON.COM*BJ3 SEATTLE WA | Reimbersable Expense PM3 - Office Supplies |
| 05/01/2026 | -$19.20 | POS MAC AMAZON.COM*BS4 SEATTLE WA | Reimbersable Expense PM3 - Office Supplies |
| 05/01/2026 | -$9.99 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | Doordash subscription fee |
| | | | |
| TOTAL | -$10,315.31 | | |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

April 6, 2026 to May 6, 2026

## Account Summary

| | |
|---|---|
| Beginning Balance on April 6, 2026 | $2,967.89 |
| Deposits (Money In) | |
| Deposits | $6,768.70 |
| Withdrawals (Money Out) | |
| Withdrawals | -$7,445.59 |
| Checks | -$600.00 |
| **Ending Balance on May 6, 2026** | **$1,691.00** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

# Deposits

| Date | Description | Amount |
|---|---|---|
| 04/29 | MOBILE CHECK DEPOSIT | $611.86 |
| 04/29 | MOBILE CHECK DEPOSIT | $3,076.22 |
| 04/29 | MOBILE CHECK DEPOSIT | $3,080.62 |
| **Total Deposits** | | **$6,768.70** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 04/08 | POS MAC DOLLAR GENERAL NEWBURY TO OH | $21.43 |
| 04/09 | SHEETZ 2435 CHARDON OH | $103.15 |
| 04/10 | THE HOME DEPOT #8981 CHARDON OH | $76.18 |
| 04/10 | TACO BELL 040531 QPS CHARDON OH | $34.45 |
| 04/13 | TACO BELL 035351 GARFIELD HEIG OH | $26.16 |
| 04/15 | SHEETZ 2301 RAVENNA OH | $136.19 |
| 04/15 | POS MAC CIRCLE K 05277 NOVELTY OH | $6.70 |
| 04/15 | POS MAC DOLLAR GENERAL MANTUA OH | $10.70 |
| 04/15 | POS MAC CIRCLE K 05618 CANTON OH | $15.99 |
| 04/16 | POS MAC CVS/PHARMACY # CANTON OH | $12.76 |
| 04/16 | POS MAC MARATHON 20552 RANDOLPH OH | $18.32 |
| 04/17 | POS MAC TRACTOR-SUPPLY CHARDON OH | $30.95 |
| 04/20 | TACO BELL 040531 QPS CHARDON OH | $25.94 |
| 04/20 | ACE HARDWARE 75 BAINBR CHAGRIN FALLS OH | $8.10 |
| 04/20 | NAPA STORE 0277131 CHAGRIN FALLS OH | $19.28 |
| 04/20 | POS MAC AMAZON.COM*BY1 SEATTLE WA | $12.80 |
| 04/20 | POS MAC AMAZON.COM*BS8 SEATTLE WA | $23.47 |
| 04/20 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $25.49 |
| 04/21 | THE WEBSTAURANT STORE LANCASTER PA | $412.83 |
| 04/22 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $24.21 |
| 04/23 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 04/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 04/23 | POS MAC THE HOME DEPOT CHARDON OH | $80.55 |
| 04/24 | SPECTRUM SAINT LOUIS MO | $29.99 |
| 04/24 | POS MAC THE HOME DEPOT CHARDON OH | $15.99 |
| 04/24 | NINJA SUSHI & HIBACHI MENTOR ON THE OH | $115.46 |
| 04/27 | GAS USA BURTON OH | $20.25 |
| 04/27 | CRUNCHYROLL.COM COPPELL TX | $13.99 |
| 04/27 | TST* CONDADO TACOS - P BEACHWOOD OH | $88.26 |
| 04/27 | POS MAC ALDI 63085 CHAGRIN FA OH | $56.93 |
| 04/28 | POS MAC GFS STORE #095 MENTOR OH | $71.94 |
| 04/30 | RINGCENTRAL INC. BELMONT CA | $145.97 |
| 04/30 | POS MAC DOLLAR GENERAL NEWBURY OH | $11.50 |
| 04/30 | POS MAC AMOCO#3242300T CHAGRIN FA OH | $26.60 |
| 04/30 | POS MAC AMAZON.COM*BJ1 SEATTLE WA | $50.15 |
| 04/30 | ERIE INS GROUP ERIEXPSPAY | $37.42 |
| 04/30 | ERIE INS GROUP ERIEXPSPAY | $112.08 |
| 05/01 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 05/01 | POS MAC AMAZON.COM*BS4 SEATTLE WA | $19.20 |
| 05/01 | POS MAC AMAZON.COM*BJ3 SEATTLE WA | $32.01 |
| 05/01 | SERVICEMAC MTG PYMNT | $3,137.26 |
| 05/04 | ASCAP LICENSE FEE NEW YORK NY | $824.10 |
| 05/04 | POS MAC AMAZON.COM*BS7 SEATTLE WA | $37.35 |
| 05/04 | POS MAC AMAZON.COM*BV7 SEATTLE WA | $10.65 |
| 05/04 | POS MAC AMAZON.COM*BJ5 SEATTLE WA | $25.34 |
| 05/04 | POS MAC ACE HARDWARE 7 CHAGRIN FA OH | $44.45 |
| 05/05 | POS MAC AMAZON.COM*BV9 SEATTLE WA | $35.22 |
| 05/05 | POS MAC THE HOME DEPOT CHARDON OH | $190.34 |
| 05/05 | POS MAC THE HOME DEPOT CHARDON OH | $48.66 |
| 05/05 | FIRSTENERGY OPCO-ACH | $276.98 |
| 05/05 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 05/06 | POS MAC GFS STORE #095 MENTOR OH | $107.62 |
| **Total Withdrawals** | | **-$7,445.59** |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
12300 KINSMAN RD UNIT H2
NEWBURY OH 44065-8804

