**Fill in this information to identify the case:**

Debtor Name: Jason James Dicks

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11336

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July 2026

Date report filed: 08/20/2026 (MM / DD / YYYY)

Line of business: ________________

NAISC code: ________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks

Original signature of responsible party: [signature]

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 5,467.76

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 15,453.11

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 16,218.02

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ -764.91

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 4,702.85

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ___________

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? ____________
27. What is the number of employees as of the date of this monthly report? ____________

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 8000 | − | $ 15,453.11 | = | $ -7,453.11 |
| 33. **Cash disbursements** | $ 12000 | − | $ 16,218.02 | = | $ -4,218.02 |
| 34. **Net cash flow** | $ -4000 | − | $ -764.91 | = | $ -3,235.09 |

35. Total projected cash receipts for the next month: $ 9346.00
36. Total projected cash disbursements for the next month: - $ 7000.00
37. Total projected net cash flow for the next month: = $ 2346.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

| | | | | | |
|---|---|---|---|---|---|
| Jason Dicks | | | | | |
| July 2026 MOR | | | | | |
| Exhibit C | | | | | |
| | | | | | |
| 7367 | Key Smart Checking | | | | |
| **Date** | **Amount** | **Description** | **Reason** | | |
| 07/06/2026 | $6,161.24 | DEPOSIT BRANCH 0315 OHIO | PM3 Paychecks 5/27 and 6/24 $3080.62 each | | |
| 07/06/2026 | $500.00 | MOBILE IMMEDIATE FUNDS DEPOSIT | Partial Payment June Reimbersed Expenses PM3 | | |
| 07/06/2026 | $13.99 | PROVISIONAL CREDIT-FRAUD | Bank Fraud Credit | | |
| 07/15/2026 | $3,080.62 | MOBILE CHECK DEPOSIT | PM3 Paycheck 7/8 | | |
| 07/15/2026 | $43.76 | POS MAC AMAZON.COM SEATTLE WA | PM3 Expense (refund from canceled order) | | |
| 07/22/2026 | $1,915.10 | MOBILE CHECK DEPOSIT | Reimbersed Expense PM3 - June Cooler purchase | | |
| 07/30/2026 | $3,738.40 | DEPOSIT BRANCH 0315 OHIO | PM3 Paycheck 7/22 | | |
| | | | | | |
| TOTAL | $15,453.11 | | | | |