# Key Smart Checking®

Account number ending: 7367

May 6, 2026 to June 4, 2026

## Account Summary

| | |
|---|---|
| Beginning Balance on May 6, 2026 | $1,691.00 |
| Deposits (Money In) | |
| Deposits | $6,213.23 |
| Withdrawals (Money Out) | |
| Withdrawals | -$6,558.81 |
| **Ending Balance on June 4, 2026** | **$1,345.42** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com



25-11336-jps Doc 172 FILED 06/24/26 ENTERED 06/24/26 14:58:54 Page 9 of 10

# Deposits

| Date | Description | Amount |
| --- | --- | --- |
| 05/12 | POS MAC AMAZON.COM SEATTLE WA | $53.36 |
| 05/18 | DEPOSIT BRANCH 0315 OHIO | $3,079.25 |
| 05/29 | MOBILE CHECK DEPOSIT | $3,080.62 |
| **Total Deposits** | | **$6,213.23** |

# Withdrawals

| Date | Description | Amount |
| --- | --- | --- |
| 05/07 | DNH*GODADDY#4081729457 TEMPE AZ | $38.18 |
| 05/07 | POS MAC SUNOCO 8002321 NEWBURY OH | $68.30 |
| 05/07 | POS MAC DOLLAR GENERAL NEWBURY OH | $11.90 |
| 05/07 | POS MAC TRACTOR-SUPPLY MIDDLEFIEL OH | $74.71 |
| 05/07 | EL MEXXICANO MEXICAN F CHESTERLAND OH | $59.31 |
| 05/08 | SHELL OIL 12574284001 PAINESVILLE OH | $52.09 |
| 05/08 | SUNNY STREET CAFE PAINESVILLE OH | $51.29 |
| 05/11 | POS MAC AMAZON.COM*6C1 SEATTLE WA | $357.58 |
| 05/11 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | $109.22 |
| 05/11 | POS MAC AMAZON.COM*L47 SEATTLE WA | $21.34 |
| 05/11 | POS MAC AMAZON.COM*BV3 SEATTLE WA | $16.00 |
| 05/11 | POS MAC ALDI 63085 CHAGRIN FA OH | $105.45 |
| 05/12 | DD *DOORDASH GIANTEAGL SAN FRANCISCO CA | $42.48 |
| 05/12 | POS MAC AMAZON.COM*BF1 SEATTLE WA | $53.36 |
| 05/12 | GAS USABURTONOH US | $150.00 |
| 05/12 | POS MAC AMAZON.COM*BF6 SEATTLE WA | $27.21 |
| 05/13 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | $49.98 |
| 05/18 | POS MAC AMAZON.COM*5U1 SEATTLE WA | $132.18 |
| 05/18 | SERVICEMAC MTG PYMNT | $3,055.01 |
| 05/19 | POS MAC AMAZON.COM*YC5 SEATTLE WA | $29.88 |
| 05/20 | GAS USA BURTON OH | $23.29 |
| 05/20 | POS MAC WAL-MART #2361 NORTH CANT OH | $31.04 |
| 05/22 | DD *DOORDASH JERSEYMIK SAN FRANCISCO CA | $31.47 |
| 05/26 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 05/26 | FOREIGN TRANSACTION FEE | $0.51 |
| 05/26 | SPECTRUM SAINT LOUIS MO | $29.99 |
| 05/26 | POS MAC DOLLAR GENERAL NEWBURY OH | $43.50 |
| 05/26 | POS MAC AMAZON.COM*N17 SEATTLE WA | $35.21 |
| 05/26 | CRUNCHYROLL.COM COPPELL TX | $13.99 |
| 05/26 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $24.11 |
| 05/29 | GAS USABURTONOH US | $53.83 |
| 06/01 | SHEETZ 2266 STREETSBORO OH | $9.58 |
| 06/01 | POS MAC MILAN STATION MILAN OH | $5.75 |
| 06/01 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 06/01 | POS MAC HY-MILER #2220 SANDUSKY OH | $17.46 |
| 06/01 | KEEPS.COM MANHATTAN NY | $154.00 |
| 06/01 | DD *DOORDASH CLEATSCLU SAN FRANCISCO CA | $22.73 |
| 06/01 | POS MAC AMAZON.COM*LH6 SEATTLE WA | $42.54 |
| 06/01 | POS MAC AMAZON.COM*C47 SEATTLE WA | $13.87 |
| 06/01 | POS MAC AMAZON.COM*968 SEATTLE WA | $147.30 |
| 06/01 | KEEPS.COM MANHATTAN NY | $71.00 |
| 06/01 | POS MAC ALDI 63085 CHAGRIN FA OH | $69.56 |
| 06/01 | POS MAC AMOCO#3242300T CHAGRIN FA OH | $160.00 |
| 06/01 | POS MAC BEST BUY #271 MAYFIELD H OH | $439.53 |
| 06/01 | ERIE INS GROUP ERIEXPSPAY | $39.12 |
| 06/01 | ERIE INS GROUP ERIEXPSPAY | $112.08 |
| 06/02 | SHOE DEPT 1375 CHARDON OH | $90.73 |
| 06/02 | POS MAC DOLLAR GENERAL NEWBURY OH | $5.87 |
| 06/03 | FIRSTENERGY OPCO-ACH | $299.89 |
| 06/04 | POS MAC AMAZON.COM*ES7 SEATTLE WA | $38.41 |
| **Total Withdrawals** | | **-$6,558.81** |

# Account Updates