| | | | |
|---|---|---|---|
| Jason Dicks | | | |
| July 2026 MOR | | | |
| Exhibit D | | | |
| | | | |
| 7367 | Key Smart Checking | | |
| **Date** | **Amount** | **Description** | **Reason** |
| 07/01/2026 | -$69.76 | EL MEXXICANO MEXICAN F CHESTERLAND OH | Meal |
| 07/01/2026 | -$24.57 | TIKTOK SHOP CULVER CITY CA | Personal Item |
| 07/01/2026 | -$9.99 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | Meal Delivery subsciption service |
| 07/02/2026 | -$87.22 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | Groceries/Home Items |
| 07/03/2026 | -$3,055.01 | SERVICEMAC MTG PYMNT | Mortgage Payment |
| 07/06/2026 | -$706.74 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | Automobile Payment |
| 07/06/2026 | -$430.91 | POS MAC BEST BUY #271 MAYFIELD H OH | Reimbersable Expense PM3 - Marketing Televisions |
| 07/06/2026 | -$167.48 | TIKTOK SHOP CULVER CITY CA | Floor Rug |
| 07/06/2026 | -$55.92 | POS MAC AMAZON.COM*8U2 SEATTLE WA | Personal Item |
| 07/06/2026 | -$21.60 | TST* WINKING LIZARD - MAYFIELD HEIG OH | Meal |
| 07/06/2026 | -$10.00 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | Bank Fee |
| 07/13/2026 | -$120.00 | FIRSTENERGY OPCO-ACH | Electricity |
| 07/15/2026 | -$73.89 | POS MAC AMAZON.COM*CK6 SEATTLE WA | Workout Supplements |
| 07/15/2026 | -$64.04 | POS MAC AMAZON.COM*WA3 SEATTLE WA | Workout Supplements |
| 07/15/2026 | -$43.76 | POS MAC AMAZON.COM*J67 SEATTLE WA | Reimbersable Expense PM3 - Bar Supplies |
| 07/15/2026 | -$43.76 | POS MAC AMAZON.COM*Y31 SEATTLE WA | PM3 Expense (cancelled and refunded) |
| 07/17/2026 | -$1,915.10 | THE WEBSTAURANT STORE LANCASTER PA | Reimbersable Expense PM3 - Cooler Purchase |
| 07/17/2026 | -$490.41 | KIMBLE RECYCLING DOVER OH | Reimbersable Expense PM3 - Trash pickup |
| 07/17/2026 | -$83.59 | UEP*FUNSHI SUSHI-BEACH BEACHWOOD OH | Meal |
| 07/17/2026 | -$67.25 | AMAZON.COMSEATTLEWA US | Reimbersable Expense PM3 - AC Repair |
| 07/17/2026 | -$61.28 | POS MAC AMAZON.COM*ZT0 SEATTLE WA | Reimbersable Expense PM3 - AC Repair |
| 07/17/2026 | -$29.88 | POS MAC AMAZON.COM*5W8 SEATTLE WA | Reimbersable Expense PM3 - Kitchen Supplies |
| 07/20/2026 | -$152.00 | POS MAC AMAZON.COM*4B6 SEATTLE WA | Reimbersable Expense PM3 - Sink Repair |
| 07/20/2026 | -$131.32 | POS MAC AUTOZONE 3799 CHESTERLAN OH | Automobile Repair |
| 07/20/2026 | -$44.38 | POS MAC ALDI XXXXX3085 CHAGRIN FA OH | Groceries |
| 07/20/2026 | -$40.55 | POS MAC AMAZON.COM*J26 SEATTLE WA | Reimbersable Expense PM3 - Bar Supplies |
| 07/20/2026 | -$40.34 | POS MAC AMAZON.COM*6Z5 SEATTLE WA | Reimbersable Expense PM3 - Kitchen Supplies |
| 07/20/2026 | -$39.09 | TIKTOK SHOP CULVER CITY CA | Clothing |
| 07/20/2026 | -$36.12 | TURNEY'S HARDWARE CHESTERLAND OH | Reimbersable Expense PM3 - Repair Supplies |
| 07/20/2026 | -$26.36 | POS MAC AMAZON.COM*CG8 SEATTLE WA | Automobile Repair |
| 07/20/2026 | -$19.45 | POS MAC SUNOCO XXXXX3261 NOVELTY OH | Fuel |
| 07/20/2026 | -$16.96 | POS MAC AMAZON.COM*YU7 SEATTLE WA | Household Items |
| 07/20/2026 | -$15.70 | POS MAC AMAZON.COM*463 SEATTLE WA | Reimbersable Expense PM3 - Patio Supplies |
| 07/21/2026 | -$171.08 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | Reimbersable Expense PM3 - Patio Supplies |
| 07/21/2026 | -$46.44 | MIDDLEFIELD TAVERN MIDDLEFIELD OH | Meal |
| 07/22/2026 | -$111.32 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | Groceries/Personal items |
| 07/22/2026 | -$92.59 | POS MAC ALDI XXXXX3023 MIDDLEFIEL OH | Reimbersable Expense PM3 - Food Supplies (produce) |
| 07/22/2026 | -$50.00 | GAS USABURTONOH US | Fuel |
| 07/22/2026 | -$23.56 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | Trash Service |
| 07/23/2026 | -$103.66 | KABALLOS MIDDLEFIELD M MIDDLEFIELD OH | Meal |
| 07/24/2026 | -$5,874.24 | CHECK # 8211 | Lux & Ladders - Roof Repair insurance claim |
| 07/27/2026 | -$172.48 | TIKTOK SHOP CULVER CITY CA | Work Clothing |
| 07/27/2026 | -$153.36 | ONLINE PASSPORT FEES CHARLESTON SC | Passport Renewal |
| 07/27/2026 | -$143.17 | POS MAC GFS STORE #095 MENTOR OH | Reimbersable Expense PM3 - Food Supplies |
| 07/27/2026 | -$127.90 | POS MAC GIANT EAGLE #4 MIDDLEFIEL OH | Reimbersable Expense PM3 - Food Supplies |
| 07/27/2026 | -$85.35 | TIKTOK SHOP CULVER CITY CA | Hose Reel |
| 07/27/2026 | -$80.00 | POS MAC AMOCO#3242300T CHAGRIN FA OH | Fuel |
| 07/27/2026 | -$73.15 | TST*CHAGRIN TAVERN EASTLAKE OH | Meal |
| 07/27/2026 | -$62.42 | POS MAC SPEEDWAY XXXXX5303 NEWBURY OH | Fuel |
| 07/27/2026 | -$48.10 | POS MAC GIANT EAGLE #4 CHARDON OH | Reimbersable Expense PM3 - Food Supplies |
| 07/27/2026 | -$39.99 | SPECTRUM SAINT LOUIS MO | Home Internet |
| 07/27/2026 | -$38.32 | POS MAC AMAZON.COM*QT1 SEATTLE WA | Clothing |
| 07/27/2026 | -$35.62 | TIKTOK SHOP CULVER CITY CA | Bed Sheets |
| 07/27/2026 | -$29.90 | POS MAC GIANT-EAGLE #0 CHESTERLAN OH | Reimbersable Expense PM3 - Food Supplies |
| 07/27/2026 | -$19.96 | POS MAC GFS STORE #095 MENTOR OH | Reimbersable Expense PM3 - Food Supplies |
| 07/27/2026 | -$18.19 | POS MAC AMAZON.COM*PX5 SEATTLE WA | Pet shampoo |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/27/2026 | -$14.04 | POS MAC ALDI XXXXX3085 CHAGRIN FA OH | Groceries | | | |
| 07/29/2026 | -$73.11 | THE HOME DEPOT #8981 CHARDON OH | Reimbersable Expense PM3 - Repairs and Maintenance | | | |
| 07/30/2026 | -$112.08 | ERIE INS GROUP ERIEXPSPAY | Auto Insurance | | | |
| 07/30/2026 | -$39.08 | ERIE INS GROUP ERIEXPSPAY | Motorcycle Insurance | | | |
| 07/31/2026 | -$128.10 | EBAY O*12-14963-68673 SAN JOSE CA | Motorcycle Repairs/Maintenance | | | |
| 07/31/2026 | -$56.38 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | Meal | | | |
| | | | | | | |
| | -$16,218.02 | | | | | |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
13910 CLARIDON TROY RD
BURTON OH 44021-9579

# Key Smart Checking®

Account number ending: 7367

June 4, 2026 to July 6, 2026

## Account Summary

| | |
|---|---|
| Beginning Balance on June 4, 2026 | $1,345.42 |
| Deposits (Money In) | |
| Deposits | $14,223.55 |
| Withdrawals (Money Out) | |
| Withdrawals | -$9,287.64 |
| Fees and Charges | -$23.09 |
| **Ending Balance on July 6, 2026** | **$6,258.24** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

# Deposits

| Date | Description | Amount |
|---|---|---|
| 06/08 | MOBILE CHECK DEPOSIT | $145.97 |
| 06/08 | MOBILE IMMEDIATE FUNDS DEPOSIT | $154.36 |
| 06/08 | MOBILE CHECK DEPOSIT | $699.35 |
| 06/08 | MOBILE CHECK DEPOSIT | $1,615.92 |
| 06/26 | MOBILE IMMEDIATE FUNDS DEPOSIT | $500.00 |
| 06/30 | DEPOSIT BRANCH 0315 OHIO | $4,432.72 |
| 07/06 | PROVISIONAL CREDIT-FRAUD | $13.99 |
| 07/06 | MOBILE IMMEDIATE FUNDS DEPOSIT | $500.00 |
| 07/06 | DEPOSIT BRANCH 0315 OHIO | $6,161.24 |
| **Total Deposits** | | **$14,223.55** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 06/05 | RINGCENTRAL INC. BELMONT CA | $145.97 |
| 06/05 | POS MAC AMAZON.COM*8I0 SEATTLE WA | $23.47 |
| 06/05 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 06/08 | POS MAC GFS STORE #095 MENTOR OH | $469.02 |
| 06/08 | POS MAC PMT*OH BUREAU COLUMBUS OH | $59.75 |
| 06/09 | SQ *LA BODEGA CLEVELAND OH | $21.44 |
| 06/10 | AMAZON PRIME*KS1AL4WU3 SEATTLE WA | $148.38 |
| 06/10 | CL001 - PUBLIC SQUAQUA CLEVELAND OH | $24.00 |
| 06/11 | MARATHON 118273 BURTON OH | $44.60 |
| 06/11 | POS MAC SPEEDY GAS LAK CLEVELAND OH | $120.51 |
| 06/11 | PARTS TOWN, LLC ADDISON IL | $125.54 |
| 06/12 | THE WEBSTAURANT STORE LANCASTER PA | $508.94 |
| 06/12 | DD *DOORDASH WENDYS SAN FRANCISCO CA | $23.77 |
| 06/12 | GRAINGER BROOKLYN HTS OH | $180.25 |
| 06/15 | ACE HARDWARE 75 BAINBR CHAGRIN FALLS OH | $10.66 |
| 06/15 | LOLA'S BISTRO CHAGRIN FALLS OH | $30.92 |
| 06/15 | 17 RIVER GRILLE CHAGRIN FALLS OH | $138.40 |
| 06/15 | FIRSTENERGY OPCO-ACH | $290.55 |
| 06/17 | POS MAC PAYPAL *DESIGN SAN JOSE CA | $313.01 |
| 06/18 | GAS USABURTONOH US | $125.00 |
| 06/18 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | $22.94 |
| 06/22 | POS MAC AMAZON.COM*B85 SEATTLE WA | $24.54 |
| 06/22 | POS MAC AMAZON.COM*GF4 SEATTLE WA | $37.21 |
| 06/22 | TIKTOK SHOP CULVER CITY CA | $23.90 |
| 06/22 | TIKTOK SHOP CULVER CITY CA | $5.66 |
| 06/22 | POS MAC AMAZON.COM*DI4 SEATTLE WA | $30.74 |
| 06/22 | DOORDASH*06/20-2 ORDER SAN FRANCISCO CA | $63.16 |
| 06/23 | PAYPAL *SEPTEKO69S4 4029357733 HK | $16.99 |
| 06/23 | FOREIGN TRANSACTION FEE | $0.51 |
| 06/23 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $24.27 |
| 06/24 | SPECTRUM SAINT LOUIS MO | $29.99 |
| 06/24 | SP WINDOWCLEANER.COM 4 FLORIDA NY | $66.23 |
| 06/25 | PARKSIDE GRILLE INC. CHAGRIN FALLS OH | $32.48 |
| 06/26 | CRUNCHYROLL.COM COPPELL TX | $13.99 |
| 06/29 | POS MAC CIRCLE K 05618 CANTON OH | $100.00 |
| 06/29 | POS MAC SUNOCO 8002321 NEWBURY OH | $16.25 |
| 06/29 | AMAZON.COMSEATTLEWA US | $69.08 |
| 06/29 | GERVASI 1700 LLC CANTON OH | $225.31 |
| 06/30 | RINGCENTRAL INC. BELMONT CA | $145.97 |
| 06/30 | POS MAC AMAZON.COM*632 SEATTLE WA | $47.14 |
| 06/30 | ERIE INS GROUP ERIEXPSPAY | $39.08 |
| 06/30 | ERIE INS GROUP ERIEXPSPAY | $112.08 |
| 07/01 | TIKTOK SHOP CULVER CITY CA | $24.57 |
| 07/01 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 07/01 | EL MEXXICANO MEXICAN F CHESTERLAND OH | $69.76 |
| 07/02 | POS MAC WAL-MART #5387 MIDDLEFIEL OH | $87.22 |
| 07/03 | SERVICEMAC MTG PYMNT | $3,055.01 |
| 07/06 | TIKTOK SHOP CULVER CITY CA | $167.48 |
| 07/06 | TST* WINKING LIZARD - MAYFIELD HEIG OH | $21.60 |
| 07/06 | POS MAC BEST BUY #271 MAYFIELD H OH | $430.91 |

## Withdrawals (continued)

| Date | Description | Amount |
|---|---|---|
| 07/06 | POS MAC AMAZON.COM*8U2 SEATTLE WA | $55.92 |
| 07/06 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| **Total Withdrawals** | | **-$9,287.64** |

## Fees and Charges

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 06/08 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | $3.09 | | 1 | $3.09 |
| 06/26 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | $10.00 | | 1 | $10.00 |
| 07/06 | MOBILE IMMEDIATE FUNDS SERVICE CHARGE | $10.00 | | 1 | $10.00 |

**Total All Fees and Charges for This Statement Period** **-$23.09**

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**

The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at ***KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206*** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
Dial 711 for TTY/TRS

©2025 KeyCorp.® All rights reserved. KeyBank Member FDIC 250210-3006329

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0315 0000 R 44 AO
JASON J DICKS DEBTOR
CASE #25-11336
13910 CLARIDON TROY RD
BURTON OH 44021-9579

# Key Smart Checking®

Account number ending: 7367

July 6, 2026 to August 6, 2026

## Account Summary

| | |
|---|---|
| Beginning Balance on July 6, 2026 | $6,258.24 |
| Deposits (Money In) | |
| Deposits | $11,796.70 |
| Withdrawals (Money Out) | |
| Withdrawals | -$10,163.21 |
| Checks | -$5,874.24 |
| **Ending Balance on August 6, 2026** | **$2,017.49** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com

# Deposits

| Date | Description | Amount |
|---|---|---|
| 07/15 | POS MAC AMAZON.COM SEATTLE WA | $43.76 |
| 07/15 | MOBILE CHECK DEPOSIT | $3,080.62 |
| 07/22 | MOBILE CHECK DEPOSIT | $1,915.10 |
| 07/30 | DEPOSIT BRANCH 0315 OHIO | $3,738.40 |
| 08/03 | MOBILE CHECK DEPOSIT | $1,000.00 |
| 08/06 | DEPOSIT BRANCH 0315 OHIO | $2,018.82 |
| **Total Deposits** | | **$11,796.70** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 07/13 | FIRSTENERGY OPCO-ACH | $120.00 |
| 07/15 | POS MAC AMAZON.COM*Y31 SEATTLE WA | $43.76 |
| 07/15 | POS MAC AMAZON.COM*WA3 SEATTLE WA | $64.04 |
| 07/15 | POS MAC AMAZON.COM*CK6 SEATTLE WA | $73.89 |
| 07/15 | POS MAC AMAZON.COM*J67 SEATTLE WA | $43.76 |
| 07/17 | THE WEBSTAURANT STORE LANCASTER PA | $1,915.10 |
| 07/17 | KIMBLE RECYCLING DOVER OH | $490.41 |
| 07/17 | AMAZON.COMSEATTLEWA US | $67.25 |
| 07/17 | POS MAC AMAZON.COM*ZT0 SEATTLE WA | $61.28 |
| 07/17 | POS MAC AMAZON.COM*5W8 SEATTLE WA | $29.88 |
| 07/17 | UEP*FUNSHI SUSHI-BEACH BEACHWOOD OH | $83.59 |
| 07/20 | TIKTOK SHOP CULVER CITY CA | $39.09 |
| 07/20 | POS MAC SUNOCO 0373261 NOVELTY OH | $19.45 |
| 07/20 | POS MAC AMAZON.COM*J26 SEATTLE WA | $40.55 |
| 07/20 | POS MAC AMAZON.COM*YU7 SEATTLE WA | $16.96 |
| 07/20 | TURNEY'S HARDWARE CHESTERLAND OH | $36.12 |
| 07/20 | POS MAC AMAZON.COM*6Z5 SEATTLE WA | $40.34 |
| 07/20 | POS MAC AMAZON.COM*CG8 SEATTLE WA | $26.36 |
| 07/20 | POS MAC AMAZON.COM*463 SEATTLE WA | $15.70 |
| 07/20 | POS MAC AMAZON.COM*4B6 SEATTLE WA | $152.00 |
| 07/20 | POS MAC AUTOZONE 3799 CHESTERLAN OH | $131.32 |
| 07/20 | POS MAC ALDI 63085 CHAGRIN FA OH | $44.38 |
| 07/21 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | $171.08 |
| 07/21 | MIDDLEFIELD TAVERN MIDDLEFIELD OH | $46.44 |
| 07/22 | GAS USABURTONOH US | $50.00 |
| 07/22 | POS MAC ALDI 63023 MIDDLEFIEL OH | $92.59 |
| 07/22 | POS MAC WM SUPERCENTER MIDDLEFIEL OH | $111.32 |
| 07/22 | WASTE MANAGEMENTPAYMENT LOG IN TO THE MY WM A | $23.56 |
| 07/23 | KABALLOS MIDDLEFIELD M MIDDLEFIELD OH | $103.66 |
| 07/27 | TIKTOK SHOP CULVER CITY CA | $172.48 |
| 07/27 | TIKTOK SHOP CULVER CITY CA | $35.62 |
| 07/27 | ONLINE PASSPORT FEES CHARLESTON SC | $153.36 |
| 07/27 | SPECTRUM SAINT LOUIS MO | $39.99 |
| 07/27 | POS MAC AMAZON.COM*PX5 SEATTLE WA | $18.19 |
| 07/27 | POS MAC AMAZON.COM*QT1 SEATTLE WA | $38.32 |
| 07/27 | TIKTOK SHOP CULVER CITY CA | $85.35 |
| 07/27 | POS MAC GFS STORE #095 MENTOR OH | $143.17 |
| 07/27 | POS MAC GFS STORE #095 MENTOR OH | $19.96 |
| 07/27 | POS MAC GIANT EAGLE #4 MIDDLEFIEL OH | $127.90 |
| 07/27 | POS MAC SPEEDWAY 45303 NEWBURY OH | $62.42 |
| 07/27 | POS MAC GIANT EAGLE #4 CHARDON OH | $48.10 |
| 07/27 | POS MAC ALDI 63085 CHAGRIN FA OH | $14.04 |
| 07/27 | POS MAC AMOCO#3242300T CHAGRIN FA OH | $80.00 |
| 07/27 | POS MAC GIANT-EAGLE #0 CHESTERLAN OH | $29.90 |
| 07/27 | TST*CHAGRIN TAVERN EASTLAKE OH | $73.15 |
| 07/29 | THE HOME DEPOT #8981 CHARDON OH | $73.11 |
| 07/30 | ERIE INS GROUP ERIEXPSPAY | $39.08 |
| 07/30 | ERIE INS GROUP ERIEXPSPAY | $112.08 |
| 07/31 | EBAY O*12-14963-68673 SAN JOSE CA | $128.10 |
| 07/31 | POS MAC HEINEN'S GROCE CHAGRIN FA OH | $56.38 |
| 08/03 | POS MAC AMAZON.COM*5N5 SEATTLE WA | $47.14 |
| 08/03 | STARBUCKS STORE 18299 SOLON OH | $6.95 |
| 08/03 | POS MAC OFFICEMAX/DEPO SOLON OH | $17.74 |

## Withdrawals (continued)

| Date | Description | Amount |
|---|---|---|
| 08/03 | POS MAC AMAZON.COM*5N6 SEATTLE WA | $53.36 |
| 08/03 | POS MAC AMAZON.COM*5N4 SEATTLE WA | $12.78 |
| 08/03 | POS MAC PMT*OH BUREAU COLUMBUS OH | $239.75 |
| 08/03 | POS MAC DOLLAR GENERAL NEWBURY OH | $10.75 |
| 08/03 | SERVICEMAC MTG PYMNT | $3,055.01 |
| 08/05 | DD *DOORDASHDASHPASS SAN FRANCISCO CA | $9.99 |
| 08/05 | PARK NAT'L BANK TRNSF/PYMTPARK XX7581 | $706.74 |
| 08/06 | DD *DOORDASH JERSEYMIK SAN FRANCISCO CA | $30.46 |
| 08/06 | HONE HEALTH NEW YORK NY | $65.00 |
| 08/06 | FIRSTENERGY OPCO-ACH | $202.96 |
| **Total Withdrawals** | | **-$10,163.21** |

## Checks

| Number | Date | Amount |
|---|---|---|
| 8211 | 07/24 | $5,874.24 |
| **Total Checks** | | **-$5,874.24** |

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

***Deposit Account Agreement and Funds Availability Policy Update.*** We've updated Section 6 of your Deposit Account Agreement (DAA) to provide additional details on how overdraft fees work for ATM and everyday (one-time) debit card transactions. In addition, we have updated the Key Private Bank Personal Checking account name to display correctly in the Consumer Accounts table.

For your reference, we have provided the updated DAA language below.

**The following only applies to the specific Consumer and Business Account types listed:** If an ATM card or everyday (one time) debit card transaction is authorized by us when there are available funds in your account, but there are no longer funds to cover the full transaction amount (which may be different than the amount authorized) at the time the transaction is settled, you will not be charged an Overdraft Item (“OD”) Charge on that transaction.

*You can find a full copy of the DAA at key.com/daa.*

**Key Smart Checking® | A Note About Your Account**

Effective 9/18/2026, your account will be assessed ATM withdrawal fees for out-of-network ATM transactions as follows:

- **$3.00 Regional ATM Withdrawal Fee** for withdrawals within the U.S.
- **$5.00 International ATM Withdrawal Fee** for withdrawals outside the U.S.

These fees apply to cash withdrawals, transfers, and purchases at non-KeyBank ATMs and will be assessed at the end of each statement cycle. To avoid these fees, visit key.com/locations to find an in-network ATM near you.

These fees were previously disclosed to you in your *Personal Checking Account Fees and Disclosures*, however, due to system limitations may not have been consistently assessed to your account.

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**

The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at ***KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206*** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
Dial 711 for TTY/TRS

©2025 KeyCorp.® All rights reserved. KeyBank Member FDIC 250210-3006329